Certificate Number: 17082-KS-CC-024593990



17082-KS-CC-024593990

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> C<span style="font-variant:small-caps">ounseling</span>

I CERTIFY that on <u>November 23, 2014</u>, at <u>5:51</u> o'clock <u>PM MST</u>, <u>MARK H ENGEN</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 23, 2014</u>          By:    <u>/s/Orsolya K Lazar</u>

                                        Name:  <u>Orsolya K Lazar</u>

                                        Title: <u>Executive Director</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).