CHURCH OF THE HOLY CROSS

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Mark H. Engen, 7905 West 96th, Overland Park, KS 66212 | | | | | ***-**-2387 | Married/Joint | Fed-4/0/KS-0 |
| | | | | | Pay Period: 01/01/2015 - 01/15/2015 | | Pay Date: 01/15/2015 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,600.21 | 2,600.21 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Vision Insurance (pre-tax) | -4.63 | -4.63 |
| 401(k) | -104.01 | -104.01 |
| | -108.64 | -108.64 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -182.00 | -182.00 |
| Social Security Employee | -160.93 | -160.93 |
| Medicare Employee | -37.64 | -37.64 |
| KS - Withholding | -79.00 | -79.00 |
| | -459.57 | -459.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life Insurance | -6.47 | -6.47 |

| Net Pay | 2,025.53 | 2,025.53 |
|---|---|---|

Church Of The Holy Cross, CATHOLIC CHURCH OF THE HOLY CROSS

Powered by Intuit Payroll

SF5001NLHG-1  Safeguard LITHO USA 87HB1 CK7SHG111H
REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422
C4WPJ60010000  B14SF006210

Church Of The Holy Cross
8311 W. 93rd St.
Overland Park, KS 66212-

Mark H. Engen
7905 West 96th
Overland Park, KS 66212

| Employee Pay Stub | Check number: 42212 | Pay Period: 11/01/2014 - 11/15/2014 | Pay Date: 11/14/2014 |
|---|---|---|---|
| **Employee** | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| Mark H. Engen, 7905 West 96th, Overland Park, KS 66212 | | ***-**-2387 / Married/Joint | Fed-8/35/KS-3/15 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,600.21 | 54,052.89 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Vision Insurance (pre-tax) | | | -4.50 | -94.50 |
| 401(k) | | | -104.01 | -2,162.13 |
| | | | -108.51 | -2,256.63 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -121.00 | -2,457.00 |
| Social Security Employee | | | -160.93 | -3,345.42 |
| Medicare Employee | | | -37.64 | -782.40 |
| KS - Withholding | | | -83.00 | -1,719.00 |
| | | | -402.57 | -8,303.82 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Life Insurance | | | -6.41 | -134.61 |
| Payroll Advance | | | | -500.00 |
| | | | -6.41 | -634.61 |
| **Net Pay** | | | **2,082.72** | **42,857.83** |

Church Of The Holy Cross, 8311 W. 93rd St., Overland Park, KS 66212-, CATHOLIC CHURCH OF THE HOLY CROSS

Powered by Intuit Payroll

Case 15-20184   Doc# 5   Filed 02/04/15   Page 2 of 5

Church Of The Holy Cross
8311 W. 93rd St.
Overland Park, KS 66212-

Mark H. Engen
7905 West 96th
Overland Park, KS 66212

| Employee Pay Stub | Check number: 42145 | | Pay Period: 10/16/2014 - 10/31/2014 | Pay Date: 10/31/2014 |
|---|---|---|---|---|
| **Employee** | | | **SSN** | |
| Mark H. Engen, 7905 West 96th, Overland Park, KS 66212 | | | ***-**-2387 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,600.21 | 51,452.68 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Vision Insurance (pre-tax) | | | -4.50 | -90.00 |
| 401(k) | | | -104.01 | -2,058.12 |
| | | | -108.51 | -2,148.12 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -121.00 | -2,336.00 |
| Social Security Employee | | | -160.94 | -3,184.49 |
| Medicare Employee | | | -37.64 | -744.76 |
| KS - Withholding | | | -83.00 | -1,636.00 |
| | | | -402.58 | -7,901.25 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Life Insurance | | | -6.41 | -128.20 |
| Payroll Advance | | | | -500.00 |
| | | | -6.41 | -628.20 |
| **Net Pay** | | | **2,082.71** | **40,775.11** |

Church Of The Holy Cross, 8311 W. 93rd St., Overland Park, KS 66212-, CATHOLIC CHURCH OF THE HOLY CROSS

Powered by Intuit Payroll

Case 15-20184    Doc# 5    Filed 02/04/15    Page 3 of 5

Church Of The Holy Cross
8311 W. 93rd St.
Overland Park, KS 66212-

Mark H. Engen
7905 West 96th
Overland Park, KS 66212

| Employee Pay Stub | | Check number: 42053 | | | Pay Period: 10/01/2014 - 10/15/2014 | Pay Date: 10/15/2014 |
|---|---|---|---|---|---|---|

**Employee** SSN
Mark H. Engen, 7905 West 96th, Overland Park, KS 66212   ***-**-2387

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,600.21 | 48,852.47 |
| **Deductions From Gross** | | | Current | YTD Amount |
| Vision Insurance (pre-tax) | | | -4.50 | -85.50 |
| 401(k) | | | -104.01 | -1,954.11 |
| | | | -108.51 | -2,039.61 |
| **Taxes** | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -121.00 | -2,215.00 |
| Social Security Employee | | | -160.93 | -3,023.55 |
| Medicare Employee | | | -37.64 | -707.12 |
| KS - Withholding | | | -83.00 | -1,553.00 |
| | | | -402.57 | -7,498.67 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Life Insurance | | | -6.41 | -121.79 |
| Payroll Advance | | | | -500.00 |
| | | | -6.41 | -621.79 |
| **Net Pay** | | | 2,082.72 | 38,692.40 |

Church Of The Holy Cross, 8311 W. 93rd St., Overland Park, KS 66212-, CATHOLIC CHURCH OF THE HOLY CROSS

Powered by Intuit Payroll

Church Of The Holy Cross
8311 W. 93rd St.
Overland Park, KS 66212-

Mark H. Engen
7905 West 96th
Overland Park, KS 66212

| Employee Pay Stub | | Check number: 41989 | | | Pay Period: 09/16/2014 - 09/30/2014 | Pay Date: 09/30/2014 |
|---|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| Mark H. Engen, 7905 West 96th, Overland Park, KS 66212 | ***-**-2387 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,600.21 | 46,252.26 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Vision Insurance (pre-tax) | | | -4.50 | -81.00 |
| 401(k) | | | -104.01 | -1,850.10 |
| | | | -108.51 | -1,931.10 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -121.00 | -2,094.00 |
| Social Security Employee | | | -160.94 | -2,862.62 |
| Medicare Employee | | | -37.63 | -669.48 |
| KS - Withholding | | | -83.00 | -1,470.00 |
| | | | -402.57 | -7,096.10 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Life Insurance | | | -6.41 | -115.38 |
| Payroll Advance | | | | -500.00 |
| | | | -6.41 | -615.38 |
| **Net Pay** | | | **2,082.72** | **36,609.68** |

Church Of The Holy Cross, 8311 W. 93rd St., Overland Park, KS 66212-, CATHOLIC CHURCH OF THE HOLY CROSS    Powered by Intuit Payroll

Case 15-20184    Doc# 5    Filed 02/04/15    Page 5 of 5