**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226

**Paycor**

**MAUREEN ENGEN**
7905 W 96TH ST
OVERLAND PARK KS 66212

Check stub for the period    **01/01/2015**
to    **01/15/2015**
with a pay date of    **Jan 15, 2015**

## EMPLOYEE AND TAX INFO

| | | | |
|---|---|---|---|
| Employee # | 890041 | FITWH | M 0 + $150.00 |
| Department # | 2 | KS | M 0 |
| SSN: | ***-**-4794 | | |

Paycor EEID 2032-1765-4543-25#     **OTHER INFO**

Direct Deposit #     100844080889

| | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SEMI-MONTHL** | | | | | | | | | | | |
| Regular | | | 3,520.84 | | 3,520.84 | 401k | 141.83 | 141.83 | FITWH | 587.72 | 587.72 |
| CellPhone | | | 25.00 | | 25.00 | Dis/Life | 7.30 | 7.30 | MED | 51.35 | 51.35 |
| | | | | | | V125 | 4.63 | 4.63 | SOC | 219.56 | 219.56 |
| | | | | | | | | | KS | 121.12 | 121.12 |

**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226



**MAUREEN ENGEN**
7905 W 96TH ST
OVERLAND PARK KS 66212

| | |
|---|---|
| Check stub for the period | **12/01/2014** |
| to | **12/15/2014** |
| with a pay date of | **Dec 15, 2014** |

---

**EMPLOYEE AND TAX INFO**   *Paycor EEID 2032-1765-4543-254*      **OTHER INFO**      *Direct Deposit #   1008287049*

| Employee #   890041 | FITWH | M 0 + $150.00 |
|---|---|---|
| Department #  2 | KS | M 0 |
| SSN:   ***-**-4794 | | |

| SEMI-MONTHLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 3,520.84 | | 80,229.20 | 401k | 141.83 | 3,232.09 | FITWH | 569.30 | 7,513.40 |
| CellPhone | | | 25.00 | | 575.00 | Dis/Life | 7.30 | 167.90 | MED | 51.35 | 1,170.13 |
| | | | | | | V125 | 4.50 | 103.50 | SOC | 219.56 | 5,003.44 |
| | | | | | | | | | KS | 124.93 | 2,442.83 |

| **NET** 2,427.07 | **TOTALS** | | 3,545.84 | | 80,804.20 | | 153.63 | 3,503.49 | | 965.14 | 16,129.80 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226

Direct Deposit # 1008287049
Date     12/15/2014

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **        | VOID ** VOID **

DIRECT DEPOSIT $2,427.07
TO ACCOUNT #   XXXXXX5548
BANK #            XXXXX1285

Pay to the
Order of                **MAUREEN ENGEN**                2   DD        **N O N - N E G O T I A B L E**
7905 W 96TH ST
OVERLAND PARK KS 66212

**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226



**MAUREEN ENGEN**
7905 W 96TH ST
OVERLAND PARK KS 66212

| | |
|---|---|
| Check stub for the period | **11/01/2014** |
| to | **11/15/2014** |
| with a pay date of | **Nov 14, 2014** |

| EMPLOYEE AND TAX INFO | | Paycor  EEID   2032-1765-4543-254 | OTHER INFO | Direct Deposit #   1008138355 |
|---|---|---|---|---|
| Employee #   890041 | | FITWH       M 4 | | |
| Department #  2 | | KS            M 4 | | |
| SSN:   ***-**-4794 | | | | |

| SEMI-MONTHLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 3,520.84 | | 73,187.52 | 401k | 141.83 | 2,948.43 | FITWH | 320.55 | 6,623.55 |
| CellPhone | | | 25.00 | | 525.00 | Dis/Life | 7.30 | 153.30 | MED | 51.35 | 1,067.43 |
| | | | | | | V125 | 4.50 | 94.50 | SOC | 219.56 | 4,564.32 |
| | | | | | | | | | KS | 106.93 | 2,210.97 |
| **NET** 2,693.62 | TOTALS | | 3,545.84 | | 73,712.52 | | 153.63 | 3,196.23 | | 698.39 | 14,466.27 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226

Direct Deposit # 1008138355

Date     11/14/2014

Pay this Amount

**\*\* N O N - N E G O T I A B L E \*\* D I R E C T   D E P O S I T   R E C E I P T  \*\***     | VOID \*\* VOID \*\*

DIRECT DEPOSIT $2,693.82
TO ACCOUNT #   XXXXXX5548
BANK #            XXXXX1285

Pay to the
Order of

**MAUREEN ENGEN**                    2    DD
7905 W 96TH ST
OVERLAND PARK KS 66212

**N O N - N E G O T I A B L E**

**SACRED HEART CATHOLIC CHURCH**
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226



MAUREEN ENGEN
7905 W 96TH ST
OVERLAND PARK KS 66212

| Check stub for the period | **10/16/2014** |
| to | **10/31/2014** |
| with a pay date of | **Oct 31, 2014** |

| EMPLOYEE AND TAX INFO | *Paycor EEID* 2032-1765-4543-254 | OTHER INFO | *Direct Deposit #* 1008071178 |
|---|---|---|---|

Employee #   890041     FITWH     M 4
Department # 2           KS        M 4
SSN:   ***-**-4794

| SEMI-MONTHLY | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | | | 3,520.84 | | 69,666.68 | 401k | 141.83 | 2,806.60 | FITWH | 320.55 | 6,303.00 |
| CellPhone | | | 25.00 | | 500.00 | Dis/Life | 7.30 | 146.00 | MED | 51.35 | 1,016.08 |
| | | | | | | V125 | 4.50 | 90.00 | SOC | 219.56 | 4,344.76 |
| | | | | | | | | | KS | 108.93 | 2,104.04 |
| **NET** 2,693.62 | TOTALS | | 3,545.84 | | 70,166.68 | | 153.63 | 3,042.60 | | 698.39 | 13,767.88 |

## THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

SACRED HEART CATHOLIC CHURCH
5501 MONTICELLO ROAD
SHAWNEE MISSION KS 66226

Direct Deposit # 1008071178
Date     10/31/2014

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **      | VOID ** VOID **

DIRECT DEPOSIT $2,693.82
TO ACCOUNT #   XXXXXX5548
BANK #        XXXXX1285

Pay to the
Order of

MAUREEN ENGEN                    2     DD
7905 W 96TH ST
OVERLAND PARK KS 66212

**N O N - N E G O T I A B L E**