Form odebtwage (Revised 10/20/2005)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 15–20184                    Chapter: 13

In re: (Name of Debtor)

| | |
|---|---|
| Mark H Engen | Maureen E. Engen |
| 7905 W. 96th Street | 7905 W. 96th Street |
| Overland Park, KS 66212 | Overland Park, KS 66212 |
| SSN: xxx–xx–2387 | SSN: xxx–xx–4794 |

**Entered By The Court
2/6/15**

**ORDER TO DEBTOR(S) TO PAY TO THE TRUSTEE**

**Filed By The Court
2/6/15
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' are hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$3,706.00 MONTHLY

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**William H. Griffin
Chapter 13 Trustee
P.O. Box 613106
Memphis, TN 38101
913–677–1311**

IT IS FURTHER ORDERED that said Debtor(s) notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 8

s/ Robert D. Berger
United States Bankruptcy Judge