**Form defo**  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 15–20184 | Chapter: 13 |

In re:

| | |
|---|---|
| Mark H Engen | Maureen E. Engen |
| 7905 W. 96th Street | 7905 W. 96th Street |
| Overland Park, KS 66212 | Overland Park, KS 66212 |
| SSN: xxx–xx–2387 | SSN: xxx–xx–4794 |

| Entered By The Court 2/6/15 | ORDER TO CORRECT DEFECTIVE PLEADING(S) | **Filed By The Court** 2/6/15 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

The following pleading was filed in this matter and is defective for the following reason(s):

*3* – Motion for Deviate From S.O. 11−3(F) Filed on behalf of Debtor Mark H Engen, Joint Debtor Maureen E. Engen.(Kidd, Teresa)

MOTION MUST BE NOTICED WITH OBJECTION DEADLINE OR NOTICED FOR HEARING.

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above−described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 10 – 3

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court