# Notice Recipients

District/Off: 1083–2    User: susan    Date Created: 2/6/2015
Case: 15–20184    Form ID: defo    Total: 3

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
tr     William H Griffin    ecfgriff@13trusteeks.com
aty    Teresa M. Kidd    tkiddlaw@kc.rr.com

TOTAL: 3