## UNITED STATES BANKRUPTCY COURT District of Kansas (Kansas City)

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 2/4/15.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

**Creditors−Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| **Mark H Engen**<br>7905 W. 96th Street<br>Overland Park, KS 66212 | **Maureen E. Engen**<br>7905 W. 96th Street<br>Overland Park, KS 66212 |
| Case Number / Presiding Judge:<br>**15−20184 / Robert D. Berger** | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>**xxx−xx−2387** – **Mark H Engen**<br>**xxx−xx−4794** – **Maureen E. Engen** |
| Attorney for Debtor(s) (name and address):<br>Teresa M. Kidd<br>PO Box 860451<br>Shawnee Mission, KS 66286<br>Telephone number: 913−422−0610 | Bankruptcy Trustee (name and address):<br>William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205−2393<br>Telephone number: 913−677−1311 |

### Meeting of Creditors

Date: **March 11, 2015**                                      Time: **09:00 AM**
Location: **Robert J Dole US Courthouse, 500 State Avenue Room 173, Kansas City, KS 66101**

**All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.
Non−lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

For all creditors (except a governmental unit): **6/9/15**       For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **8/5/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/11/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **4/21/15**, Time: **09:30 AM**, Location: **Robert J Dole US Courthouse, 500 State Avenue Room 151, Kansas City, KS 66101**

### Objection to Plan
A plan is not effective unless approved by the bankruptcy court at a confirmation hearing.
**Objections to the plan shall be filed 10 days before the confirmation hearing.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101<br>Telephone number: (913) 735−2110 | **For the Court:**<br>Clerk of the Bankruptcy Court<br>David D. Zimmerman |
|---|---|
| Hours Open:  9:00 AM − 4:00 PM Monday − Friday<br>Phone Hours:  9:30 AM − 3:30 PM Monday − Friday | Date: 2/6/15 |

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B 10) can be obtained at the United States Courts web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                               United States Bankruptcy Court
                                     District of Kansas
In re:                                                                          Case No. 15-20184-RDB
Mark H Engen                                                                    Chapter 13
Maureen E. Engen
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 1083-2           User: susan                  Page 1 of 2            Date Rcvd: Feb 06, 2015
                               Form ID: b9i                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2015.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
tr              William H Griffin,    5115 Roe Blvd Ste 200,    Roeland Park, KS 66205-2393
8131216        +AFFILIATED MANAGEMEN,    7219 METCALF SUITE 202,    OVERLAND PARK, KS 66204-1993
8131217        +BBY/CBNA,   50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007-1032
8131220        +BMO HARRIS TRUST& SAVI,    111 W MONROE ST,    CHICAGO, IL 60603-4095
8131219        +BMO Harris Bank NA,    c/o South & Associates,    6363 College Blvd. Suite 100,
                 Overland Park, KS 66211-1881
8131218        +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
8131222         CBE Group,    P.O. Box 930,    Waterloo, IA 50704-0930
8131223        +CCS/FIRST NATIONAL BAN,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
8131231        +FNB OMAHA,   1620 DODGE ST,    OMAHA, NE 68197-0003
8131230         First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD  57117-5097
8131233        +KANSAS COUNSELORS OF K,    PO BOX 14765,    SHAWNEE MISSION, KS 66285-4765
8131235        +Kia Motors Finance,    P.O. Box 105299,    Atlanta, GA 30348-5299
8131237        +MNET FIN INC,    95 ARGONAUT STE 250,    ALISO VIEJO, CA 92656-4142
8131239        +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
8131242        +SPRINGLEAF,   PO BOX 64,    EVANSVILLE, IN 47701-0064
8131250       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: VON MAUR,     6565 BRADY ST,    DAVENPORT, IA 52806-2054)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tkiddlaw@kc.rr.com Feb 07 2015 00:25:45      Teresa M. Kidd,   PO Box 860451,
                 Shawnee Mission, KS  66286
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Feb 07 2015 00:26:08      U.S. Trustee,
                 Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
8131221         EDI: CAPITALONE.COM Feb 07 2015 00:28:00      CAP ONE,   PO BOX 85520,    RICHMOND, VA 23285
8131224        +EDI: CHASE.COM Feb 07 2015 00:28:00      CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
8131225        +EDI: CITICORP.COM Feb 07 2015 00:28:00      CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
8131226        +E-mail/Text: stacy@consumercollection.com Feb 07 2015 00:26:27      CONSUMER COLLECTION MN,
                 2333 GRISSOM DR,    SAINT LOUIS, MO 63146-3322
8131227        +EDI: RCSFNBMARIN.COM Feb 07 2015 00:28:00      CREDIT ONE BANK NA,    PO BOX 98875,
                 LAS VEGAS, NV 89193-8875
8131228        +EDI: NAVIENTFKASMDOE.COM Feb 07 2015 00:28:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
8131229        +EDI: DISCOVER.COM Feb 07 2015 00:28:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
8131232         EDI: IRS.COM Feb 07 2015 00:28:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
8131236        +EDI: CBSKOHLS.COM Feb 07 2015 00:28:00      KOHLS/CAPONE,   N56 W 17000 RIDGEWOOD DR,
                 MENOMONEE FALLS, WI 53051-7096
8131234         E-mail/Text: KSBANKRUPTCY@KDOR.STATE.KS.US Feb 07 2015 00:26:39      Kansas Dept. of Revenue,
                 915 SW Harrison St.,    Topeka, KS 66699-1000
8131240        +E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 07 2015 00:26:21
                 OPTIMA RECOVERY SERVIC,    6215 KINGSTON PK STE A,    KNOXVILLE, TN 37919-4044
8131241        +EDI: SEARS.COM Feb 07 2015 00:28:00      SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
8131243        +EDI: STFM.COM Feb 07 2015 00:28:00      STATE FARM FINANCIAL S,    3 STATE FARM PLAZA N-4,
                 BLOOMINGTON, IL 61791-0002
8131244        +EDI: RMSC.COM Feb 07 2015 00:28:00      SYNCB/CARE CREDIT,    950 FORRER BLVD,
                 KETTERING, OH 45420-1469
8131245        +EDI: RMSC.COM Feb 07 2015 00:28:00      SYNCB/JCP,   PO BOX 965007,    ORLANDO, FL 32896-5007
8131246        +EDI: RMSC.COM Feb 07 2015 00:28:00      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
8131247        +EDI: RMSC.COM Feb 07 2015 00:28:00      SYNCB/PHILLIPS 66,    4125 WINDWARD PLZ,
                 ALPHARETTA, GA 30005-8738
8131248        +EDI: RMSC.COM Feb 07 2015 00:28:00      SYNCB/QVC,   PO BOX 965018,    ORLANDO, FL 32896-5018
8131249        +EDI: WTRRNBANK.COM Feb 07 2015 00:28:00      TD BANK USA/TARGETCRED,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8131238       ##+Mobiloans,   151 Melacon Drive,    Marksville, LA 71351-3065
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2015                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2015 at the address(es) listed below:

```
          Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com
          Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                            TOTAL: 4
```