**Form odebtwage** (Revised 10/20/2005)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 15–20184                                Chapter: 13

In re: (Name of Debtor)

Mark H Engen                                         Maureen E. Engen
7905 W. 96th Street                                  7905 W. 96th Street
Overland Park, KS 66212                              Overland Park, KS 66212

SSN: xxx–xx–2387                                     SSN: xxx–xx–4794

| **Entered By The Court 2/6/15** | **ORDER TO DEBTOR(S)TO PAY TO THE TRUSTEE** | **Filed By The Court 2/6/15** David D. Zimmerman Clerk of Court US Bankruptcy Court |

The Debtor(s) have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

The Debtor(s)' are hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$3,706.00 MONTHLY

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**William H. Griffin
Chapter 13 Trustee
P.O. Box 613106
Memphis, TN 38101
913–677–1311**

IT IS FURTHER ORDERED that said Debtor(s) notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 8                                           s/ Robert D. Berger
                                                     United States Bankruptcy Judge

In re:  
Mark H Engen  
Maureen E. Engen  
     Debtors

Case No. 15-20184-RDB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-2     User: susan     Page 1 of 1     Date Rcvd: Feb 06, 2015  
                      Form ID: dorpay     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2015.  
db/jdb       +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2015                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2015 at the address(es) listed below:  
         Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com  
         Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com  
         U.S. Trustee      ustpregion20.wi.ecf@usdoj.gov  
         William H Griffin    ecfgriff@13trusteeks.com  
                                                                                                                                                          TOTAL: 4