# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E. Engen
         Debtors          Case No: 15-20184-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on February 04, 2015. In support of the Trustee's Objection, the court is advised as follows:

1. Debtors calculated a negative pool. the Trustee calculated a pool of $29,936.40. The debtors' means test doubled up on the house and car deductions. In order to pay the Trustee's pool, the plan payment must increase to $4199 per month.
2. The trustee is requesting documentation of the $499 cell phone expense.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

    s/ W.H. Griffin, Chapter 13 Trustee
    W.H. Griffin #08060
    5115 ROE BLVD
    SUITE 200
    ROELAND PARK, KS 66205-2393
    (913)-677-1311
    (913)-432-7857 (Fax)
    inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

    s/ W.H. Griffin, Chapter 13 Trustee

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212