# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E. Engen
          Debtors           Case No: 15-20184-13

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the OBJECTION TO CONFIRMATION filed on March 12, 2015 is hereby withdrawn.

Dated: March 13, 2015          s/W.H. Griffin, Chapter 13 Trustee

                                            W.H. Griffin #08060
                                            5115 ROE BLVD
                                            SUITE 200
                                            ROELAND PARK, KS 66205-2393
                                            (913) 677-1311
                                            (913) 432-7857 (Fax)
                                            inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

    I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on March 13, 2015.

                                                          s/W.H. Griffin, Chapter 13 Trustee
                                                            W.H. Griffin, Trustee

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212