# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>Mark H. Engen<br>Maureen E. Engen,<br><br>DEBTOR(S) | CASE NO. 15-20184<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT The Boyd Law Group, L.C., hereby gives notice that The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as Trustee for Residential Funding Mortgage Securities II, INC., Home Loan-Backed Note Series 2003-HI3, by and through its servicing agent Ocwen Loan Servicing, LLC requests that (I) all notices given; and (II) all pleadings, including but not limited to, motions, orders, plans, requests, petitions, notices, and all other matters before the Court in this matter be sent to:

    The Boyd Law Group, L.C.
    6811 Shawnee Mission Parkway
    Suite 204
    Overland Park, KS 66202
    Email: bk@boydlawlc.com

    Respectfully Submitted By:
    THE BOYD LAW GROUP, L.C.

    /s/ Michael E. Boyd
    MICHAEL E. BOYD, KS#21325
    MICHAEL D. DOERING, KS#13832
    6811 Shawnee Mission Parkway
    Suite 204
    Overland Park, KS 66202
    913-730-9442 phone
    913-730-9398 fax
    mboyd@boydlawlc.com
    mdoering@boydlawlc.com

## CERTIFICATE OF SERVICE

      This is to certify that this Entry of Appearance was electronically filed with the court on March 23, 2015.

                                                                 /s/ Michael Boyd