Form ks_13fmc (Revised 03/06/2013)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 15–20184 | Chapter: 13 |

In re: (Name of Debtor)

| | |
|---|---|
| Mark H Engen | Maureen E. Engen |
| 7905 W. 96th Street | 7905 W. 96th Street |
| Overland Park, KS 66212 | Overland Park, KS 66212 |

| Entered By The Court 4/27/15 | **NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED CERTIFICATION REGARDING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** 4/27/15 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

A debtor may not receive a discharge if, after filing the petition, he or she fails to complete an instructional course concerning personal financial management and timely file the statement with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the statement before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the certification of completion of the personal financial course, you will be required to pay the reopening fee.

Document 22

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court