Form ks_13fmc  (Revised 03/06/2013)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 15–20184

Chapter: 13

In re: (Name of Debtor)

Mark H Engen
7905 W. 96th Street
Overland Park, KS 66212

Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

| Entered By The Court 4/27/15 | **NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED CERTIFICATION REGARDING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court** 4/27/15 David D. Zimmerman Clerk of Court US Bankruptcy Court |

A debtor may not receive a discharge if, after filing the petition, he or she fails to complete an instructional course concerning personal financial management and timely file the statement with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the statement before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the certification of completion of the personal financial course, you will be required to pay the reopening fee.

Document 22

s/  David D. Zimmerman
Clerk, United States Bankruptcy Court

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan              Page 1 of 1           Date Rcvd: Apr 27, 2015
                              Form ID: ks13fm          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,   rhart@boydlawlc.com
              Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com
              Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com
              U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 5
```