IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Mark H. Engen, )
    Maureen E. Engen )
) Case No. 15-20184
) Chapter 13
)
    Debtor(s).

NOTICE WITH OPPORTUNITY FOR HEARING ON
AMENDED CHAPTER 13 PLAN

    Any objection/response to the Amended Chapter 13 plan must be filed within thirty (30) days of the date of this notice, May 4, 2015 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, KS, 66101, on June 23, 2015 at 9:30 a.m. If no objection/response is filed on or before June 4, 2015, the amended chapter 13 plan will be granted by an Order of Confirmation. For information about electronic filing go to www.ksb.uscourts.gov.

    /s/ Teresa M. Kidd
    Teresa M. Kidd, KS Bar No. 12166
    PO Box 860451
    Shawnee, KS 66286
    Tele: (913) 422-610
    tkidd@kc.rr.com
    Attorney for Debtor

CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of May, 2015, a true and correct copy of the Amended Chapter 13 Plan was electronically filed with the Court using the CM/CMF system, and was forwarded via U.S. Mail, first class postage prepaid, properly addressed to all parties on the attached creditors matrix.

    /s/ Teresa M. Kidd
    Teresa M. Kidd