| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 15-20184<br>District of Kansas<br>Kansas City<br>Fri Feb  6 16:15:27 CST 2015 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | AFFILIATED MANAGEMEN<br>7219 METCALF SUITE 202<br>OVERLAND PARK, KS 66204-1993 |
| BBY/CBNA<br>50 NORTHWEST POINT ROAD<br>ELK GROVE VILLAGE, IL 60007-1032 | BMO HARRIS TRUST& SAVI<br>111 W MONROE ST<br>CHICAGO, IL 60603-4095 | BMO Harris Bank NA<br>c/o South & Associates<br>6363 College Blvd. Suite 100<br>Overland Park, KS 66211-1881 |
| Best Buy Credit Services<br>P.O. Box 790441<br>St. Louis, MO 63179-0441 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CBE Group<br>P.O. Box 930<br>Waterloo, IA  50704-0930 |
| CCS/FIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104-0478 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 |
| CONSUMER COLLECTION MN<br>2333 GRISSOM DR<br>SAINT LOUIS, MO 63146-3322 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | DEPT OF ED/NAVIENT<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197-0003 | First National Credit Card<br>P.O. Box 5097<br>Sioux Falls, SD  57117-5097 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | KANSAS COUNSELORS OF K<br>PO BOX 14765<br>SHAWNEE MISSION, KS 66285-4765 | KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 |
| Kansas Dept. of Revenue<br>915 SW Harrison St.<br>Topeka, KS  66699-1000 | Kia Motors Finance<br>P.O. Box 105299<br>Atlanta, GA 30348-5299 | MNET FIN INC<br>95 ARGONAUT STE 250<br>ALISO VIEJO, CA 92656-4142 |
| Mobiloans<br>151 Melacon Drive<br>Marksville, LA 71351-3065 | OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 | OPTIMA RECOVERY SERVIC<br>6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919-4044 |
| SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 | SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE FARM FINANCIAL S<br>3 STATE FARM PLAZA N-4<br>BLOOMINGTON, IL 61791-0002 |

| | | |
|---|---|---|
| SYNCB/CARE CREDIT<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| SYNCB/PHILLIPS 66<br>4125 WINDWARD PLZ<br>ALPHARETTA, GA 30005-8738 | SYNCB/QVC<br>PO BOX 965018<br>ORLANDO, FL 32896-5018 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 |
| Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 | Teresa M. Kidd<br>PO Box 860451<br>Shawnee Mission, KS 66286-0451 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | VON MAUR<br>6565 BRADY ST<br>DAVENPORT, IA 52806-2054 | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    0<br>Total                      41 |