# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E. Engen
               Debtors               Case No: 15-20184-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on May 04, 2015. In support of the Trustee's Objection, the court is advised as follows:

1. The mortgage claim filed by BMO Harris Bank shows the mortgage has a balloon note due July 1, 2018. The Chapter 13 case will not be completed by that date. The plan needs to be amended to address how this mortgage will be paid by then.

2. The amended plan provides for a pool of $29,460, per the amended Mean's Test, however it is also adding a Special Class Creditor, Navient Solutions, for a student loan claim. The amended plan seeks to pay the student loan creditor in full ($34,281) at 0% interest rate prior to any other general unsecured creditors.

3. The Trustee objects because the amended plan's separate classification of the student loan debts unfairly discriminates against other creditors and thereby violates 11 USC Section 1322(b)(1). The nondischargeable nature of Chapter 13 debtors' student loan debt, without more, is an insufficient reason for discriminating in favor of student loan creditors. In re Knowles 501 B.R. 409 (Bankr. D. Kansas 2013).

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

                          s/ W.H. Griffin, Chapter 13 Trustee
                          W.H. Griffin #08060
                          5115 ROE BLVD
                          SUITE 200
                          ROELAND PARK, KS 66205-2393
                          (913)-677-1311
                          (913)-432-7857 (Fax)
                          inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212