U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
6/23/2015
Hon. Robert D. Berger, Presiding
KC Room 151

09:30 AM

___

Case Information:
    15-20184 Mark H Engen and Maureen E. Engen   Chapter: 13

Judge: RDB   Filed: 02/04/2015   Pln Confirmed:
___

Appearances:
    Teresa M. Kidd   representing   Mark H Engen   (Debtor) XX
    Teresa M. Kidd   representing   Maureen E. Engen   (Joint Debtor) XX
    William H Griffin   (Trustee) XX

___

Issue(s):
    [4]  Chapter 13 Plan  Filed by Debtor Mark H Engen, Joint Debtor Maureen E. Engen.

___

Notes/Decision:
    Disbursed as if Confirm- Text-order entered
Continued to September 15, 2015 for payment to be made to Trustee- Text order entered

___

Courtroom Deputy: Yolanda   Marzett
ECRO Reporter: Nicole Sillings