The relief described hereinbelow is SO ORDERED.

SIGNED this 5th day of August, 2015.



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:     MARK H. ENGEN,                CASE NO. 15-20184
            MAUREEN E. ENGEN,
                    Debtors.

ORDER GRANTING DEBTORS' MOTION TO
DEVIATE FROM S.O. 11- 3

      The Court takes on for Consideration the Debtors' Motion to Deviate From Standing Order 11-3 requiring employer pay on mortgage payments.

      The Court finds that proper notice was given and that no objections were filed. The Court finds that good cause exists to grant the relief requested.

      IT IS THEREFORE ORDERED that Debtors may deviate from Standing Order S.O. 11-3 and may pay all chapter 13 payments directly to the Chapter 13 Trustee. In the event that debtors miss one plan payment, the Trustee will be allowed to issue an employer wage order without further notice.

Submitted by,
/s/ Teresa M. Kidd
Teresa M. Kidd, KS Bar No. 12166
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTORS

APPROVED BY:

CHAPTER 13 TRUSTEE

/s/ William H. Griffin
_____
William H. Griffin, Chapter 13 Trustee
5115 Roe Blvd. Suite 200
Roeland Park, KS 66205-2393
(913) 677-1311