**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of August, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:    MARK H. ENGEN,                    CASE NO. 15-20184
          MAUREEN E. ENGEN,
                Debtors.

ORDER GRANTING DEBTORS' MOTION TO
DEVIATE FROM S.O. 11- 3

The Court takes on for Consideration the Debtors' Motion to Deviate From Standing Order 11-3 requiring employer pay on mortgage payments.

The Court finds that proper notice was given and that no objections were filed. The Court finds that good cause exists to grant the relief requested.

IT IS THEREFORE ORDERED that Debtors may deviate from Standing Order S.O. 11-3 and may pay all chapter 13 payments directly to the Chapter 13 Trustee. In the event that debtors miss one plan payment, the Trustee will be allowed to issue an employer wage order without further notice.

Submitted by,
/s/ Teresa M. Kidd
Teresa M. Kidd, KS Bar No. 12166
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTORS

APPROVED BY:

CHAPTER 13 TRUSTEE

/s/ William  H. Griffin

_____
William H. Griffin, Chapter 13 Trustee
5115 Roe Blvd. Suite 200
Roeland Park, KS  66205-2393
(913) 677-1311

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1083-2         User: susan              Page 1 of 1              Date Rcvd: Aug 07, 2015
                             Form ID: pdf020          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2015.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2015 at the address(es) listed below:
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mcollins@boydlawlc.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,   awshores@lewisricekc.com
              Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com
              Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 6