**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of August, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN and
MAUREEN E. ENGEN,
    Debtors.

Case No. 15-20184
Chapter 13

### ORDER DIRECTING PARTIES TO SUBMIT BRIEFS

THIS MATTER comes before the Court *sua sponte*.

THE COURT FINDS that on May 4, 2015, Debtors filed an Amended Chapter 13 Plan[1] through their attorney Teresa M. Kidd. On May 5, 2015, the Chapter 13 Trustee, W.H. Griffin, filed an Objection to Confirmation[2] arguing Debtors' separate classification of Navient Solutions unfairly discriminates against other creditors in violation of 11 U.S.C. § 1322(b)(1). A hearing

---

[1] Doc. 25.

[2] Doc. 27.

15.08.24.A Order to Submit Briefs.wpd

was held on June 23, 2015 directing the Trustee to disburse as if confirmed and continuing the matter to September 15, 2015. Upon further consideration, the Court directs the parties to submit briefs within 45 days from the entry of this order. The matter will then be placed under advisement.

    IT IS SO ORDERED

###

ROBERT D. BERGER
U.S. BANKRUPTCY JUDGE
DISTRICT OF KANSAS