**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of August, 2015.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN and  　　　　　　　　　　　　　　　Case No. 15-20184
MAUREEN E. ENGEN,　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtors.

### ORDER DIRECTING PARTIES TO SUBMIT BRIEFS

THIS MATTER comes before the Court *sua sponte*.

THE COURT FINDS that on May 4, 2015, Debtors filed an Amended Chapter 13 Plan[1] through their attorney Teresa M. Kidd. On May 5, 2015, the Chapter 13 Trustee, W.H. Griffin, filed an Objection to Confirmation[2] arguing Debtors' separate classification of Navient Solutions unfairly discriminates against other creditors in violation of 11 U.S.C. § 1322(b)(1). A hearing

---

[1] Doc. 25.

[2] Doc. 27.

15.08.24.A Order to Submit Briefs.wpd

was held on June 23, 2015 directing the Trustee to disburse as if confirmed and continuing the matter to September 15, 2015. Upon further consideration, the Court directs the parties to submit briefs within 45 days from the entry of this order. The matter will then be placed under advisement.

      IT IS SO ORDERED

###

ROBERT D. BERGER
U.S. BANKRUPTCY JUDGE
DISTRICT OF KANSAS

15.08.24.A Order to Submit Briefs.wpd     - 2 -

Case 15-20184    Doc# 36    Filed 08/27/15    Page 2 of 3

In re:                                                                  Case No. 15-20184-RDB
Mark H Engen                                                            Chapter 13
Maureen E. Engen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2          User: cindy            Page 1 of 1            Date Rcvd: Aug 25, 2015
                              Form ID: pdf020        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2015.
db/jdb         +Mark H Engen,   Maureen E. Engen,   7905 W. 96th Street,   Overland Park, KS 66212-3308
cr             +The Bank of New York Mellon Trust Company, Nationa,   1661 Worthington Road,   Suite 100,
                 West Palm Beach, FL 33409-6493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BMO Harris Bank, N.A., successor by merger to M&I
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2015 at the address(es) listed below:
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mcollins@boydlawlc.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com
              Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                              TOTAL: 6