# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARK H. ENGEN & MAUREEN E. ENGEN, | ) |
| | ) Case No. 15-20184 |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO RULE 2002

COMES NOW, the law firm of Lewis Rice LLC and hereby enters its appearance as counsel for BMO Harris Bank, N.A. (hereinafter, "BMO"), a creditor of the above-named debtors. Pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. § 1109(b), BMO requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE, that BMO requests that all notices authorized, permitted, or required by any provision of the Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Bankruptcy Court for the District of Kansas, and by any request, instruction, or directive of the Office of the United States Trustee, and all other notices, applications, motions, complaints, petitions, pleadings, disclosure statements, plans of reorganization, plans of liquidation, reports, orders, and papers lodged or filed in the above-captioned Bankruptcy Code proceedings, as well as all notices of any of the foregoing, be given to and served upon its attorneys:

Scott A. Wissel
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
816-421-2500
sawissel@lewisricekc.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) BMO's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) BMO's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) BMO's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoff or recoupments to which BMO is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the BMO expressly reserves.

Respectfully submitted,

/s/ Scott A. Wissel
Scott A. Wissel      KS #18589
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500
Fax (816) 472-2500
sawissel@lewisricekc.com
ATTORNEYS FOR BMO HARRIS BANK, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served by electronic filing with the CM/ECF system, this 9th day of September 2015.

/s/ Scott A. Wissel
Attorney for BMO Harris Bank, N.A.