Form 210A (12/09)

# United States Bankruptcy Court

                    DISTRICT OF KANSAS

In Re:  
MARK H ENGEN

MAUREEN E. ENGEN

Case No. 1520184

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

Springleaf Financial Services, Inc  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee  
should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 3  
Amount of Claim: $852.75  
Date Claim Filed: 02/23/2015

Phone: (877)829-8298  
Last Four Digits of Acct # : 3376

Phone:  
Last Four Digits of Acct #: 3376

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
SPRINGLEAF FINANCE, INC.  
601 NW Second Street  
Evansville IN 47708

Phone: (877)829-8298  
Last Four Digits of Acct # : 3376

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nicole Enochs    Date: 10/12/2015  
    -------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

ASSIGNMENT AND BILL OF SALE

Springleaf Finance, Inc., as Attorney-in-Fact for Wilmington Trust, National Association, in its capacity as trustee for SpringCastle America Funding Trust, SpringCastle Credit Funding Trust and SpringCastle Finance Funding Trust (collectively the "Sellers"), have accepted assignment of an Account Purchase and Sale Agreement dated the 18th day of December, 2014 and all amendments thereto ("Agreement") for the sale of Accounts as defined in Section 1 of the Agreement to Portfolio Recovery Associates, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Purchaser, its successors and permitted assigns, all of Sellers' rights, title, and interest and obligations in and to the Accounts owned by such Sellers and identified on the Sale Files delivered by the Sellers to Purchaser in electronic file form in conjunction herewith and titled ███████████.

IN WITNESS WHEREOF, Sellers have signed and delivered this instrument on the 20th day of August, 2015.

        Springleaf Finance, Inc., as Attorney-in-Fact for Wilmington Trust, National Association, in its capacity as trustee for SpringCastle America Funding Trust, SpringCastle Credit Funding Trust and SpringCastle Finance Funding Trust

By: */s/ J. Scott Bailer*

Printed Name: J. Scott Bailer

Title: Senior Managing Director