*Exhibit A*


## Money Management
### INTERNATIONAL

14141 Southwest Freeway, Suite 1000 | Sugar Land, Texas 77478

MoneyManagement.org

November 24, 2014
RE: Client # 30843398-1

MS. MAUREEN E ENGEN
7905 W 96TH ST
OVERLAND PARK, KS 66212-3308

Dear Ms. Maureen E Engen,

Congratulations! You have accomplished something you should be proud of - successfully completing your Debt Management Plan (DMP). You are now in a position to handle any remaining obligations and have the opportunity to be in control of your financial future.

Here are some helpful suggestions to consider:

- Verify the accuracy of your credit report. You can receive a free copy of your credit report annually, at www.annualcreditreport.com. This is a simple, efficient means of reviewing your most current information and identifying potential errors since your last payment. To allow time for your creditors to provide reporting of balances paid in full, you should contact us for a review no less than 90 days from your last disbursement. One of our certified counselors will be glad to review the information with you.
- If you have not started a savings plan, you should begin one immediately with all or part of what you have been depositing each month. You have been paying others for the past months or years, now pay yourself.
- Set up short-term and long-term budget goals. Remember, our counselors will assist you in setting up a post Debt Management Program budget.

If you have any questions or need further assistance, remember we're always here to help you. Again, congratulations and best wishes for the future!

Sincerely,

Money Management International
Phone: 888.845.5669 | Fax: 888.812.5358

A Nonprofit Community Service Organization

Accredited by the
Council on Accreditation

Member of the
National Foundation for Credit Counseling

Member of the
Association of Independent Consumer Credit Counseling Agencies

Case 15-20184   Doc# 41-1   Filed 10/12/15   Page 1 of 3

## Account Summary

| | | | |
|---|---|---|---|
| DMP start date: | 01/18/2011 | DMP close date: | 11/24/2014 |
| Starting # of creditors: | 17 | Ending # of creditors: | 17 |
| Original debt amount: | $73,884.89 | Current debt amount: | $12,192.16 |

Total amount deposited: $79,445.00
Total amount refunded: $0.00
Total payment amount disbursed: $78,629.98
Total creditor voids and refunds: ($174.98)
Total fee amount paid: $990.00

## DEPOSIT HISTORY

| Deposit Type | Date | Amount | Available Date | Description |
|---|---|---|---|---|
| ACH | 11/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 10/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 09/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 08/18/2014 | $1,716.00 | | ACH Deposit |
| ACH | 07/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 06/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 05/19/2014 | $1,716.00 | | ACH Deposit |
| ACH | 04/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 03/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 02/18/2014 | $1,716.00 | | ACH Deposit |
| ACH | 01/17/2014 | $1,716.00 | | ACH Deposit |
| ACH | 12/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 11/18/2013 | $1,716.00 | | ACH Deposit |
| ACH | 10/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 09/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 08/19/2013 | $1,716.00 | | ACH Deposit |
| ACH | 07/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 06/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 05/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 04/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 03/18/2013 | $1,716.00 | | ACH Deposit |
| ACH | 02/19/2013 | $1,716.00 | | ACH Deposit |
| ACH | 01/17/2013 | $1,716.00 | | ACH Deposit |
| ACH | 12/17/2012 | $1,716.00 | | ACH Deposit |
| ACH | 11/19/2012 | $1,716.00 | | ACH Deposit |
| ACH | 10/17/2012 | $1,716.00 | | |
| ACH | 09/17/2012 | $1,716.00 | | |
| ACH | 08/17/2012 | $1,716.00 | | |
| ACH | 07/17/2012 | $1,716.00 | | |
| ACH | 06/18/2012 | $209.00 | | |
| ACH | 05/17/2012 | $1,716.00 | | |
| ACH | 04/17/2012 | $1,716.00 | | |
| ACH | 03/19/2012 | $1,716.00 | | |
| ACH | 02/17/2012 | $1,716.00 | | |
| ACH | 01/17/2012 | $1,716.00 | | |
| ACH | 12/19/2011 | $1,716.00 | | |
| ACH | 11/17/2011 | $1,716.00 | | |
| ACH | 10/17/2011 | $1,716.00 | | |
| ACH | 09/19/2011 | $1,716.00 | | |

## DEPOSIT HISTORY

| Deposit Type | Date | Amount | Available Date | Description |
|---|---|---|---|---|
| ACH | 08/17/2011 | $1,716.00 | | |
| ACH | 07/18/2011 | $1,716.00 | | |
| ACH | 06/17/2011 | $1,716.00 | | |
| ACH | 05/17/2011 | $1,716.00 | | |
| ACH | 04/18/2011 | $1,716.00 | | |
| ACH | 03/17/2011 | $1,716.00 | | |
| ACH | 02/17/2011 | $1,716.00 | | |
| ACH | 01/18/2011 | $2,016.00 | | |
| **Total Deposits** | | **$79,445.00** | | |

## DISBURSEMENT HISTORY

**Disbursement History for First National Bank of Omaha - FIRST NATIONAL BANK OF OMAHA (***648874)**

| Transaction Type | Check Date | Amount | Issue Date | Check Number |
|---|---|---|---|---|
| DISBPRIN | 11/24/2014 | $322.00 | 11/24/2014 | Electronic Pmt |
| DISBPRIN | 10/24/2014 | $321.21 | 10/24/2014 | Electronic Pmt |
| DISBPRIN | 09/24/2014 | $309.17 | 09/24/2014 | Electronic Pmt |
| DISBPRIN | 08/22/2014 | $296.66 | 08/22/2014 | Electronic Pmt |
| DISBPRIN | 07/24/2014 | $296.66 | 07/24/2014 | Electronic Pmt |
| DISBPRIN | 06/24/2014 | $296.66 | 06/24/2014 | Electronic Pmt |
| DISBPRIN | 05/23/2014 | $296.66 | 05/23/2014 | Electronic Pmt |
| DISBPRIN | 04/24/2014 | $293.54 | 04/24/2014 | Electronic Pmt |
| DISBPRIN | 03/24/2014 | $290.42 | 03/24/2014 | Electronic Pmt |
| DISBPRIN | 02/24/2014 | $290.42 | 02/24/2014 | Electronic Pmt |
| DISBPRIN | 01/24/2014 | $274.51 | 01/24/2014 | Electronic Pmt |
| DISBPRIN | 12/24/2013 | $278.68 | 12/24/2013 | Electronic Pmt |
| DISBPRIN | 11/25/2013 | $268.00 | 11/25/2013 | Electronic Pmt |
| DISBPRIN | 10/24/2013 | $276.62 | 10/24/2013 | Electronic Pmt |
| DISBPRIN | 09/24/2013 | $272.65 | 09/24/2013 | Electronic Pmt |
| DISBPRIN | 08/23/2013 | $272.65 | 08/23/2013 | Electronic Pmt |
| DISBPRIN | 07/24/2013 | $272.65 | 07/24/2013 | Electronic Pmt |
| DISBPRIN | 06/24/2013 | $272.65 | 06/24/2013 | Electronic Pmt |
| DISBPRIN | 05/24/2013 | $272.65 | 05/24/2013 | Electronic Pmt |
| DISBPRIN | 04/24/2013 | $272.65 | 04/24/2013 | Electronic Pmt |
| DISBPRIN | 03/22/2013 | $272.65 | 03/22/2013 | Electronic Pmt |
| DISBPRIN | 02/25/2013 | $272.64 | 02/25/2013 | Electronic Pmt |
| DISBPRIN | 01/24/2013 | $272.64 | 01/24/2013 | Electronic Pmt |
| DISBPRIN | 12/24/2012 | $272.64 | 12/24/2012 | Electronic Pmt |
| DISBPRIN | 11/26/2012 | $272.64 | 11/26/2012 | Electronic Pmt |
| DISBPRIN | 10/24/2012 | $272.63 | 10/24/2012 | Electronic Pmt |
| DISBPRIN | 09/24/2012 | $272.64 | 09/24/2012 | Electronic Pmt |
| DISBPRIN | 08/24/2012 | $272.64 | 08/24/2012 | Electronic Pmt |
| DISBPRIN | 07/24/2012 | $272.63 | 07/24/2012 | Electronic Pmt |
| DISBPRIN | 05/24/2012 | $272.63 | 05/24/2012 | Electronic Pmt |
| DISBPRIN | 04/24/2012 | $272.64 | 04/24/2012 | Electronic Pmt |
| DISBPRIN | 03/26/2012 | $272.63 | 03/26/2012 | Electronic Pmt |
| DISBPRIN | 02/24/2012 | $272.49 | 02/24/2012 | Electronic Pmt |
| DISBPRIN | 01/24/2012 | $272.50 | 01/24/2012 | Electronic Pmt |
| DISBPRIN | 12/23/2011 | $272.50 | 12/23/2011 | Electronic Pmt |
| DISBPRIN | 11/23/2011 | $272.50 | 11/23/2011 | Electronic Pmt |
| DISBPRIN | 10/24/2011 | $272.50 | 10/24/2011 | Electronic Pmt |
| DISBPRIN | 09/26/2011 | $272.50 | 09/26/2011 | Electronic Pmt |
| DISBPRIN | 08/24/2011 | $272.50 | 08/24/2011 | Electronic Pmt |