

Exhibit B

CALL: (800)410-8089

REGARDING: U S DEPARTMENT OF EDUCATION

Corporate Address: 1309 Technology Pkwy, Cedar Falls, IA 50613
Hours of Operation: 7:00 am - 9:00 pm CT Monday - Thursday
7:00 am - 6:00 pm CT Friday
9:00 am - 1:00 pm CT Saturday

Your Account Number: 1017126353
Total Amount Due: $37,509.79

11/17/14

Dear MAUREEN E ENGEN:

U S DEPARTMENT OF EDUCATION has forwarded your account to our office to collect the balance in full unless disputed within 30 days from receipt of this letter.

Your account is in default. To pay your account and ensure proper credit, please note your account number on your check and mail it with the bottom portion of this letter in the enclosed envelope.

Please choose one of the payment options below to pay this debt:
- Pay by AUTOPAY CHECK OR CREDIT CARD (Please call our office at (800)410-8089)
- SEND YOUR CERTIFIED BANK CHECK OR MONEY ORDER (Insert in enclosed envelope with bottom of letter)

As of the date of this letter, you owe $37,509.79. Because of interest and other charges assessed by your creditor your balance may vary from day to day, the amount due on the day you pay may be greater. Thus, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor. This is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

All correspondence other than payments should be mailed to P.O. Box 930, Waterloo, IA 50704-0930.

Please see next page for additional detailed account information.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Please note any change in your name, address or phone on the reverse side and call our office.

PLEASE DETACH AND RETURN WITH ENCLOSED ENVELOPE

321CDCBEG080800

PO BOX 930
WATERLOO, IA 50704-0930
CHANGE SERVICE REQUESTED

Do not send cash
Note your account number on your check
Make checks payable to US Department of Education
Return this portion with your payment

| ACCOUNT #: | DATE: | PLEASE PAY THIS AMOUNT: |
|---|---|---|
| 1017126353 | 11/17/14 | $37,509.79 |
| AMOUNT ENCLOSED: | | |

11/17/14   CALL: (800)410-8089   CS Number: 08-001340613
001340613-09-000006

0800       449530818

MAUREEN E ENGEN
7905 W 96TH ST
OVERLAND PARK, KS 66212-3308

NATIONAL PAYMENT CENTER
U.S. DEPARTMENT OF EDUCATION
P.O. BOX 105028
ATLANTA, GA 30348-5028

4 325106447945 00000004750 00000544    4 325106447945 0011172014 37509790