210B (12/09)

# United States Bankruptcy Court

District of Kansas
Case No. 15-20184
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark H Engen
7905 W. 96th Street
Overland Park KS 66212

Maureen E. Engen
7905 W. 96th Street
Overland Park KS 66212

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/12/2015.

Name and Address of Alleged Transferor(s):

Claim No. 3: Springleaf Financial Services, Inc., PO Box 3251, Evansville IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/16/15

David D. Zimmerman
**CLERK OF THE COURT**

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
        Debtors                         CERTIFICATE OF NOTICE
District/off: 1083-2           User: judy                 Page 1 of 1                  Date Rcvd: Oct 14, 2015
                               Form ID: trc               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2015.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 8140427       E-mail/PDF: cbp@springleaf.com Oct 14 2015 21:28:56      Springleaf Financial Services, Inc.,
                 PO Box 3251,   Evansville IN 47731-3251
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2015 at the address(es) listed below:
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mcollins@boydlawlc.com
              Scott A Wissel    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
              Sheldon R. Singer     on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              Teresa M. Kidd    on behalf of Joint Debtor Maureen E. Engen tkiddlaw@kc.rr.com
              Teresa M. Kidd    on behalf of Debtor Mark H Engen tkiddlaw@kc.rr.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                              TOTAL: 7
```