IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re:

MARK H. ENGEN,  CASE NO. 15-20184
MAUREEN E. ENGEN,
        Debtors.

## MOTION TO ACCEPT BRIEF FILED OUT OF TIME

COME NOW the debtors, through their attorney of record, and for their Motion to Accept Brief filed out of time, state as follows:

1. Counsel for Debtors had all research, outlines and a draft started to prepare the brief on Thursday October 8, by 6:00 p.m.

2. Debtors' Counsel received a phone call shortly after 6:00 p.m. that afternoon, informing her that her daughter had been in a serious automobile crash and was on the way to Overland Park Regional Medical Center in an ambulance.

3. Debtors' Counsel left the office to meet her daughter at the emergency room. Daughter had sustained injuries to her face and neck. Cat scans and x-rays were done. The Emergency Room Physician confirmed that bones under the daughter's eye on the right side of her face were fractured and would need to see a plastic surgeon as soon as possible, before further damage occurred to the eye. Debtors' Counsel stayed with her daughter until shortly before midnight, when she was released to go home.

4. Debtors' counsel worked as much as possible on Friday, October 9, the due date of the Brief but was not able to complete it. Since the Court would not reopen until after the October 12 holiday, the brief was filed October 12, prior to the court reopening on Tuesday October 13.

5. Debtors are absolutely not to blame for this neglect. Debtors' Counsel prays for an Order of the Court, finding excusable neglect, and accepting Debtors' brief filed out of time.

WHEREFORE, debtors' Attorney prays for an Order of the Court, permitting the debtors to deviate from the deadline of October 9, 2015 in which to file their brief, to find excusable neglect and to accept the brief as filed out of time.

Date: 10/19/2015  Respectfully Submitted by,

/s/ Teresa M. Kidd
Teresa M. Kidd, KS Bar No. 12166
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTORS