IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

    MARK H. ENGEN,                                CASE NO. 15-20184
    MAUREEN E. ENGEN,
           Debtors.

NOTICE OF OBJECTION DEADLINE ON DEBTORS'
MOTION TO ACCEPT BRIEF FILED OUT OF TIME

YOU ARE HEREBY NOTIFIED that if no objection is filed to the above named Motion in writing with the Clerk of the U.S. Bankruptcy Court by November 9, 2015, said Motion will be granted by entry of an order to be prepared and submitted by counsel for debtor.

     If a written objection is timely filed with the Clerk of the U.S. Bankruptcy Court at 500 State Avenue, Kansas City, Kansas, a hearing will be scheduled for November 19, 2015 at 9:30 a.m. in Room 151 at the Kansas City, Kansas Courthouse.

     Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Dated: October 19, 2015

                                                     Submitted by,

                                                     /s/ Teresa M. Kidd
                                                     Teresa M. Kidd, KS Bar No. 12166
                                                     P.O. Box 860451
                                                     Shawnee, KS  66286
                                                     (913) 422-0610
                                                     tkidd@kc.rr.com
                                                     Attorney for Debtor

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above Notice along with a copy of the Motion to Accept Brief Filed ont of  Time was served on all parties registered for electronic notice this 19th day of October, 2015.

                                                     /s/ Teresa M. Kidd