IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: Mark H. Engen,                                Case No. 15-20184
       Maureen E. Engen,
            Debtors.

## MOTION TO MODIFY CHAPTER 13 PLAN

COME NOW the debtors, and for their Motion to Modify Chapter 13 Plan, state as follows:

Paragraph nine of the current plan does not provide for payment to creditor BMO Harris on the terms of the Note and Mortgage.

The mortgage provides for a balloon payment to pay the balance due on the loan on or before July 1, 2018.

Debtors' hereby propose to amend their plan to add the following provision:

Debtors will refinance the entire amount due to creditor BMO Harris on or before July 1, 2018.

Respectfully Submitted,

/s/ Teresa M. Kidd
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTORS