IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

    MARK H. ENGEN,                              CASE NO. 15-20184
    MAUREEN E. ENGEN,
              Debtors.

NOTICE OF OBJECTION DEADLINE ON DEBTORS'
MOTION TO MODIFY CHAPTER 13 PLAN

    YOU ARE HEREBY NOTIFIED that if no objection is filed to the above named Motion in writing with the Clerk of the U.S. Bankruptcy Court by January 5, 2016, said Motion will be granted by entry of an order to be prepared and submitted by counsel for debtor.

    If a written objection is timely filed with the Clerk of the U.S. Bankruptcy Court at 500 State Avenue, Kansas City, Kansas, a hearing will be scheduled for January 12, 2016 at 9:30 a.m. in Room 151 at the Kansas City, Kansas Courthouse.

    Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

Dated: December 4, 2015

                                        Submitted by,

                                        /s/ Teresa M. Kidd
                                        Teresa M. Kidd, KS Bar No. 12166
                                        P.O. Box 860451
                                        Shawnee, KS 66286
                                        (913) 422-0610
                                        tkidd@kc.rr.com
                                        Attorney for Debtor


CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above Notice along with a copy of the Motion to Modify Chapter 13 Plan was served on all parties registered for electronic notice this 4th day of December, 2015 and a copy was mailed to all creditors on the attached matrix this 4th day of December, 2015.

                                          /s/ Teresa M. Kidd