Form ord_due  (Revised 12/01/2009)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

| | |
|---|---|
| Case Number: 15–20184 | Chapter: 13 |

In re:

| | |
|---|---|
| Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212 | Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212 |
| SSN: xxx–xx–2387 | SSN: xxx–xx–4794 |

**Entered By The Court**
**12/4/15**

**NOTICE OF DEADLINE FOR SUBMISSION OF PLEADING**

**Filed By The Court**
**12/4/15**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

D. Kan. LBR 9004.1(b) and 9074.1 require that unless the court directs otherwise, orders resulting from an actual hearing are due fourteen (14) days from the date of the hearing. Orders resulting from a notice with an objection deadline where no actual hearing was held are due fourteen (14) days after the expiration of the objection deadline.

The court record indicates that Teresa Kidd has not filed Order(s) as directed.

The matter(s) which have been specified as outstanding are:

*44* – Motion to File Debtors' Brief Out of Time Filed on behalf of Debtor Mark H Engen, Joint Debtor Maureen E. Engen, with Certificate of Service.(Kidd, Teresa)

due on 11/23/2015

**The outstanding order, journal entry or withdrawal of motion or pleading should be presented within fourteen (14) days from the date of this notice. If an order, journal entry or a withdrawal of the pertinent pleading is not filed within the fourteen (14) days specified above, the Court will enter an order denying or dismissing the motion/application in question for lack of prosecution, without further notice, or may set the matter for a show cause hearing, in its sole discretion.**

| | |
|---|---|
| Document 48 – 44 | s/  David D. Zimmerman<br>Clerk, United States Bankruptcy Court |