# Notice Recipients

District/Off: 1083–2     User: susan     Date Created: 12/4/2015
Case: 15–20184     Form ID: ksntcdue     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Teresa M. Kidd     tkiddlaw@kc.rr.com

TOTAL: 1