IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS (Kansas City)

| | |
|---|---|
| In Re: ) | |
| Mark H. Engen ) | Case No. 15-20184 |
| Maureen E. Engen ) | Chapter 13 |
| ) | |
| Debtors. ) | |

## WITHDRAWAL OF DOCUMENT

COMES NOW Secured Creditor, BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB, and respectfully requests leave to withdraw without prejudice its Objection to Confirmation of Plan filed May 22, 2015 [#29]. This matter has been resolved.

Respectfully submitted,
LEWIS RICE LLC

/s/Sheldon R. Singer
Sheldon R. Singer, #10915
10484 Marty
Overland Park, KS 66212
913-648-6333
Fax: 913-642-8742
srsinger@lewisricekc.com
ATTORNEY FOR BMO Harris Bank, N.A. successor by merger to M&I Bank, FSB

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the Withdrawal was deposited in United States mail, postage prepaid, this 8th day of December, 2015, to the following:

| | | |
|---|---|---|
| Mark H. Engen | Teresa M. Kidd | William H Griffin |
| Maureen E. Engen | 8700 Monrovia, Suite 310 | 5115 Roe Blvd Ste. 200 |
| 7905 W. 96th Street | Lenexa, KS 66215 | Roeland Park, KS 66205 |
| Overland Park, KS 66212 | Debtor's Attorney | Trustee |
| Debtor | | |

/s/Sheldon R. Singer
Sheldon R. Singer
Attorney for BMO Harris Bank, N.A. successor by merger to M&I Bank, FSB