The relief described hereinbelow is SO ORDERED.

SIGNED this 21st day of December, 2015.



_____
Robert D. Berger
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re:

    MARK H. ENGEN,                                    CASE NO. 15-20184
    MAUREEN E. ENGEN,
                Debtors.

ORDER GRANTING MOTION TO ACCEPT BRIEF FILED OUT OF TIME

The Court takes up for consideration the Debtors' Motion to Accept Brief Filed Out of Time.

The Court finds that proper service was given and that no objections were filed.

The Court finds that good cause exists to grant the Debtors' Motion.

IT IS THEREFORE ORDERED that Debtors' Brief, filed out of time, is hereby

accepted by the Court.

Date: 12/6/2015
Respectfully Submitted by,
/s/ Teresa M. Kidd
Teresa M. Kidd, KS Bar No. 12166
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 422-0610
tkidd@kc.rr.com
ATTORNEY FOR DEBTORS

APPROVED BY:

OFFICE OF THE CHAPTER 13 TRUSTEE

/s/ William H. Griffin

_____
BY:  William H. Griffin, Chapter 13 Trustee
5115 Roe Boulevard, Suite 200
Roeland Park, KS  66205
(913) 677-1311