# Notice Recipients

District/Off: 1083–2  User: susan  Date Created: 12/22/2015
Case: 15–20184  Form ID: pdf020  Total: 3

**Recipients of Notice of Electronic Filing:**
ust  U.S. Trustee  ustpregion20.wi.ecf@usdoj.gov
tr  William H Griffin  ecfgriff@13trusteeks.com
aty  Teresa M. Kidd  tkiddlaw@kc.rr.com

TOTAL: 3