IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:

MARK H. ENGEN   Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

    *Debtors*

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW** David A. Reed, Esq., and hereby enters his appearance as attorney of record for Mark & Maureen Engen. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon Creditors shall be served upon David A. Reed, Attorney at Law, 7823 Parallel Parkway, Kansas City, KS 66112, BKLAW@swbell.net.

Submitted by:

  /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, and addressed to Debtor, and all other parties in interest per PACER on this 23rd day of January, 2016.

  /s/ David A. Reed
David A. Reed #14581 KS