Label Matrix for local noticing
1083-2
Case 15-20184
District of Kansas
Kansas City
Sat Jan 23 16:23:33 CST 2016

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

The Bank of New York Mellon Trust Company, N
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

AFFILIATED MANAGEMEN
7219 METCALF SUITE 202
OVERLAND PARK, KS 66204-1993

BBY/CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007-1032

BMO HARRIS BANK NA
770 N WATER ST, ATN: BRK-180-RC
MILWAUKEE, WI 53202

BMO HARRIS TRUST& SAVI
111 W MONROE ST
CHICAGO, IL 60603-4095

BMO Harris Bank NA
c/o South & Associates
6363 College Blvd. Suite 100
Overland Park, KS 66211-1881

Best Buy Credit Services
P.O. Box 790441
St. Louis, MO 63179-0441

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CBE Group
P.O. Box 930
Waterloo, IA 50704-0930

CCS/FIRST NATIONAL BAN
500 E 60TH ST N
SIOUX FALLS, SD 57104-0478

CHASE
PO BOX 15298
WILMINGTON, DE 19850-5298

CITI
PO BOX 6241
SIOUX FALLS, SD 57117-6241

CONSUMER COLLECTION MN
2333 GRISSOM DR
SAINT LOUIS, MO 63146-3322

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193-8875

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Cavalry SPV I LLC
Bass and Associates PC
3936 E Ft Lowell Suite 200
Tucson AZ 85712-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

DEPT OF ED/NAVIENT
PO BOX 9635
WILKES BARRE, PA 18773-9635

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850-5316

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 430543025

FNB OMAHA
1620 DODGE ST
OMAHA, NE 68197-0003

First National Bank of Omaha
1620 Dodge Street
Stop Code 3105
Omaha Ne 68197-0003

First National Credit Card
P.O. Box 5097
Sioux Falls, SD 57117-5097

Hyundai Capital America DBA
Kia Motors Finance
PO Box 20825
Fountain Valley, CA 92728-0825

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KANSAS COUNSELORS OF K
PO BOX 14765
SHAWNEE MISSION, KS 66285-4765

| | | |
|---|---|---|
| KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 | Kansas Dept. of Revenue<br>915 SW Harrison St.<br>Topeka, KS 66699-1000 |
| Kia Motors Finance<br>P.O. Box 105299<br>Atlanta, GA 30348-5299 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MNET FIN INC<br>95 ARGONAUT STE 250<br>ALISO VIEJO, CA 92656-4142 |
| Mobiloans<br>151 Melacon Drive<br>Marksville, LA 71351-3065 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 |
| OPTIMA RECOVERY SERVIC<br>6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919-4044 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 |
| SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE FARM FINANCIAL S<br>3 STATE FARM PLAZA N-4<br>BLOOMINGTON, IL 61791-0002 | SYNCB/CARE CREDIT<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 |
| SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/PHILLIPS 66<br>4125 WINDWARD PLZ<br>ALPHARETTA, GA 30005-8738 |
| SYNCB/QVC<br>PO BOX 965018<br>ORLANDO, FL 32896-5018 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | eCAST Settlement Corporation assignee of Cit<br>NA<br>POB 29262<br>New York NY 10087-9262 |
| td bank usa, n.a.<br>c o Weinstein and Riley PS<br>2001 Western Avenue Suite 400<br>Seattle WA 98121-3132 | Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 | Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 |

| | |
|---|---|
| Teresa M. Kidd<br>8700 Monrovia<br>Suite 310<br>Lenexa, KS 66215-3500 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Springleaf Financial Services, Inc.<br>PO Box 3251<br>Evansville IN 47731-3251 | VON MAUR<br>6565 BRADY ST<br>DAVENPORT, IA 52806-2054 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)BMO Harris Bank, N.A., successor by merger | End of Label Matrix<br>Mailable recipients    61<br>Bypassed recipients     1<br>Total    62 |