## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN                                                    Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

                        *Debtor(s).*


## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING AND FIXING DATE FOR FILING OF OBJECTIONS TO FOURTH AMENDED CHAPTER 13 PLAN

    **NOTICE IS HEREBY GIVEN** that an Amended Plan was filed herein by the debtor(s) on February 5, 2016, a copy of which is provided herein.

    **NOTICE IS FURTHER GIVEN** that if no written objection is filed with the Clerk of the United States Bankruptcy Court at Kansas City, Kansas, on or before March 4, 2016, such motion/modification will be allowed.   If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on the 22nd day of March, 2016 at 9:30 a.m. or as soon thereafter as the same may be heard.


   /s/ David A. Reed
David A. Reed #14581 KS
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor(s)


## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the above Notice with a copy of the motion(s) or amended plan attached thereto was mailed by regular U.S mail, postage prepaid, and addressed to the following on this 5th day of February, 2016: Debtor(s), Chapter 13 Trustee, and all other creditors per PACER.


   /s/ David A. Reed
David A. Reed #14581 KS