```
Label Matrix for local noticing          PRA Receivables Management, LLC          The Bank of New York Mellon Trust Company, N
1083-2                                   PO Box 41067                             1661 Worthington Road
Case 15-20184                            Norfolk, VA 23541-1067                   Suite 100
District of Kansas                                                                West Palm Beach, FL 33409-6493
Kansas City
Fri Feb  5 20:56:47 CST 2016

Kansas City Divisional Office            AFFILIATED MANAGEMEN                     BBY/CBNA
161 Robert J. Dole US Courthouse         7219 METCALF SUITE 202                   50 NORTHWEST POINT ROAD
500 State Avenue                         OVERLAND PARK, KS 66204-1993             ELK GROVE VILLAGE, IL 60007-1032
Kansas City, KS 66101-2448


BMO HARRIS BANK NA                       BMO HARRIS TRUST& SAVI                   BMO Harris Bank NA
770 N WATER ST, ATN: BRK-180-RC          111 W MONROE ST                          c/o South & Associates
MILWAUKEE, WI 53202                      CHICAGO, IL 60603-4095                   6363 College Blvd. Suite 100
                                                                                  Overland Park, KS 66211-1881


Best Buy Credit Services                 (p)CAPITAL ONE                           CBE Group
P.O. Box 790441                          PO BOX 30285                             P.O. Box 930
St. Louis, MO 63179-0441                 SALT LAKE CITY UT 84130-0285             Waterloo, IA  50704-0930


CCS/FIRST NATIONAL BAN                   CHASE                                    CITI
500 E 60TH ST N                          PO BOX 15298                             PO BOX 6241
SIOUX FALLS, SD 57104-0478               WILMINGTON, DE 19850-5298                SIOUX FALLS, SD 57117-6241


CONSUMER COLLECTION MN                   CREDIT ONE BANK NA                       Capital One NA
2333 GRISSOM DR                          PO BOX 98875                             c/o Becket and Lee LLP
SAINT LOUIS, MO 63146-3322               LAS VEGAS, NV 89193-8875                 POB 3001
                                                                                  Malvern PA 19355-0701


Cavalry SPV I LLC                        Cavalry SPV I, LLC                       Citibank, N.A.
Bass and Associates PC                   500 Summit Lake Drive, Ste 400           701 East 60th Street North
3936 E Ft Lowell Suite 200               Valhalla, NY 10595-1340                  Sioux Falls, SD 57104-0493
Tucson AZ 85712-1083


DEPT OF ED/NAVIENT                       DISCOVER FIN SVCS LLC                    Discover Bank
PO BOX 9635                              PO BOX 15316                             Discover Products Inc
WILKES BARRE, PA 18773-9635              WILMINGTON, DE 19850-5316                PO Box 3025
                                                                                  New Albany OH  430543025


FNB OMAHA                                First National Bank of Omaha             First National Credit Card
1620 DODGE ST                            1620 Dodge Street                        P.O. Box 5097
OMAHA, NE 68197-0003                     Stop Code 3105                           Sioux Falls, SD  57117-5097
                                         Omaha Ne 68197-0003


Hyundai Capital America DBA              Internal Revenue Service                 KANSAS COUNSELORS OF K
Kia Motors Finance                       P.O. Box 7346                            PO BOX 14765
PO Box 20825                             Philadelphia, PA  19101-7346             SHAWNEE MISSION, KS 66285-4765
Fountain Valley, CA 92728-0825
```

| | | |
|---|---|---|
| KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 | Kansas Dept. of Revenue<br>915 SW Harrison St.<br>Topeka, KS 66699-1000 |
| Kia Motors Finance<br>P.O. Box 105299<br>Atlanta, GA 30348-5299 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MNET FIN INC<br>95 ARGONAUT STE 250<br>ALISO VIEJO, CA 92656-4142 |
| Mobiloans<br>151 Melacon Drive<br>Marksville, LA 71351-3065 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 |
| OPTIMA RECOVERY SERVIC<br>6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919-4044 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 |
| SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE FARM FINANCIAL S<br>3 STATE FARM PLAZA N-4<br>BLOOMINGTON, IL 61791-0002 | SYNCB/CARE CREDIT<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 |
| SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | SYNCB/PHILLIPS 66<br>4125 WINDWARD PLZ<br>ALPHARETTA, GA 30005-8738 |
| SYNCB/QVC<br>PO BOX 965018<br>ORLANDO, FL 32896-5018 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | eCAST Settlement Corporation assignee of Cit<br>NA<br>POB 29262<br>New York NY 10087-9262 |
| td bank usa, n.a.<br>c o Weinstein and Riley PS<br>2001 Western Avenue Suite 400<br>Seattle WA 98121-3132 | David A. Reed<br>7823 Parallel Parkway<br>Kansas City, KS 66112-2036 | Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 |

```
Maureen E. Engen                          William H Griffin
7905 W. 96th Street                       5115 Roe Blvd Ste 200
Overland Park, KS 66212-3308              Roeland Park, KS 66205-2393
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CAP ONE                                   Portfolio Recovery Associates, LLC       (d)Portfolio Recovery Associates, LLC
PO BOX 85520                              POB 41067                                POB 41067
RICHMOND, VA 23285                        Norfolk VA 23541                         Norfolk, VA 23541


Springleaf Financial Services, Inc.       VON MAUR
PO Box 3251                               6565 BRADY ST
Evansville IN 47731-3251                  DAVENPORT, IA 52806-2054
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BMO Harris Bank, N.A., successor by merger      End of Label Matrix
                                                   Mailable recipients    61
                                                   Bypassed recipients     1
                                                   Total                  62
```