# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E. Engen
               Debtors                Case No: 15-20184-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on February 05, 2016. In support of the Trustee's Objection, the court is advised as follows:

1. The amended plan provides for student loans owed Navient Solutions and US Department of Education be treated as Special Class Creditors. The amended plan proposes to pay available funds, if any, to filed and allowed student loan claims – noting that no available funds are projected or anticipated.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

<u>s/ W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee<br>
W.H. Griffin #08060<br>
5115 ROE BLVD<br>
SUITE 200<br>
ROELAND PARK, KS 66205-2393<br>
(913)-677-1311<br>
(913)-432-7857 (Fax)<br>
inquiries@13trusteekc.com

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212