Certificate Number: 15111-KS-DE-027211481

Bankruptcy Case Number: 15-20184


15111-KS-DE-027211481

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2016, at 9:49 o'clock PM EDT, Mark H Engen completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Kansas.

Date:   April 1, 2016

By:   /s/Tiffany Windish for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education