# United States Bankruptcy Court

District of Kansas
Case No. 15-20184
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark H Engen<br>7905 W. 96th Street<br>Overland Park KS 66212 | Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park KS 66212 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/02/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: td bank usa, n.a., c o Weinstein and Riley PS, 2001 Western Avenue Suite 400, Seattle WA 98121 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/04/16

David D. Zimmerman
**CLERK OF THE COURT**

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
         Debtors                        CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan              Page 1 of 1                  Date Rcvd: Jun 02, 2016
                              Form ID: trc             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 8150280        +E-mail/Text: bncmail@w-legal.com Jun 02 2016 21:08:53      td bank usa, n.a.,
                 c o Weinstein and Riley PS,   2001 Western Avenue Suite 400,   Seattle WA 98121-3132
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2016 at the address(es) listed below:
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net, ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net, ecf@reedlaw35.com
              Margret Fank    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
              Sheldon R. Singer    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8
```