IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN  Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

    *Debtors.*

**NOTICE OF NON-EVIDENTIARY HEARING ON MOTION TO APPROVE A PROPOSED DISTRIBUTION FROM AN INHERITED 401(k) PLAN, AND FOR COMPENSATION**
Set for September 13, 2016 at 9:30 a.m.

    **NOTICE IS HEREBY GIVEN** that a **non-evidentiary hearing** on the above motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on September 13, 2016 at 9:30 a.m. or as soon thereafter as the same may be heard.

Submitted by:

  /s/ David A. Reed
David A. Reed # KS 14581
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, and addressed to the following on this 7th day of August, 2016: U.S. Trustee, William H. Griffin, Chapter 13 Trustee, and all other parties in interest per PACER.

  /s/ David A. Reed
David A. Reed # KS 14581