| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 15-20184<br>District of Kansas<br>Kansas City<br>Sun Aug  7 18:01:43 CDT 2016 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| The Bank of New York Mellon Trust Company, N<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | AFFILIATED MANAGEMEN<br>7219 METCALF SUITE 202<br>OVERLAND PARK, KS 66204-1993 |
| BBY/CBNA<br>50 NORTHWEST POINT ROAD<br>ELK GROVE VILLAGE, IL 60007-1032 | BMO HARRIS BANK NA<br>770 N WATER ST, ATN: BRK-180-RC<br>MILWAUKEE, WI 53202 | BMO HARRIS TRUST& SAVI<br>111 W MONROE ST<br>CHICAGO, IL 60603-4095 |
| BMO Harris Bank NA<br>c/o South & Associates<br>6363 College Blvd. Suite 100<br>Overland Park, KS 66211-1881 | Best Buy Credit Services<br>P.O. Box 790441<br>St. Louis, MO 63179-0441 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CBE Group<br>P.O. Box 930<br>Waterloo, IA  50704-0930 | CCS/FIRST NATIONAL BAN<br>500 E 60TH ST N<br>SIOUX FALLS, SD 57104-0478 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | CONSUMER COLLECTION MN<br>2333 GRISSOM DR<br>SAINT LOUIS, MO 63146-3322 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Cavalry SPV I LLC<br>Bass and Associates PC<br>3936 E Ft Lowell Suite 200<br>Tucson AZ 85712-1083 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | DEPT OF ED/NAVIENT<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH  430543025 | FNB OMAHA<br>1620 DODGE ST<br>OMAHA, NE 68197-0003 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha Ne 68197-0003 |
| First National Credit Card<br>P.O. Box 5097<br>Sioux Falls, SD  57117-5097 | Hyundai Capital America DBA<br>Kia Motors Finance<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |

| | | |
|---|---|---|
| KANSAS COUNSELORS OF K<br>PO BOX 14765<br>SHAWNEE MISSION, KS 66285-4765 | KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 |
| Kansas Dept. of Revenue<br>915 SW Harrison St.<br>Topeka, KS 66699-1000 | Kia Motors Finance<br>P.O. Box 105299<br>Atlanta, GA 30348-5299 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MNET FIN INC<br>95 ARGONAUT STE 250<br>ALISO VIEJO, CA 92656-4142 | Mobiloans<br>151 Melacon Drive<br>Marksville, LA 71351-3065 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 | OPTIMA RECOVERY SERVIC<br>6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919-4044 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 | SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE FARM FINANCIAL S<br>3 STATE FARM PLAZA N-4<br>BLOOMINGTON, IL 61791-0002 |
| SYNCB/CARE CREDIT<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| SYNCB/PHILLIPS 66<br>4125 WINDWARD PLZ<br>ALPHARETTA, GA 30005-8738 | SYNCB/QVC<br>PO BOX 965018<br>ORLANDO, FL 32896-5018 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 |
| eCAST Settlement Corporation assignee of Cit<br>NA<br>POB 29262<br>New York NY 10087-9262 | td bank usa, n.a.<br>c o Weinstein and Riley PS<br>2001 Western Avenue Suite 400<br>Seattle WA 98121-3132 | David A. Reed<br>7823 Parallel Parkway<br>Kansas City, KS 66112-2036 |

| Mark H Engen | Maureen E. Engen | William H Griffin |
|---|---|---|
| 7905 W. 96th Street | 7905 W. 96th Street | 5115 Roe Blvd Ste 200 |
| Overland Park, KS 66212-3308 | Overland Park, KS 66212-3308 | Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| CAP ONE | Portfolio Recovery Associates, LLC | (d)Portfolio Recovery Associates, LLC |
|---|---|---|
| PO BOX 85520 | POB 41067 | POB 41067 |
| RICHMOND, VA 23285 | Norfolk VA 23541 | Norfolk, VA 23541 |

| Springleaf Financial Services, Inc. | VON MAUR |
|---|---|
| PO Box 3251 | 6565 BRADY ST |
| Evansville IN 47731-3251 | DAVENPORT, IA 52806-2054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BMO Harris Bank, N.A., successor by merger | (d)Quantum3 Group LLC as agent for | End of Label Matrix | |
|---|---|---|---|
| | MOMA Funding LLC | Mailable recipients | 62 |
| | PO Box 788 | Bypassed recipients | 2 |
| | Kirkland, WA 98083-0788 | Total | 64 |