IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mark H. Engen,
Maureen E. Engen,

Debtors.                                           Case No: 15-20184

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE A PROPOSED DISTRIBUTION OF PROCEEDS FROM AN INHERITED 401(K) PLAN TO DEBTORS**

**COMES NOW** the Chapter 13 Trustee, W. H. Griffin, and hereby responds and objects to the Debtors' proposed distribution and retention of $73,269.34 inherited from Maureen Engen's late father according to the pleading. In support of the Trustee's Objection the Court is advised as follows:

**1.** The Debtors' originally proposed a Chapter 13 Plan with plan payment of $3,706.00 per month. The Debtors' fourth Amended Plan (Document #52) filed on February 5, 2016 proposed an increased payment to $4,983.00 per month and the Debtors are essential current with their payments.

**2.** As Counsel for the Debtors advises the receipt this income appears to be under § 1325(b) unavoidable and should be paid into their Chapter 13 Plan less taxes. In the alternative, should the Court allow the Debtors to retain said funds, the full tax amounts should be withheld at the time of the disbursement to the Debtors so the Debtors will not incur additional post-petition tax debt.

**3.** Should the Debtors be allowed to retain the $73,269.34, the Trustee believes that if the taxes are properly withheld, which he estimates to be $22,312.43, the Debtors would receive a net of $50,956.91.

**4.** The Debtors tax returns for 2013 indicate that they owed pre-petition taxes in the amount of $6,974.00 and for 2014 they owed an additional $6,829.00. The Trustee requested copies of the Debtors' 2015 tax returns on February 1, 2016 and August 3,

2016 and they have not provided such returns to date.  The Trustee suspects that the Debtors have again incurred additional tax debt and the Court should direct the Debtors to turn over copies of their 2015 tax returns immediately to the Trustee.

**5.** The Debtors apparently need the extra inheritance income to defray living expenses due to their substantial Plan payment, which the Trustee points out that they have willfully incurred by their own acts and conduct.  Apparently these additional expenses are for assisting children in college who were 18 according to the Debtors' Schedules when the case was filed on February 4, 2015.  The Trustee believes that this expense existed during the first year of their case and they should have previously budgeted for it and now expect this windfall to assist them in their budgeting

**6.** The Debtors' Chapter 13 case had not been confirmed as the Court presently has under advisement briefs that were filed in October and November of 2015 on the Trustee's Objection to Confirmation where the Debtors are paying as a special class unsecured student loan creditors.

**WHEREFORE**, the Chapter 13 Trustee objects to the Debtors' Motion to Approve a Proposed Distribution of Proceeds from an Inherited 401(K) Plan to Debtors and prays the Court direct the Debtors to pay any inheritance less taxes to the bankruptcy estate, to turn over copies of their 2015 tax returns to the Trustee and for any other relief the Court finds just under the circumstances.

Respectfully submitted by:

/s/W. H. Griffin, Chapter 13 Trustee

_____
W. H. GRIFFIN, #08060, TRUSTEE
5115 Roe Blvd. Suite 200
Roeland Park, Kansas 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Objection has been forwarded to the following either electronically or by U.S. Mail, first class postage prepaid, on August 29, 2016:

Mark H. Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

David A. Reed
7823 Parallel Pkwy.
Kansas City, KS 66112

Clerk of the Bankruptcy Court
500 State Avenue
Kansas City, Kansas 66101

/s/W. H. Griffin, Chapter 13 Trustee
_____
W. H. GRIFFIN, #08060, TRUSTEE
5115 Roe Blvd. Suite 200
Roeland Park, Kansas 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com