U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
9/13/2016
Hon. Robert D. Berger, Presiding

09:30 AM

Case Information:
    15-20184 Mark H Engen and Maureen E. Engen   Chapter: 13

Judge: RDB   Filed: 02/04/2015   Pln Confirmed:

Appearances:
xx    David A. Reed representing Mark H Engen  (Debtor)
xx    David A. Reed representing Maureen E. Engen  (Joint Debtor)
xx    Karie Fahrenholz for William H Griffin  (Trustee)

Issue(s):
    [62]  Motion for Approval to Retain Proceeds from an Inherited 401(k) Plan in order to meet ongoing expenses, Application for Compensation for David A. Reed, Debtor's Attorney, Period: to, Fee: $450.00, Expenses: $. Filed on behalf of Attorney David A. Reed, with Certificate of Service.

Notes/Decision:

    Court approves debtor to retain all of 401K distribution estimated income taxes are to be paid.  Proof to be provided to Trustee.  Mr. Reed to submit order.

Courtroom Deputy: Mary Meyer
ECRO Reporter: Cindy Merrick

Case 15-20184   Doc# 65   Filed 09/13/16   Page 1 of 1