# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF KANSAS

In re  MARK H ENGEN & MAUREEN
E  ENGEN

Case No. 15-20184

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for | CITIBANK, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:
Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone:  (425) 242-7100

Court Claim # (if known): 14
Amount of Claim:102.8
Date Claim Filed: 5/19/2015

Phone:

Last Four Digits of Acct #:6966

Last Four Digits of Acct #: 6966

Name and Address where transferee
payments should be sent (if different from
above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Dhar Sandhu
Transferee/Transferee's Agent

Date:  9/19/2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.