2100 B (12/15)

# United States Bankruptcy Court

District of Kansas
Case No. 15-20184
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark H Engen
7905 W. 96th Street
Overland Park KS 66212

Maureen E. Engen
7905 W. 96th Street
Overland Park KS 66212

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 14: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/24/16

David D. Zimmerman
**CLERK OF THE COURT**

In re:                                                                                                    Case No. 15-20184-RDB
Mark H Engen                                                                         Chapter 13
Maureen E. Engen
       Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2         User: judy                 Page 1 of 1               Date Rcvd: Sep 22, 2016
                           Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
8214451        +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
          David A. Reed   on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net, ecf@reedlaw35.com
          David A. Reed   on behalf of Debtor Mark H Engen bklaw@swbell.net, ecf@reedlaw35.com
          Margret Fank   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB bankruptcy@micorp.com
          Michael E Boyd   on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
          Scott A Wissel   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
          Sheldon R. Singer   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
          U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
          William H Griffin   ecfgriff@13trusteeks.com
                                                                                                                    TOTAL: 8