**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of October, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN
MAUREEN E. ENGEN

Case No. 15-20184-rdb-13

*Debtor(s).*

### ORDER CONDITIONALLY GRANTING MOTION TO RETAIN POST-PETITION INHERITED 401(k) DISTRIBUTION

**NOW ON** this 13th day of September, 2016, this matter comes before the Court for hearing. The appearances are: David A. Reed, Esq., for Debtors; Karie Fahrenholz for the Chapter 13 Trustee; there are no other appearances.

**IT IS THEREFORE BY THE COURT ORDERED** that Debtors are *conditionally* granted leave to retain the $73,269.34 in 401(k) proceeds recently inherited by Maureen from the estate of her late father, John J. Mahoney, who passed away earlier this year, in order to meet reasonable ongoing expenses for themselves and family.

**IT IS FURTHER ORDERED** that retention is conditioned upon Debtor's having a

1

qualified tax professional calculate all estimated taxes on this inheritance; that the same be withheld, with the further requirement that proof of the calculation (and the subsequent payment) be provided to the Chapter 13 Trustee *before* any funds are expended for personal use.

**IT IS FURTHER ORDERED** that attorney fees of $450.00 shall be paid through the plan for the prosecution of this motion.

**IT IS SO ORDERED.**
####

Prepared by:

 /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
Attorney for Debtor

Approved as to form:

 /s/ William H. Griffin
William H. Griffin, #08060 KS
Chapter 13 Trustee
5115 Roe Blvd., Suite 200
Roeland Park, KS 66205
(913) 677-1311