**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of October, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN                                        Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

*Debtor(s).*

### ORDER CONDITIONALLY GRANTING MOTION TO RETAIN POST-PETITION INHERITED 401(k) DISTRIBUTION

**NOW ON** this 13th day of September, 2016, this matter comes before the Court for hearing. The appearances are: David A. Reed, Esq., for Debtors; Karie Fahrenholz for the Chapter 13 Trustee; there are no other appearances.

**IT IS THEREFORE BY THE COURT ORDERED** that Debtors are *conditionally* granted leave to retain the $73,269.34 in 401(k) proceeds recently inherited by Maureen from the estate of her late father, John J. Mahoney, who passed away earlier this year, in order to meet reasonable ongoing expenses for themselves and family.

**IT IS FURTHER ORDERED** that retention is conditioned upon Debtor's having a

1

qualified tax professional calculate all estimated taxes on this inheritance; that the same be withheld, with the further requirement that proof of the calculation (and the subsequent payment) be provided to the Chapter 13 Trustee *before* any funds are expended for personal use.

**IT IS FURTHER ORDERED** that attorney fees of $450.00 shall be paid through the plan for the prosecution of this motion.

**IT IS SO ORDERED.**
####

Prepared by:

 /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
Attorney for Debtor

Approved as to form:

  /s/ William H. Griffin
William H. Griffin, #08060 KS
Chapter 13 Trustee
5115 Roe Blvd., Suite 200
Roeland Park, KS 66205
(913) 677-1311

2

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                          Case No. 15-20184-RDB
Mark H Engen                                                    Chapter 13
Maureen E. Engen
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan              Page 1 of 1              Date Rcvd: Oct 19, 2016
                              Form ID: pdf020          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db/jdb         +Mark H Engen,    Maureen E. Engen,   7905 W. 96th Street,   Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,   ecf@reedlaw35.com
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,   ecf@reedlaw35.com
              Margret   Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,   mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com,   ecfnotices@lrf-kc.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,   vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8
```