# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E Engen

            Debtors,            Case No: 15-20184

## NOTICE OF NONEVIDENTIARY HEARING ON TRUSTEE'S MOTION TO RECONSIDER ORDER CONDITIONALLY GRANTING DEBTORS' MOTION TO RETAIN POST-PETITION INHERITED 401K

    **NOTICE IS HEREBY GIVEN** that a **nonevidentiary hearing** on the above motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas, 66101, on November 15, 2016, at 9:30 a.m., or as soon thereafter as the Court's schedule permits.

    Respectfully submitted by:

    s/W. H. Griffin, Chapter 13 Trustee

    _____
    W. H. GRIFFIN, #08060, TRUSTEE
    5115 Roe Blvd, Ste 200
    Roeland Park, KS 66205
    (913) 677-1311
    (913) 432-7857 (Fax)
    inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

      I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Motion has been forwarded to the following either electronically or by U.S. Mail, first class postage prepaid, on November 1, 2016:

Mark H Engen
Maureen E Engen
7905 W. 96th Street
Overland Park, KS 66212

David A. Reed
7823 Parallel Parkway
Kansas City, KS 66112

Clerk of the Bankruptcy Court
500 State Avenue
Kansas City, Kansas 66101

                                                        s/W. H. Griffin, Chapter 13 Trustee
                                                        _____
                                                        W. H. GRIFFIN, #08060, TRUSTEE