The relief described hereinbelow is SO ORDERED.

SIGNED this 10th day of November, 2016.



_____
Robert D. Berger
United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN, and
MAUREEN E. ENGEN,
    Debtors.

Case No. 15-20184
Chapter 13

### ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO RECONSIDER

The Trustee's Motion to Reconsider is pending before the Court and is scheduled for hearing on Tuesday, November 15, 2016.[1] The Motion asks this Court to reconsider its Order Conditionally Granting Debtors' Motion to Retain Post-Petition Inherited 401(k) Distribution.[2] Confirmation of the Debtors' Fourth Amended Chapter 13 Plan also remains pending.[3]

The Court finds that the interest of all parties will be best served in continuing the hearing on Trustee's Motion to Reconsider until after the matter of Confirmation is resolved.

---

[1] Doc. 70.
[2] Doc. 68.
[3] Doc. 52.

**IT IS THEREFORE ORDERED** that the Trustee's Motion to Reconsider is continued until Tuesday, December 13, 2016, at 9:30 a.m., in Room 151, U.S. Courthouse, 500 State Avenue, Kansas City, Kansas.

**IT IS SO ORDERED**

###

ROBERT D. BERGER
U.S. BANKRUPTCY JUDGE
DISTRICT OF KANSAS

16.11.09 Engen - Order Continuing Hearing.docx                                                                                                    2

Case 15-20184    Doc# 72    Filed 11/10/16    Page 2 of 2