**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of November, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN, and
MAUREEN E. ENGEN,
      Debtors.

Case No. 15-20184
Chapter 13

## ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO RECONSIDER

The Trustee's Motion to Reconsider is pending before the Court and is scheduled for hearing on Tuesday, November 15, 2016.[1] The Motion asks this Court to reconsider its Order Conditionally Granting Debtors' Motion to Retain Post-Petition Inherited 401(k) Distribution.[2] Confirmation of the Debtors' Fourth Amended Chapter 13 Plan also remains pending.[3]

The Court finds that the interest of all parties will be best served in continuing the hearing on Trustee's Motion to Reconsider until after the matter of Confirmation is resolved.

---

[1] Doc. 70.
[2] Doc. 68.
[3] Doc. 52.

**IT IS THEREFORE ORDERED** that the Trustee's Motion to Reconsider is continued until Tuesday, December 13, 2016, at 9:30 a.m., in Room 151, U.S. Courthouse, 500 State Avenue, Kansas City, Kansas.

**IT IS SO ORDERED**

###

ROBERT D. BERGER
U.S. BANKRUPTCY JUDGE
DISTRICT OF KANSAS

```
                               United States Bankruptcy Court
                                     District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
         Debtors                         CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan                 Page 1 of 1              Date Rcvd: Nov 10, 2016
                              Form ID: pdf020             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.
db/jdb          +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net, ecf@reedlaw35.com
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net, ecf@reedlaw35.com
              Margret    Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                               TOTAL: 8