KC Room 151
09:30 AM

Case Information:
    15-20184 Mark H Engen and Maureen E. Engen   Chapter: 13

Judge: RDB   Filed: 02/04/2015    Pln Confirmed:

Appearances:
    xx David A. Reed   representing  Mark H Engen  (Debtor)
    xx David A. Reed   representing  Maureen E. Engen  (Joint Debtor)
    xx William H Griffin  (Trustee)

Issue(s):
    [68] Order Conditionally Granting Motion to Retain Post-Petition Inherited 401(k) Distribution and Application for Compensation for David A. Reed, Debtor's Attorney, Fee: $450.00, (Related Doc 62) Signed on 10/19/2016. (ksf) Modified on 10/19/2016 (ksf).

Notes/Decision:

                      Trustee to hold funds until Pre-Trial.
                      Taxes to be paid per the CPA's calculation
                      Continued by text order to 2/7/2017 at 10:45 a.m.

Courtroom Deputy: Shawna Taylor
ECRO Reporter: Toni Brady