# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

| | |
|---|---|
| **MARK H. ENGEN and** | **Case No. 15-20184** |
| **MAUREEN E. ENGEN,** | **Chapter 13** |
| Debtors. | |

**CITED INTERNET MATERIALS TO DOC. 75**
[MEMORANDUM OPINION AND ORDER
APPROVING SEPARATE CLASSIFICATION AND
DISCRIMINATION IN FAVOR OF STUDENT LOANS]

The attached .pdfs of internet material referenced in Doc. 75 are provided here in the event the URL mentioned is no longer accessible.