**Watch Live** Jury convicts Dylann Roof in Charleston massacre of 9 black church members  /

CBS News  /  CBS Evening News  /  CBS This Morning  /  48 Hours  /  60 Minutes  /  Sunday Morning  /  Face The Nation  /  CBSN

Log In    Search

Markets | Money | Work | Small Business | Retirement | Tech | Trending | Video

Quote

By JANE QUINN /  MONEYWATCH /  September 24, 2010, 9:34 AM

# Student Loans: Time to Reform the Law That Treats Debtors Like Crooks

Comment  /   Share  /   Tweet  /   Stumble  /   Email

*Last Updated Dec 13, 2010 4:12 PM EST*

Conservative Congressmen hate students who take loans. They lump them with tax cheats, criminals who owe reparations, and deadbeat dads.

What do these people have in common? None of them is allowed to discharge the debt in bankruptcy. People who take loans for higher education and, later, fall on hard times, are considered unworthy of a fresh start in their financial life.

A handful of legislators want to change the law, to restore former students to their place in respectable society. But powerful forces stand against them -- not only the lenders but also their Congressional pals. They believe that anyone with a college loan should be treated more harshly than consumers who run up other types of debt.

You might make the argument that federal student and parent loans should not be discharged in bankruptcy. They're insured by the taxpayers, who deserve their money back.

But what about the private loans made by banks and other education lenders? Bankers are capitalists. They assess the borrower's risk and apply variable interest rates, currently up to about 12 percent and sometimes higher. Why should the U.S. government act as their debt collectors? I thought that bankers wanted the feds out of their affairs.

Back in the day, private student loans could be discharged in bankruptcy, just like any other unsecured consumer debt. Many lenders got around that law by issuing loans through nonprofits, which usually kept them out of bankruptcy court.

The Bankruptcy Reform Act of 2005 straight-out exempted private loans from bankruptcy and from the normal business risk of loan default. Lenders could levy whatever terms they wanted on student and parent borrowers, and threaten them with permanent servitude if they couldn't pay.

That's where the bill now in Congress comes in. It returns education lenders to the private sector where they belong. The Private Student Loan Bankruptcy Fairness Act passed a House subcommittee, chaired by Tennessee Democrat Steve Cohen, on a party-line vote (with the Republicans against). Borrowers would still have to repay their federal loans but private loans could be discharged.

### Market Data

Enter Ticker Symbol or Company Name

*NASDAQ: Dec 15, 2016*

| Symbol | Last | Change | % Change |
|---|---|---|---|
| DOW | 19,852.24 | +59.71 | +0.30% |
| NASDAQ | 5,456.86 | +20.18 | +0.37% |
| S&P 500 | 2,262.03 | +8.75 | +0.39% |

### Latest Features

States accuse generic drugmakers of fixing prices

Reddi-wip shortage hits stores ahead of the holidays

Law enforcement says Yahoo account hacks were sponsored by foreign government

How the Fed's interest rate hike hits consumers

Drugmakers push profitable, but unproven, opioid solution

### Market News

ENGLIN, Case No. 15-20184
Doc. 75, n.56    As viewed on 12/15/2016

Case 15-20184    Doc# 79-2    Filed 12/16/16    Page 1 of 4

Naturally, the lenders are fighting to keep their privileged and profitable position. They argue that all education loans -- public and private -- should be treated the same.

But private loans are an entirely different product. Unlike federal loans, the private loans have no caps on interest rates and fees, and no forbearance requirements. Rates are variable, not fixed. Co-signers (mainly parents) have to repay the loans even for students who die or become disabled -- conditions that would cancel a federal loan. The private lenders want government protection without matching the government's pro-consumer terms.

They also argue (in my hyperbolic words, not theirs) that students of any age are inherently less moral than the population in general. When they leave school, they "will be encouraged to declare bankruptcy" and dump their student debt before they start acquiring assets and income, the Consumer Bankers Association says. That's like saying they have incipient fraud in their souls.

There are always people who will indeed try to beat the system, just as there are always banks that will try to take advantage of their customers. But there's no evidence that borrowers with some higher education take bankruptcy more lightly than others, says attorney Deanne Loonin of the National Consumer Law Center.

The only systematic study of this question dates back to 1977. It found that only a small fraction of 1 percent of student loans had been discharged -- a number that "compares favorably with the consumer finance industry," the study said. An even tinier percentage of borrowers would have been deliberately ducking their obligations. Almost all bankrupts are truly broke.

What's more, bankruptcy isn't cost free. It stays on your record for up to 10 years, preventing you from getting credit at a decent interest rate, and making it hard to buy a house or car, rent an apartment, or even get a job. Lauren Asher, of the Project on Student Debt, quotes a bankruptcy lawyer as saying "people would rather have a root canal without anesthesia than be sitting down and talking to me."

The student lender Sallie Mae says it's willing to compromise. It would be okay to discharge private loans in bankruptcy, provided that the rule applied only to future loans, not current ones. Also, a borrower would have to have paid, or made a good faith effort to pay, during the previous five to seven years.

But the cascade of bankruptcy can come fast, Asher says. It makes no sense to hang people with extra debt just because their wreck came after four years instead of five.

Sarah Ducicich, Sallie's senior vice president for public policy, says the company works with strapped borrowers -- granting them short periods of nonpayment and temporarily cutting their interest rate. That helps get them through a bad patch but runs up future costs. The truly broke will default on their payments. That shows up on their record for seven years, but they face a lot of dunning along the way.

In theory, there's one way to get student loans discharged in bankruptcy today. You can show "undue hardship," meaning that -- now and in the future -- it's clearly impossible to pay. But the rule is so arbitrary it's almost cruel. To have any chance of success, you need a lawyer to plead your case.

Even then, the outcome depends on the biases of a particular judge. In one case, a judge excused a low-earning couple -- a teacher's aide and a teacher who worked with emotionally disturbed children -- who had been unable to find an affordable

| 4:33 PM | Feds deny leases for Minnesota mine; company to press ahead |
| --- | --- |
| 4:33 PM | US withholds aid, calls Duterte killing boasts 'troubling' |
| 4:29 PM | Trump lags predecessors on diversity as he picks Cabinet |
| 4:28 PM | UN: Threat of a hacking attack on nuclear plants is growing |
| 4:28 PM | Plunging temperatures, powerful winds reach Northeast US |
| 4:27 PM | EPA seeks to fine chemical giant nearly $5M for Hawaii case |
| 4:26 PM | Jabil tops Street 1Q forecasts |
| 4:24 PM | Adobe tops Street 4Q forecasts |
| 4:23 PM | Study: Repealing Obama health law cuts taxes for wealthy |
| 4:20 PM | The Latest: New North Dakota governor in favor of pipeline |

MORE HEADLINES

**Moneywatch Spotlight**

 9 ways to save on your holiday display

 5 great year-end luxury car lease deals



 The 11 top American companies to work for

 6 top women's subscription gift boxes

 9 ways to protect your home during the holidays

**Stock Watchlist**

*Dec 15, 2016*

Enter Ticker Symbol or Company Name  ADD

| Symbol | Last | Change | % Change |
| --- | --- | --- | --- |
| AAPL | 115.82 | +0.63 | +0.55% |
| GE | 31.26 | -0.24 | -0.76% |
| KO | 41.55 | +0.34 | +0.83% |
| WMT | 71.08 | -0.26 | -0.36% |
| XOM | 90.89 | +0.31 | +0.34% |

VIEW/EDIT YOUR FULL WATCHLIST

ENGEN, Case No. 15-20184 Doc. 75, n.56 As viewed on 12/15/2016

Case 15-20184    Doc# 79-2    Filed 12/16/16    Page 2 of 4

loan-repayment plan. In two other cases, judges refused relief to an orchestra cellist who taught music part time and to a pastor in a new church. Those borrowers were callously told that they could pay off their loans by finding a different, higher-paying line of work.

The undue-hardship rule needs reforming, too.

**More on MoneyWatch:**
**Private Student Loans: 6 Ways to Make Them Better**
**Student Loans: The Best Places to Borrow**
**Are You Paying Too Much for Financial Planning and Advice?**
© 2010 CBS Interactive Inc.. All Rights Reserved.

Comment / Share / Tweet / Stumble / Email

**Recommended**                                      Sponsored Links by Taboola

Kosas Home Tam Rustic Brown Elm Wood and Iron Low Back 24-inch Count...
overstock.com

Pinstripes - Overland Park
opentable.com

What Mariska Hargitay Looks Like Now is Insane
Your Daily Dish

SHOW 1 COMMENT +

**Featured in Moneywatch**

**Popular**

.                               Promoted Links by Taboola

Kosas Home Tam Rustic Brown Elm Wood and Iron Low B...
overstock.com

**20 of the coolest places to retire in the world**
Find out what activities and attractions make these 20 cities and town some of the best places to retire around the world

George Bush Revealed Who He Voted For, And Surprised Everyone ...
Tomorrowoman

2 Stocks To Buy Right Now
The Motley Fool

These 18 Items Found On Earth Cannot Be Explained
Cyber-Breeze

Cause of death determined for mother, teen daughter found in well



**10 products you should never buy generic**
Generics are a great way to save money in lots of cases, but here is a look at some clear exceptions

Missing Navy wife Elizabeth Sullivan found dead two years after vanishing

Man filmed stealing package from front porch gets stinky surprise

Growing dispute over sinkhole on eroding



New Fire TV App

ENGEN, Case No. 15-20184
Doc. 75, n.56
As viewed on 12/15/2016

Case 15-20184   Doc# 79-2   Filed 12/16/16   Page 3 of 4

California coast

Quotes delayed at least 15 minutes. Market data provided by Interactive Data. Terms & Conditions.
Powered and implemented by Interactive Data Managed Solutions News provided by The Associated Press.
Company fundamental data provided by Zacks.

**CBSNews.com**
Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs

**CBS Interactive**
Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning
CBS News Store

**Follow Us**
Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS Radio News
CBS Local

Copyright © 2016 CBS Interactive Inc.
All rights reserved.

Search...

ENGEN, Case No. 15-20184
Doc. 75, n.56
As viewed on 12/15/2016

Case 15-20184     Doc# 79-2     Filed 12/16/16     Page 4 of 4