MENU

# Fair-Value Estimates of the Cost of Selected Federal Credit Programs for 2015 to 2024

May 22, 2014   |   Report



The budgetary costs shown for selected credit programs would be higher under fair-value accounting—an alternative to the current approach for measuring costs—because it more fully accounts for the cost of the risk the government takes on.

 View Document
   189.25 KB

ENGEN, Case No. 15-20184
Doc. 75, n.149
As viewed on 12/15/2016

## Summary

CBO has estimated the budgetary costs of the Department of Education's student loan programs, the Export-Import Bank's (Ex-Im Bank's) credit programs, and the Federal Housing Administration's (FHA's) single-family mortgage guarantee program using two different approaches. In one, cost is based on an estimate of the market value of the federal government's obligations, termed a fair-value approach. Those estimates are compared with ones reflecting the procedures currently used in the federal budget as prescribed by the Federal Credit Reform Act of 1990 (FCRA). CBO's fair-value and FCRA estimates are based on the program terms and outcomes—including the volume and amount of

Case 15-20184    Doc# 79-3    Filed 12/16/16    Page 1 of 3

lending, fees, and borrowers' rates of repayment and default—that are expected to prevail under current law.

For fiscal years 2015 to 2024, CBO found that under current law:

- The Department of Education's four largest student loan programs would yield budgetary savings of roughly $135 billion under FCRA accounting but cost roughly $88 billion on a fair-value basis (see the figure below);
- Ex-Im Bank's six largest programs would generate budgetary savings of $14 billion under FCRA accounting but cost $2 billion on a fair-value basis; and
- FHA's single-family mortgage guarantee program would provide budgetary savings of $63 billion under FCRA accounting but cost $30 billion on a fair-value basis.

...read more

### Related Publications

Answers to Questions for the Record Following a Hearing on the Export-Import Bank Conducted by the House Committee on Financial Services

October 6, 2014

Testimony on Estimates of the Cost of the Credit Programs of the Export-Import Bank

June 25, 2014

How FHA's Mutual Mortgage Insurance Fund Accounts for the Cost of Mortgage Guarantees

October 22, 2013

FHA's Single-Family Mortgage Guarantee Program: Budgetary Cost or Savings?

October 21, 2013

Fair-Value Estimates of the Cost of Federal Credit Programs in 2013

June 28, 2012

Fair-Value Accounting for Federal Credit Programs

March 5, 2012

Accounting for FHA's Single-Family Mortgage Insurance Program on a Fair-Value Basis

May 18, 2011

ENGEN, Case No. 15-20184
Doc. 75, n.149
As viewed on 12/15/2016

**Stay Connected**

Get CBO's Email Updates

[Email Address] [SUBMIT]

   

About
Topics
Cost Estimates
FAQs
Blog

Work at CBO
Business Opportunities
Contact CBO
My CBO
Press Center
Privacy, Security, and Copyright Policies
Sitemap

ENGEN, Case No. 15-20184
Doc. 75, n.149
As viewed on 12/15/2016