Bloomberg the Company & Its Products | Bloomberg Anywhere Login

| Bloomberg Terminal Demo Request

**Bloomberg**

Connecting decision makers to a dynamic network of information, people and ideas, Bloomberg quickly and accurately delivers business and financial information, news and insight around the world.

**Customer Support**

Americas
+1 212 318 2000

Europe, Middle East, & Africa
+44 20 7330 7500

Asia Pacific
+65 6212 1000

**Communications**

Press Announcements

Press Contacts

**Follow Us**

Facebook

Twitter

LinkedIn

Instagram

Vimeo

**Company**

Careers

Diversity & Inclusion

Philanthropy & Engagement

Sustainability

Technology

Facts & Spaces

Bloomberg London

**Media**

Bloomberg.com

Bloomberg Politics

Bloomberg View

Bloomberg Gadfly

Bloomberg Television

Bloomberg Radio

Bloomberg Mobile Apps

News Bureaus

**Media Services**

Advertising

Bloomberg Media Distribution

Bloomberg Live Conferences

**Financial Products**

Bloomberg Terminal

Bloomberg Tradebook

Bloomberg Briefs

Bloomberg Indices

Bloomberg SEF

Bloomberg Institute

**Enterprise Products**

Enterprise Solutions

Trading Solutions

Bloomberg Vault

Bloomberg PolarLake

**Industry Products**

Bloomberg Government

Bloomberg Law/BNA

Bloomberg Big Law

Bloomberg New Energy Finance

**Bloomberg Customers**

Bloomberg Anywhere Remote Login

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

  

Bloomberg BNA

SIGN IN TO YOUR SUBSCRIPTIONS/ACCOUNT

NEWS

BROWSE MORE LEGAL NEWS

BROWSE MORE TAX & ACCOUNTING NEWS

BROWSE MORE EHS NEWS

BROWSE MORE HR & PAYROLL NEWS

March 21, 2016

# CFPB, AGs Confront Student Debt-Relief Scams

From Daily Report for Executives

FREE TRIAL

Daily Report for Executives provides in-depth coverage of unfolding legislative, regulatory, and judicial news from the nation's capital, the states, and around the world. This daily news service...

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

By *Michael J. Bologna*

March 17 — State attorneys general and the Consumer Financial Protection Bureau are taking more aggressive stances against student loan debt-relief scams, but more resources may be needed to arrest the deluge of fraudulent schemes weighing down the 40 million Americans struggling with educational debts, consumer and law enforcement officials told Bloomberg BNA.

Since the beginning of 2016, state and federal agencies have announced significant enforcement actions targeting companies that purport to offer consumers student loan forgiveness, loan consolidations and affordable payment schedules. The CFPB and attorneys general in Florida, Illinois, Kentucky, Massachusetts, Minnesota and Washington determined that many of the companies falsely advertise special relationships with the U.S. Department of

Education and then cheat their customers with worthless services and exorbitant fees. In many cases, law enforcement accused the companies of saddling consumers with higher levels of total debt after their loan modifications.

Recent enforcement actions include:

- The CFPB sought a final judgment and order March 15 shutting down Laguna Nigel, Calif.-based IrvineWebWorks Inc., which operates as Student Loan Processing.US (SLP). The agency alleged SLP charged thousands of consumers millions of dollars in illegal enrollment and monthly maintenance fees. The judgment follows an important ruling Feb. 5 establishing that companies offering to enroll students in federal repayment programs violate financial protection statutes if they collect upfront fees or fail to clearly disclose their fees (*CFPB v. IrvineWebWorks Inc.*, C.D. Cal., 8:14-cv-01967, petition for final judgment 3/15/16)).
- Kentucky Attorney General Andy Beshear (D) announced plans March 8 to investigate several companies marketing phony student loan debt-relief services and give presentations on college campuses to raise awareness of the schemes. “This scam angers me because it preys on students who are already overwhelmed with debt,” Beshear said.
- Illinois Attorney General Lisa Madigan (D) filed a suit March 4 against Lombard, Ill.-based National Student Loan Rescue LLC (NSLR). The action alleges NSLR extracted huge fees from Illinois consumers for simply filling out forms for federal student loan consolidation, a free application process available to borrowers from the Department of Education (*Illinois v. National Student Loan Rescue LLC*, Ill. Cir. Ct. Cook Cty., 16-ch-03196, filed 3/4/16.)
- And at the end of January, Minnesota Attorney General Lori Swanson (D) filed a complaint against Doral, Fla.-based Student Aid Center Inc., which allegedly operated a “wolf-of-Wall-Street” style boiler room that fleeced 20,000 borrowers in return for worthless debt management services. On Feb. 8 the company filed for Chapter 7 bankruptcy protection (*Minnesota v. Student Aid Center Inc.*, Minn. Dist. Ct. Hennepin Cty., 27-cv-15-11307, 1/26/16).

*(Click image to enlarge.)*

ENGEN, Case No. 15-20184
Doc. 75, n. 185
As viewed on 12/15/2016

LEARN MORE

**Also available on Bloomberg Law**

Bloomberg Law®, an integrated legal research and business intelligence solution, combines trusted news and analysis with cutting-edge technology to provide legal professionals tools to be proactive advisors.

**Borrowers Are Desperate**

Consumer advocates praised the CFPB and the state attorneys general, but also expressed concerns that the initiatives are not keeping up with the galloping pace of the frauds. Several consumer credit experts told Bloomberg BNA the scale of the student debt crisis is just too broad, the frauds are just too easy to launch, and the mood of borrowers trapped in educational debt is just too desperate.

ENGEN, Case No. 15-20184
Doc. 75, n.155
As viewed on 12/15/2016

“This is a major problem and it’s only going to get worse, especially as borrowers find themselves getting more desperate,” said Vicki Jacobson, director of the Center for Excellence in Financial Counseling at the University of Missouri, St. Louis, and director of a national student loan counseling program. “It is the borrowers in the most difficult situations who are tempted by these scams. And then they are worse off than when they started.”

Prentiss Cox, a professor of consumer protection law at the University of Minnesota Law School, said the student loan scams are a natural progression from the debt counseling frauds that targeted homeowners during the mortgage crisis and credit card debtors during the financial collapse. Cox said law enforcement is currently toiling at an early phase in the life cycle of the student loan crisis.

"This is a classic situation where you'd want to see a robust UDAAP (Unfair, Deceptive or Abusive Acts and Practices) response," said Cox, a member of the CFPB's Consumer Advisory Board. "The AGs—Lori Swanson and Lisa Madigan—and the CFPB are some of the most aggressive enforcers on the block and it makes sense they are making these cases. It's a great area for UDAAP enforcement, but one would hope to see it ramped up."

**'Whack-a-Mole Problem.'**

Even Minnesota Attorney General Swanson expressed doubts about the states' current capability to halt the progress of the bad actors.

"It's a whack-a-mole problem," Swanson told Bloomberg BNA in an interview. "You can sue one outfit and shut it down, but because the barriers to starting one of these companies are so low, new ones start up. When you consider the volume of students, the high student debt, and the easy pattern of exploitation, there will have to be a continuing response."

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

The CFPB recently estimated total outstanding student debt at $1.3 trillion, with the vast majority from federally sponsored student loans. Of the 40 million consumers holding such debt, 8 million borrowers are currently in default on balances totaling more than $100 billion.

An analysis of data compiled by the Federal Reserve Bank of New York suggests student loan borrowing more than tripled over the last decade. In 2004 total outstanding student loan debt totaled $346 billion, compared with outstanding auto and credit card debt of $728 billion and $717 billion respectively. By 2014, however, student loan debt surged to $1.15 trillion, outstripping auto and credit card debts, which stood at $955 billion and $700 billion respectively.

By 2012, this tidal wave of debt and default created a foundation for fraud.

“The CFPB has seen an increase in the number of companies and websites requiring large upfront fees to help student loan borrowers enroll in an income-driven plan that can be done for free,” said Moira Vahey, a spokeswoman for the CFPB. “While we have warned consumers about these scams, we remain concerned that these practices bear a close resemblance to the foreclosure crisis, where borrowers were given conflicting information about their options and found scammers who made false promises about loan modifications in exchange for upfront fees.”

(Click image to enlarge.)

**Frauds Are Identical**

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

Persis Yu, director of the National Consumer Law Center's Student Loan Borrower Assistance Project, said the frauds are nearly identical in structure. The perpetrators, operating from web-based portals or call centers, present themselves as debt counseling agencies authorized to renegotiate loans, consolidate multiple loans and reduce total indebtedness.

Yu said the perpetrators reel consumers in with names that sound like government agencies. Others deceive consumers by purporting to hold exclusive relationships with the Department of Education or loan servicing organizations such as Sallie Mae and the National Education Loan Network.

Yu said "debt counselors" participating in the schemes quickly coerce borrowers into upfront fees of $500 to $2,000 for enrollment in long-term payment plans. In many cases, the schemes extract monthly processing fees of $20 to $50.

"Theoretically, the model assumes a relationship with the borrower until the loan is paid off, which could be 20 or 25 years," Yu said. "So maybe someone has paid $1,000 or $1,500 for the initial processing and then up to $600 per year beyond that. Unfortunately they are targeting the lowest income borrowers, so this isn't an insignificant amount of money to these people."

**Abusive and Illegal**

NCLC documented these abuses in a 2013 report, "Searching for Relief," which outlined several abusive and illegal qualities to the schemes. The report found the scams routinely:

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

- Mischaracterize their relationship with the federal government;
- Charge high fees for services free to all borrowers with federal student loans;
- Fail to disclose fees;
- Sell "one-size-fits-all services" to borrowers regardless of their circumstances;
- Provide inaccurate information about student debt options;
- Discourage borrowers from handling their own debts;
- Limit access to justice with mandatory arbitration requirements;
- Require powers of attorney;
- Fail to safeguard consumer privacy; and
- Engage in violations of the federal Credit Repair Organizations Act, Federal Trade Commission Telemarketing Sales Rule, and federal and state debt settlement, debt management and consumer fraud statutes.

*(Click image to enlarge.)*

Case 15-20184 Doc# 79-5 Filed 12/16/16 Page 7 of 15

#### Websites, Boiler Rooms

Swanson said these frauds can be launched in matter of days and then closed when customers and law enforcement become suspicious.

"All you need is a glossy looking website, which you could do for a couple hundred bucks, and a call center," Swanson said. "So you set up a website and a boiler room and you're off and running. It's a very low overhead operation and there are a lot of students to exploit. The barriers to entry to this market are incredibly low."

Swanson said she has also been struck by the brazenness of many of the perpetrators.

Swanson specifically pointed to Damien Alvarez, co-president of the Student Aid Center, who routinely posted comments and pictures on social media of his boiler room and employees soaking clients for up to $1 million per week. Alvarez likened himself to Jordan Belfort, who pleaded guilty on federal fraud charges linked to penny stock manipulation and was depicted by actor Leonardo DiCaprio in the movie "The Wolf of Wall Street."

ENGEN Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

"It's troubling that someone purporting to help young people sees the 'Wolf of Wall Street' as his hero," she said.

Swanson said Minnesota won an injunction effectively shutting down the Student Aid Center in October 2015. The resulting stipulation and order barred the company from engaging in violations of the Minnesota Debt Settlement Services Act. Attorneys for the state filed an amended complaint against the company on Jan. 26 in Hennepin County District Court. Swanson said the state is seeking monetary relief on behalf of the 800 Minnesotans defrauded by Student Aid Center, although as many as 20,000 borrowers across the country may have suffered losses.

**Eight Suits in Illinois**

Illinois Attorney General Madigan has been the most aggressive player in state law enforcement's efforts to police student debt schemes. In total, Madigan has filed eight complaints against debt-relief companies under Illinois' Consumer Fraud and Deceptive Business Practices Act, and its Debt Settlement Consumer Protection Act. Four of those actions have resulted in judgements or settlements, forcing the companies to cease operations. Two of the cases resulted in payments of damages to the affected consumers.

In addition to National Student Loan Rescue, the defendants include:

- Broadsword Student Advantage LLC, based in Frisco, Texas, which charged $1,200 in fees to enroll a consumer in a bogus “Obama forgiveness program.” The action, filed in July 2014, is pending (*Illinois v. Broadsword*, Ill. Cir. Ct. Champaign Cty., No. 14-ch-184, filed 7/14/14).
- Student Consulting Group Inc. based in Georgia. The company solicited consumers under the names “University of One” and “Help Assist Me Default Resolution Services.” The company has failed to respond and the “prove-up” for a default judgment is scheduled for March 29 (*Illinois v. Student Consulting Group*, Ill. Cir. Ct. Cook Cty., No. 15-ch-07260, filed 5/4/15).
- Nationwide Student Aid LLC based in Chicago. Nationwide is no longer in operation and a settlement was reached with the company and one of its owners on Feb. 22 (*Illinois v. Nationwide Student Aid LLC*, Ill. Cir. Ct., 15-ch-07254, 5/4/15).
- Federal Student Loan Alliance LLC based in Tustin, Calif. Madigan obtained a final order on Oct. 13, 2015, requiring the company to cease operations in Illinois and provide full refunds to aggrieved consumers (*Illinois v. Federal Student Loan Alliance LLC*, Ill. Cir. Ct. Sangamon Cty., No. 15-ch-000193, 5/4/15).
- Consumer Financial Resources LLC based in Wylie, Texas. The company cheated consumers operating as Student Loan Resolve. The case is pending in Sangamon County Circuit Court (*Illinois v. Consumer Financial Resources LLC*, No. 15-ch-000194, filed 5/4/15).
- Interactive Education LLC based in Delray Beach, Fla. Madigan

ENGEN, Case No 15-20184
Doc 75, p.185
As viewed on 12/15/2016

Case 15-20184 Doc# 79-5 Filed 12/16/16 Page 9 of 15

reached a final judgment and consent decree with the company on Feb. 19 requiring $20,000 in restitution to be paid to aggrieved consumers (*Illinois v. Interactiv Education LLC*, Ill. Cir. Ct. Champaign Cty., No. 15-ch-118, filed 5/4/15).

- First American Tax Defense LLC, based in Park Ridge, Ill. The action resulted in a final judgment and consent decree filed in Cook County Circuit Court on Aug. 19, 2015. The defendant paid restitution of $40,000 to 71 consumers harmed by First American's fraudulent conduct (*Illinois v. First American Tax Defense LLC*, Ill. Cir. Ct., No. 2014-ch-11483, 8/10/15).

#### California, Massachusetts, Washington

Attorneys general in Massachusetts and Washington have taken aim at some of the same bad actors.

Washington Attorney General Bob Ferguson (D) won an order against SLP on Aug. 15, 2015 acknowledging 2,700 separate violations of his state's consumer fraud statute. Ferguson called on the court to impose $130,000 in civil penalties and $132,000 in restitution to SLP's clients in Washington ((*Washinton v. IrvineWebWorks LLC*, Wash. Dist. Ct., No. 15-2-08325-2SEA, 8/14/15).

On Nov. 24, 2015, Massachusetts Attorney General Maura Healey (D) announced settlements with SLP and Interactiv Education, forcing the two companies to cease operations in Massachusetts. Under the settlements, SLP will pay $56,000 to aggrieved consumers and Interactive Education will pay $40,000. Healey said at least 200 borrowers would be able to seek relief under the settlements.

California Attorney General Kamala D. Harris (D) is tooling up for enforcement, issuing an consumer alert to Californians last August to raise awareness of student loan debt consolidation scams and providing support to borrowers seeking to navigate the debt consolidation process. Harris also called for consumers affected by such schemes to file complaints with her office in advance of

EINGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

potential enforcement action.

In addition to its action against SLP, the CFPB filed suit with Florida Attorney General Pam Bondi (R) at the end of 2014 against Tampa-based College Education Services LLC. CFPB won a permanent injunction on Jan. 15, 2015, barring College Education Services from operating and requiring a $25,000 civil penalty (*CFPB v. College Education Services LLC*, M.D. Fla., No. 8:14-cv-3078-T-36EAJ, permanent injunction 1/15/15).

*(Click image to enlarge.)*

**Loan Servicing**

Both consumer advocates and attorneys general told Bloomberg BNA that law enforcement actions alone would not halt the volume of fraud preying on student loan debtors. They said real success will only occur when consumers are properly educated about their loan repayment options and loan servicers properly respond to the needs of borrowers.

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

Becky Pruitt, chief of the Consumer Fraud Division of the Office of the Illinois Attorney General, attributed the explosion in fly-by-night debt-relief companies to inadequate support from student loan servicers. She said the servicers have not provided borrowers with counseling, objective information and understandable processes for remedying their repayment problems.

Madigan emphasized the point last summer in a letter to the Department of Education. Madigan called for a pilot program to provide certified nonprofit credit counselors for the millions of student loan borrowers seeking help to repay

their federal student loans.

“Student loan borrowers have nowhere to turn right now to access legitimate information and assistance about their repayment options,” Madigan said June 2, 2015. “It is critical that we provide these borrowers a lifeline before they make costly mistakes by turning to scam artists for help.”

The CFPB emphasized this point in a September 2015 report examining student loan servicing. The agency drew connections between current fraudulent trends and inadequate loan servicing, and made recommendations for accountable loan servicing changes.

“The bureau has stressed that sloppy loan servicing can spawn scams,” the CFPB's Vahey said. “Borrowers rely on their student loan servicer, the company that collects student loan payments, to provide information on repayment options, and in some cases, servicers may be guiding consumers into less favorable options.”

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

The NCLC's Yu noted that the federal government, states and nonprofit groups established dozens of credible programs to assist consumers during the mortgage crises, but no equivalent response has occurred in the wake of the $1.3 trillion student debt crisis. She said no amount of enforcement could arrest the boiler room frauds preying on consumers, and called for high quality student loan debt counseling services.

“It would be hard to stop this completely. You can take out one or two, but it’s hard to take out all of them,” she said. “The more important approach is to make sure there is a servicing environment in which borrowers know where to go and they are getting good information.”

To contact the reporter on this story: Michael J. Bologna in

Chicago at mbologna@bna.com

To contact the editor responsible for this story: Heather Rothman at hrothman@bna.com

---

**Try Daily Report for Executives now**

RELATED NEWS

Gingrich Predicts Cabinet Will Dismantle Federal Bureaucracy

USDA Revises Recommendation on Food 'Use By' Labels

Final Rules on Small Planes, Metro Planning Coming Soon: Foxx

U.S-Cuba Rail, Aviation, Port Deals in Jeopardy Under Trump

Blackwater to Faux-Billionaires: Fed's Exec Pay Data Flawed

Blackwater to Faux-Billionaires: Fed's Exec Pay Data Flawed(1)

RELATED BLOGS

$26 Million, 2,000 Stocks and 23,000 Trades Equals One SEC Fraud Complaint

New Job Posting Indicates DOJ, U.K. Authorities to Further Collaborate on Fighting Cross-Border Fraud

Goodbye 'Newman'? High Court Puts Some Bite Back in Insider Trading Prosecutions

How Many SEC Commissioners Are Needed for a Quorum?—It Depends

United Pays the Price for "Chairman's Flight"

Scaling the High Wall of Proxy Access

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016

**STORY ALSO AVAILABLE ON**

## RELATED PRODUCTS

SUBSCRIPTION

### Bloomberg Law

Bloomberg Law®, an integrated legal research and business intelligence solution, combines trusted news and analysis with cutting-edge technology to provide legal professionals tools to be...

**LEARN MORE**

SUBSCRIPTION

### World Securities Law Report

World Securities Law Report informs you of developments in the regulation of transactions involving securities around the world. It provides expert analysis and practical guidance, with...

**LEARN MORE**

SUBSCRIPTION

### Bloomberg Law: Corporate Transactions

Bloomberg Law: Corporate Transactions is a comprehensive solution designed exclusively for transactional attorneys to help draft and finalize agreements more quickly and with better terms. The...

**LEARN MORE**

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016



**COMPANY**

About Us

Careers

Contact Us

Media

**BLOOMBERG BNA**

Legal

Tax & Accounting

Environment, Health & Safety

Human Resources & Payroll

Copyright © 2016 The Bureau of National Affairs, Inc.
All Rights Reserved

My Invoice / Terms & Conditions / Privacy Policy / Bloomberg.com / Accessibility

ENGEN, Case No. 15-20184
Doc. 75, n.185
As viewed on 12/15/2016