# Student loan debt is viewed as 'baggage' in relationships, survey shows



Student loan debt should be discussed if a couple is in a serious relationship, officials advise. (Kathy Willens, Associated Press )

ENGEN, Case No. 15-20184
Doc. 75, n.196
As viewed on 12/15 2016

 By **Karen Farkas, cleveland.com**
**Email the author** | **Follow on Twitter**
on August 09, 2016 at 10:20 AM, updated August 09, 2016 at 7:15 PM

CLEVELAND, Ohio - Student loan debt can be a deal breaker in a relationship, according to a new survey.

The average college student graduates with about $30,000 in student loan debt, according to studies. Debt can have an impact on all aspects of life, especially dating.

In a survey of 1,000 adults commissioned by **IonTuition.com,** which provides information on dealing with student debt:

- 75 percent viewed student debt of a potential partner as "baggage."
- 12 percent saw debt as more troublesome baggage than being divorced, having a child from a previous relationship or having a record as a nonviolent felon.
- Nearly half considered the amount of student loan debt someone has an important factor when starting a relationship.
- More than 70 percent said that they would feel obliged to help a partner pay off their student loan debt.
- About 25 percent said it is irresponsible to go into student loan debt for a profession with a low-paying salary.
- About 33 percent would date a wealthy benefactor if he or she would pay off their student loan debt.

Case 15-20184    Doc# 79-10    Filed 12/16/16    Page 1 of 2

If you have debt, when do you provide information to a person you are dating and what do you tell them?

**Studentloanhero.com**, which helps people manage their debt, **provides some advice:**

- If you both agree you don't want to see other people and want exclusivity in your relationship, you may want to mention you have debt.
- If you're planning vacations or moving in together, it's time to come clean about your debt.
- If there is talk of engagement, then it's imperative you let the other know about your debt load. And a partner needs to know if the person carrying the debt is responsible and how they plan to pay it off.

Cleveland.com is delving into the maze of college loans, and we want to know what you want to know. Leave your thoughts in the comments, or share them with **cleveland.com on Facebook** and Twitter @emilymbamforth, using the hashtag #clestudentloans.



**What do you want to know about student loans?**

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 Advance Ohio All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Ohio

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Ad Choices**

ENGEN, Case No. 15-20184
Doc. 75, n.196
As viewed on 12/15/2016

Case 15-20184    Doc# 79-10    Filed 12/16/16    Page 2 of 2