# Forbes / Investing

JUL 22, 2015 @ 01:07 PM    4,513 VIEWS    **12 Stocks to Buy for 2017**

# Discover Slammed By CFPB For Illegal Student Loan Servicing Practices



**Maggie McGrath,**
FORBES STAFF

*Got one eye on the markets, the other on Gen Y's pressing $$ issues*  FULL BIO ⌄

**TWEET THIS**

  "Discover created student debt stress for borrowers by inflating their bills and misleading them about important benefits,"

When it comes to student loans, information is paramount: Borrowers need to know what their minimum monthly payment is and when it is due; they need to know the interest rates on their loans and how much they are paying in interest each year; and they need to know the total amount they owe and when they can expect to have repaid their debt in full. It is up to student loan servicers to provide this information — ideally, in a clear and understandable way. But according to the Consumer Financial Protection Bureau, one

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184   Doc# 79-14   Filed 12/16/16   Page 1 of 8

major student loan servicer not only failed to make some of this information clear and understandable, they failed to provide it at all.



*Discover credit cards are arranged for a photograph in New York, U.S., on Thursday, Dec. 20, 2007. Discover Financial Services, the credit-card company spun off by Morgan Stanley in June, posted a fourth-quarter loss after writing down its money-losing U.K. business. Results beat analysts' estimates and the shares rose. Photographer: Daniel Acker/Bloomberg News*

The Consumer Financial Protection Bureau announced Wednesday that it is taking action against Discover Financial Services DFS +1.78% for illegal student loan servicing practices, charging it $18.5 million and ordering the company (and its affiliates) to clean up its billing, interest reporting and collection practices. This action follows a CFPB investigation that found that Discover overstated the minimum amounts due on billing statements, failed to provide student loan interest information required for certain tax benefits, and engaged in illegal debt collection practices by calling borrowers early in the morning or late at night.

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184    Doc# 79-14    Filed 12/16/16    Page 2 of 8

"Discover created student debt stress for borrowers by inflating their bills and misleading them about important benefits," CFPB Director Richard Cordray said in a statement Wednesday. "Illegal servicing and debt collection practices add insult to injury for borrowers struggling to pay back their loans. Today's action is an important step in the bureau's work to clean up the student loan servicing market."

In 2010, Discover began acquiring student loans from Citi, amassing more than 800,000 accounts that year. The CFPB said that Wednesday's action is regarding the servicing practices used on a portion of the loans that Discover acquired from Citibank. It alleges that, as soon as these loans became due, borrowers started having problems. (Disclaimer: I have Citi-originated student loans that were purchased by Discover in 2012. It is not immediately clear if the loans I hold were affected by the illegal servicing practices.)

So what, exactly, were these problems? For one, when stating monthly minimum payments, Discover included interest on loans that were still in deferment and therefore not required to be paid.

BETA

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184   Doc# 79-14   Filed 12/16/16   Page 3 of 8

For another, Discover failed to provide borrowers with information they could use to nab the $2,500 student loan interest tax deduction. Borrowers are allowed to deduct up to $2,500 paid in student loan interest from their taxes, and student loan services are required to provide borrowers with a statement specifying how much interest they paid if the amount is above $600. But Discover did not provide this statement to borrowers who had originated their loans with Citi, instead telling them they needed to complete additional paperwork if they wanted their student loan interest statement. Borrowers who did not complete this paperwork were showed having paid $0.00 in interest in 2011 and 2012.

BETA

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

**Recommended by Forbes**

MOST POPULAR        TRENDING O



Photos: The World's Most Powerful People 2016

Millennia Giving Ba

Then there are the debt collection complaints: Discover made 150,000 calls to borrowers at what

Case 15-20184   Doc# 79-14   Filed 12/16/16   Page 4 of 8

BETA

the CFPB says are "inappropriate times," before 8:00 am and after 9:00 pm in the borrower's time zone. It also, the CFPB says, failed to provide borrowers with specific information about the amount and source of their debt and their right to contest the debt's validity.

All told, the CFPB found Discover (and its affiliates, The Student Loan Corporation and Discover Products, Inc) to be in violation of the Dodd-Frank Wall Street Reform Act and and the Fair Debt Collection Practices Act.

Representatives for Discover declined to comment on the matter, noting only that it consented to the issuance of the CFPB's order but neither admitted or denied any of the CFPB's findings.

As penance for the student loan sins, the CFPB has ordered that Discover pay $2.5 million to its Civil Penalty Fund and $16 million to the more-than 100,000 borrowers affected by its servicing practices. The money will be distributed as follows: for borrowers who were misled about their minimum monthly payment, Discover is required to pay up to $500, either the greater of $100, or 10% of the over-payment. For borrowers who were not notified of

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184   Doc# 79-14   Filed 12/16/16   Page 5 of 8

the interest they had paid in 2011 and 2012, Discover is required to reimburse up to $300 for those who paid to amend their 2011 and 2012 taxes and credit $75 to those who did not. And for borrowers subjected to more than five (but fewer than 25) out-of-time collection calls, Discover will provide a $92 credit; those who got more than 25 out-of-time collection calls will get a $142 credit.

**Comment on this story**

 Print    Report Corrections   Reprints & Permissions

**Forbes** /

VIEWS

BETA

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184    Doc# 79-14    Filed 12/16/16    Page 6 of 8

BETA

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016

Case 15-20184    Doc# 79-14    Filed 12/16/16    Page 7 of 8

BETA

ENGEN, Case No. 15-20184
Doc. 75, n.204
As viewed on 12/15/2016