# Credit Score at Origination: Auto Loans*



9





