

New Delinquent Balances by Loan Type

Note: 30 or more days delinquent

Source: ...ner Credit Panel/Equifax

13



Seriously Delinquent Balances by Loan Type (90 or more days delinquent)

Source: FRBNY Consumer Credit Panel/Equifax

14

Case 15-20184   Doc# 79-17   Filed 12/16/16   Page 2 of 6





# Number of Consumers with New Foreclosures and Bankruptcies



Source: FRBNY Consumer Credit Panel/Equifax

17

# Third Party Collections



18

BENGEN, Case No. 15-20184
Doc. 75, n.206
As viewed on 12/15/2016