# ARTS FOR SELECT STATES

ENGEN, Case No. 15-20184
Doc. 75, n.206
As viewed on 12/15/2016

19



Total Debt Balance per Capita* by State

Note: *Based on the population with a credit report

ENGEN, Case No. 15-20184 Doc. 75, n.206 As viewed on 12/15/2016

Case 15-20184    Doc# 79-18    Filed 12/16/16    Page 2 of 5



Composition of Debt Balance per Capita* by State (2016 Q2)

Note: * Based on the population with a credit report



