

Home  Economy  Politics  Population  Geography  Tech  Sports

## Projected GDP Ranking (2016-2020)

| Source | International Monetary Fund World Economic Outlook (October-2016) |
| --- | --- |
|  | Centre for Economics and Business Research (Cebr) |
| Date | 16 Dec 2016 |



12 people are following StatisticsTimes. Sign Up to see who your friends are following.

This ranking is based on projection by International Monetary Fund (IMF) outlook October 2016 for year 2016 and 2020. Ranking for 2030 is projection by Centre for Economics and Business Research (Cebr).

In 2016, Top ten countries in nominal terms are : United States, China, Japan, Germany, United Kingdom, France, India, Italy, Brazil and Canada. In ppp terms, Top ten countries are : China, United States, India, Japan, Germany, Russia, Brazil, Indonesia, United Kingdom and France. In top 10, Eight countries are common in both method. Others two are Italy and Canada is in top 10 on nominal basis, while Russia and Indonesia is in top 10 on ppp basis. Contribution of top ten economies is 67.44 percent and 61.21 percent of total global wealth in nominal and ppp terms, respectively.

In both methods, United States and China occupied first two place. US is the largest economy of world on nominal basis where as China is largest on ppp basis. US is ahead of China by $7170 billion in 2016. This margin may come down to $5469 in 2020 and in 2029 China may overtake United States as world largest economy in both methods. China has overtook US in 2014 on ppp basis. China will remain the world's largest economy on ppp basis.

In nominal ranking, 3rd ranked Japan and 4th ranked Germany will remain at same position in 2020. But 5th ranked United Kingdom and 6th ranked France will displaced by India in 2020. India will further overtake Japan in 2030 to take third place in the world ranking. In ppp ranking, rank of Brazil and Indonesia will interchanged in 2020.

Korea will enter in list of top 10 largest in 2030 by move up from 11th in 2016 to 7th in 2030. Among top 30 economies, for those projection is available of year 2030, Philippines is highest gainer. Position of Philippines will improve by 17 place from 36th to 19th rank. Rank of Malaysia and Indonesia will move up by 15 and 5 place, respectively. Sweden will down by 6 place followed by Italy down by 5 place.

United States (1,8) is present in both list of top ten GDP and GDP per capita ranking at nominal terms. Germany (4,18), Canada (10,19), Australia (13,12), Netherlands (17,14) and Switzerland (19,2) are in top twenty list of both ranking. In PPP, there is no economy in top ten in both ranking. Four economies in both list of top 20: United States (2,13), Germany (5,14), Saudi Arabia (14,14) and Australia (19,18)

**Top Statistics**

Demonetisation : Would India be in queuefor 75 days more ?

Indian rupee after demonetization

GDP (nominal) vs GDP (PPP)

List of Countries by GDP Growth 2015

World GDP Ranking 2016

World GDP per capita Ranking 2016

**See Also:**
» Countries by Projected GDP
» Projected GDP per capita Ranking
» World GDP Ranking
» Countries by projected GDP Growth
View More Economy Statistics

ENGEN, Case No. 15-20184
Doc. 75, n.207
As viewed on 12/15/2016



### GDP (Nominal) Ranking 2030

| Rank | Change | Country/economies | billions of $ |
| --- | --- | --- | --- |
| 1 | +1 | China | 34,338 |
| 2 | -1 | United States | 32,996 |
| 3 | +4 | India | 10,133 |
| 4 | -1 | Japan | 5,087 |
| 5 | -1 | Germany | 4,720 |
| 6 | -1 | United Kingdom | 4,622 |
| 7 | +4 | Korea | 3,532 |
| 8 | +1 | Brazil | 3,368 |
| 9 | -3 | France | 3,311 |
| 10 | 0 | Canada | 2,750 |
| 11 | +5 | Indonesia | 2,560 |
| 12 | 0 | Russia | 2,431 |
| 13 | -5 | Italy | 2,393 |
| 14 | +1 | Mexico | 2,390 |
| 15 | -2 | Australia | 2,049 |
| 16 | +4 | Saudi Arabia | 1,848 |
| 17 | -3 | Spain | 1,775 |
| 18 | 0 | Turkey | 1,620 |
| 19 | +17 | Philippines | 1,213 |
| 20 | -3 | Netherlands | 1,176 |

Case 15-20184    Doc# 79-20    Filed 12/16/16    Page 1 of 5

| Rank | Change | Country/economies | billions of $ |
|---|---|---|---|
| 21 | +4 | Poland | 1,061 |
| 22 | -3 | Switzerland | 1,025 |
| 23 | +15 | Malaysia | 993 |
| 24 | -2 | Taiwan Province of China | 988 |
| 25 | +1 | Nigeria | 967 |
| 26 | +1 | Islamic Republic of Iran | 896 |
| 27 | +4 | United Arab Emirates | 872 |
| 28 | 0 | Thailand | 767 |
| 29 | -6 | Sweden | 730 |
| 30 | +4 | Hong Kong SAR | 728 |

### GDP (Nominal) Ranking 2016

| Rank | Country | GDP (Nominal) (billions of $) 2016 | % Share | diff | 2020 | % Share | Growth Rank | GDP per capita (Nominal) ($) 2016 | Rank | Continent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | United States | 18,561.93 | 24.7 | - | 21,927 | 23.4 | 1 | 1.58 | 57294 | 8 | North America |
| 2 | China | 11,391.62 | 15.1 | 7170 | 16,458 | 17.6 | 2 | 6.59 | 8261 | 75 | Asia |
| 3 | Japan | 4,730.30 | 6.29 | 6661 | 5,506 | 5.88 | 3 | 0.51 | 37304 | 25 | Asia |
| 4 | Germany | 3,494.90 | 4.65 | 1235 | 4,008 | 4.28 | 4 | 1.75 | 42326 | 18 | Europe |
| 5 | United Kingdom | 2,649.89 | 3.52 | 845 | 2,928 | 3.13 | 6 | 1.84 | 40412 | 21 | Europe |
| 6 | France | 2,488.28 | 3.31 | 162 | 2,851 | 3.05 | 7 | 1.33 | 38537 | 22 | Europe |
| 7 | India | 2,250.99 | 2.99 | 237 | 3,297 | 3.52 | 5 | 7.62 | 1719 | 144 | Asia |
| 8 | Italy | 1,852.50 | 2.46 | 398 | 2,046 | 2.19 | 9 | 0.76 | 30294 | 27 | Europe |
| 9 | Brazil | 1,769.60 | 2.35 | 82.9 | 2,214 | 2.37 | 8 | -3.27 | 8587 | 73 | South America |
| 10 | Canada | 1,532.34 | 2.04 | 237 | 1,856 | 1.98 | 10 | 1.16 | 42319 | 19 | North America |
| 11 | Korea | 1,404.38 | 1.87 | 128 | 1,747 | 1.87 | 11 | 2.72 | 27633 | 29 | Asia |
| 12 | Russia | 1,267.75 | 1.69 | 137 | 1,698 | 1.81 | 12 | -0.76 | 8838 | 71 | Europe |
| 13 | Australia | 1,256.64 | 1.67 | 11.1 | 1,574 | 1.68 | 13 | 2.87 | 51593 | 12 | Oceania |
| 14 | Spain | 1,252.16 | 1.66 | 4.48 | 1,457 | 1.56 | 14 | 3.06 | 27012 | 30 | Europe |
| 15 | Mexico | 1,063.61 | 1.41 | 189 | 1,325 | 1.42 | 15 | 2.09 | 8699 | 72 | North America |
| 16 | Indonesia | 940.95 | 1.25 | 123 | 1,274 | 1.36 | 16 | 4.94 | 3636 | 117 | Asia |
| 17 | Netherlands | 769.93 | 1.02 | 171 | 893.2 | 0.954 | 18 | 1.69 | 45210 | 14 | Europe |
| 18 | Turkey | 735.72 | 0.978 | 34.2 | 912.5 | 0.975 | 17 | 3.28 | 9317 | 69 | Europe |
| 19 | Switzerland | 662.48 | 0.881 | 73.2 | 744.8 | 0.796 | 21 | 0.99 | 79578 | 2 | Europe |
| 20 | Saudi Arabia | 637.79 | 0.848 | 24.7 | 816.6 | 0.872 | 19 | 1.19 | 19922 | 39 | Asia |
| 21 | Argentina | 541.75 | 0.720 | 96.0 | 773.4 | 0.826 | 20 | -1.76 | 12425 | 58 | South America |
| 22 | Taiwan Province of China | 519.15 | 0.690 | 22.6 | 590.4 | 0.631 | 22 | 0.97 | 22044 | 37 | Asia |
| 23 | Sweden | 517.44 | 0.688 | 1.71 | 581.6 | 0.621 | 24 | 3.55 | 51604 | 11 | Europe |
| 24 | Belgium | 470.18 | 0.625 | 47.3 | 543.1 | 0.580 | 26 | 1.45 | 41491 | 20 | Europe |
| 25 | Poland | 467.35 | 0.621 | 2.83 | 582.7 | 0.623 | 23 | 3.13 | 12309 | 59 | Europe |
| 26 | Nigeria | 415.08 | 0.552 | 52.3 | 482.7 | 0.516 | 29 | -1.75 | 2260 | 133 | Africa |
| 27 | Islamic Republic of Iran | 412.30 | 0.548 | 2.78 | 544.9 | 0.582 | 25 | 4.47 | 5124 | 91 | Asia |
| 28 | Thailand | 390.59 | 0.519 | 21.7 | 457.2 | 0.488 | 31 | 3.23 | 5662 | 88 | Asia |
| 29 | Austria | 387.30 | 0.515 | 3.29 | 446.1 | 0.477 | 32 | 1.35 | 44561 | 15 | Europe |
| 30 | Norway | 376.27 | 0.500 | 11.0 | 432.0 | 0.462 | 34 | 0.82 | 71497 | 3 | Europe |
| 31 | United Arab Emirates | 375.02 | 0.499 | 1.25 | 496.9 | 0.531 | 27 | 2.26 | 38050 | 24 | Asia |
| 32 | Egypt | 346.57 | 0.461 | 28.5 | 433.4 | 0.463 | 33 | 3.83 | 3806 | 113 | Asia |
| 33 | Venezuela | 333.72 | 0.444 | 12.9 | 192.8 | 0.206 | 57 | -10 | 10755 | 64 | South America |
| 34 | Hong Kong SAR | 316.07 | 0.420 | 17.6 | 379.7 | 0.406 | 37 | 1.44 | 42963 | 17 | Asia |
| 35 | Israel | 311.74 | 0.414 | 4.33 | 374.2 | 0.400 | 38 | 2.78 | 36557 | 26 | Asia |
| 36 | Philippines | 311.69 | 0.414 | 0.05 | 488.0 | 0.521 | 28 | 6.4 | 2991 | 126 | Asia |
| 37 | Ireland | 307.92 | 0.409 | 3.77 | 379.9 | 0.406 | 36 | 4.94 | 65871 | 5 | Europe |
| 38 | Malaysia | 302.75 | 0.403 | 5.17 | 472.7 | 0.505 | 30 | 4.3 | 9546 | 66 | Asia |
| 39 | Denmark | 302.57 | 0.402 | 0.18 | 356.5 | 0.381 | 39 | 1.01 | 53243 | 9 | Europe |
| 40 | Singapore | 296.64 | 0.394 | 5.93 | 347.1 | 0.371 | 41 | 1.7 | 53053 | 10 | Asia |
| 41 | Pakistan | 284.52 | 0.378 | 12.1 | 355.8 | 0.380 | 40 | 4.71 | 1474 | 148 | Asia |
| 42 | South Africa | 280.37 | 0.373 | 4.15 | 325.1 | 0.347 | 42 | 0.12 | 5018 | 97 | Africa |
| 43 | Colombia | 274.14 | 0.364 | 6.23 | 380.6 | 0.407 | 35 | 2.17 | 5623 | 89 | South America |
| 44 | Finland | 239.19 | 0.318 | 34.9 | 278.3 | 0.297 | 45 | 0.9 | 43492 | 16 | Europe |
| 45 | Chile | 234.90 | 0.312 | 4.28 | 280.5 | 0.300 | 44 | 1.7 | 12910 | 57 | South America |
| 46 | Bangladesh | 226.76 | 0.301 | 8.14 | 319.2 | 0.341 | 43 | 6.92 | 1404 | 151 | Asia |
| 47 | Portugal | 205.86 | 0.274 | 20.9 | 235.2 | 0.251 | 49 | 1.01 | 19759 | 40 | Europe |
| 48 | Vietnam | 200.49 | 0.267 | 5.37 | 275.8 | 0.295 | 46 | 6.1 | 2164 | 134 | Asia |
|  | World | 75,213 |  |  | 93,599 |  |  |  | 10,313 |  |  |

ENGEN, Case No. 15-20184
Doc. 75, n.207
As viewed on 12/15/2016

Case 15-20184    Doc# 79-20    Filed 12/16/16    Page 2 of 5

| Rank | Country | GDP (Nominal) (billions of $) | | | | | Growth | GDP per capita (Nominal) ($) | | Continent |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2016 | % Share | diff | 2020 | % Share | Rank | 2016 | Rank | |
| 49 | Greece | 195 88 | 0 260 | 4 62 | 236 5 | 0 253 | 48 | 0 06 | 18078 | 42 | Europe |
| 50 | Czech Republic | 193 54 | 0 257 | 2 34 | 208 7 | 0 223 | 54 | 2 45 | 18326 | 41 | Europe |
| | World | 75,213 | | | 93,599 | | | | 10,313 | | |

GDP (PPP) Ranking 2016

| Rank | Country | GDP (PPP) (billions of Int. $) | | | | | Growth | GDP per capita (PPP) (Int. $) | | Continent |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2016 | % Share | diff | 2020 | % Share | Rank | 2016 | Rank | |
| 1 | China | 21,269 02 | 17 9 | - | 29,348 | 19 6 | 1 | 6 59 | 15424 | 81 | Asia |
| 2 | United States | 18,561 93 | 15 6 | 2707 | 21,927 | 14 7 | 2 | 1 58 | 57294 | 13 | North America |
| 3 | India | 8,720 51 | 7 32 | 9841 | 12,842 | 8 58 | 3 | 7 62 | 6658 | 126 | Asia |
| 4 | Japan | 4,931 88 | 4 14 | 3789 | 5,483 | 3 67 | 4 | 0 51 | 38894 | 30 | Asia |
| 5 | Germany | 3,979 08 | 3 34 | 953 | 4,583 | 3 06 | 5 | 1 75 | 48190 | 19 | Europe |
| 6 | Russia | 3,745 08 | 3 14 | 234 | 4,309 | 2 88 | 6 | -0 76 | 26109 | 52 | Europe |
| 7 | Brazil | 3,134 89 | 2 63 | 610 | 3,631 | 2 43 | 8 | -3 27 | 15211 | 84 | South America |
| 8 | Indonesia | 3,027 83 | 2 54 | 107 | 4,119 | 2 75 | 7 | 4 94 | 11699 | 100 | Asia |
| 9 | United Kingdom | 2,787 74 | 2 34 | 240 | 3,244 | 2 17 | 9 | 1 84 | 42514 | 27 | Europe |
| 10 | France | 2,736 72 | 2 30 | 51 0 | 3,185 | 2 13 | 10 | 1 33 | 42384 | 28 | Europe |
| 11 | Mexico | 2,306 67 | 1 94 | 430 | 2,800 | 1 87 | 11 | 2 09 | 18865 | 68 | North America |
| 12 | Italy | 2,220 58 | 1 86 | 86 1 | 2,518 | 1 68 | 12 | 0 76 | 36313 | 37 | Europe |
| 13 | Korea | 1,928 62 | 1 62 | 292 | 2,373 | 1 59 | 13 | 2 72 | 37948 | 32 | Asia |
| 14 | Saudi Arabia | 1,731 23 | 1 45 | 197 | 2,074 | 1 39 | 14 | 1 19 | 54078 | 14 | Asia |
| 15 | Spain | 1,689 71 | 1 42 | 41 5 | 1,992 | 1 33 | 16 | 3 06 | 36451 | 36 | Europe |
| 16 | Canada | 1,674 31 | 1 41 | 15 4 | 1,973 | 1 32 | 17 | 1 16 | 46240 | 24 | North America |
| 17 | Turkey | 1,669 89 | 1 40 | 4 42 | 2,072 | 1 38 | 15 | 3 28 | 21147 | 63 | Europe |
| 18 | Islamic Republic of Iran | 1,459 20 | 1 23 | 211 | 1,876 | 1 25 | 18 | 4 47 | 18136 | 70 | Asia |
| 19 | Australia | 1,188 76 | 0 998 | 270 | 1,454 | 0 972 | 20 | 2 87 | 48806 | 18 | Oceania |
| 20 | Thailand | 1,161 33 | 0 975 | 27 4 | 1,433 | 0 958 | 21 | 3 23 | 16835 | 77 | Asia |
| 21 | Taiwan Province of China | 1,125 48 | 0 945 | 35 8 | 1,335 | 0 893 | 22 | 0 97 | 47790 | 22 | Asia |
| 22 | Egypt | 1,105 04 | 0 928 | 20 4 | 1,469 | 0 982 | 19 | 3 83 | 12137 | 96 | Africa |
| 23 | Nigeria | 1,088 94 | 0 914 | 16 1 | 1,302 | 0 870 | 25 | -1 75 | 5930 | 130 | Africa |
| 24 | Poland | 1,052 25 | 0 884 | 36 7 | 1,302 | 0 871 | 24 | 3 13 | 27715 | 48 | Europe |
| 25 | Pakistan | 988 22 | 0 830 | 64 0 | 1,327 | 0 887 | 23 | 4 71 | 5120 | 137 | Asia |
| 26 | Argentina | 879 45 | 0 738 | 109 | 1,062 | 0 710 | 28 | -1 76 | 20171 | 65 | South America |
| 27 | Netherlands | 865 91 | 0 727 | 13 5 | 1,013 | 0 677 | 29 | 1 69 | 50846 | 15 | Europe |
| 28 | Malaysia | 863 77 | 0 725 | 2 14 | 1,138 | 0 760 | 27 | 4 3 | 27234 | 49 | Asia |
| 29 | Philippines | 801 90 | 0 673 | 61 9 | 1,141 | 0 763 | 26 | 6 4 | 7696 | 121 | Asia |
| 30 | South Africa | 736 33 | 0 618 | 65 6 | 860 0 | 0 575 | 32 | 0 12 | 13179 | 93 | Africa |
| 31 | Colombia | 690 39 | 0 580 | 45 9 | 873 7 | 0 584 | 31 | 2 17 | 14162 | 91 | South America |
| 32 | United Arab Emirates | 667 21 | 0 560 | 23 2 | 825 1 | 0 552 | 34 | 2 26 | 67696 | 9 | Asia |
| 33 | Bangladesh | 628 37 | 0 528 | 38 8 | 896 4 | 0 599 | 30 | 6 92 | 3891 | 143 | Asia |
| 34 | Algeria | 609 39 | 0 512 | 19 0 | 744 9 | 0 498 | 35 | 3 57 | 14950 | 87 | Africa |
| 35 | Iraq | 596 69 | 0 501 | 12 7 | 685 6 | 0 458 | 36 | 10 3 | 16544 | 78 | Asia |
| 36 | Vietnam | 594 89 | 0 499 | 1 80 | 826 3 | 0 552 | 33 | 6 1 | 6422 | 128 | Asia |
| 37 | Belgium | 508 60 | 0 427 | 86 3 | 587 2 | 0 392 | 39 | 1 45 | 44881 | 25 | Europe |
| 38 | Sweden | 498 13 | 0 418 | 10 5 | 595 0 | 0 398 | 37 | 3 55 | 49678 | 17 | Europe |
| 39 | Switzerland | 494 30 | 0 415 | 3 83 | 573 6 | 0 383 | 40 | 0 99 | 59376 | 11 | Europe |
| 40 | Singapore | 486 91 | 0 409 | 7 39 | 587 7 | 0 393 | 38 | 1 7 | 87082 | 4 | Asia |
| 41 | Venezuela | 468 62 | 0 393 | 18 3 | 469 3 | 0 314 | 47 | -10 | 15103 | 86 | South America |
| 42 | Kazakhstan | 460 69 | 0 387 | 7 93 | 536 8 | 0 359 | 42 | -0 76 | 25669 | 54 | Asia |
| 43 | Romania | 441 03 | 0 370 | 19 7 | 550 2 | 0 368 | 41 | 4 96 | 22319 | 61 | Europe |
| 44 | Chile | 436 14 | 0 366 | 4 90 | 530 3 | 0 354 | 43 | 1 7 | 23969 | 58 | South America |
| 45 | Hong Kong SAR | 427 39 | 0 359 | 8 75 | 520 0 | 0 348 | 44 | 1 44 | 58095 | 12 | Asia |
| 46 | Austria | 415 94 | 0 349 | 11 5 | 475 9 | 0 318 | 46 | 1 35 | 47856 | 21 | Europe |
| 47 | Peru | 409 85 | 0 344 | 6 08 | 517 2 | 0 346 | 45 | 3 75 | 13019 | 94 | South America |
| 48 | Norway | 364 69 | 0 306 | 45 2 | 427 6 | 0 286 | 50 | 0 82 | 69296 | 8 | Europe |
| 49 | Czech Republic | 350 86 | 0 295 | 13 8 | 420 7 | 0 281 | 51 | 2 45 | 33223 | 40 | Europe |
| 50 | Ukraine | 349 77 | 0 294 | 1 09 | 434 4 | 0 290 | 49 | 1 49 | 8230 | 116 | Europe |
| | World | 119,097 | | | 149,612 | | | | 16,329 | | |

© 2016 - StatisticsTimes com

ENGEN, Case No. 15-20184
Doc. 75, n.207
As viewed on 12/15/2016

Case 15-20184    Doc# 79-20    Filed 12/16/16    Page 3 of 5



**14 Comments**    statisticstimes                                      **1 Login**

♥ Recommend  1       ↗ Share                                             Sort by Best

Join the discussion…

**Ali Anjomshoae** • a month ago
Iran economy seems growing. This country has a massive potential for economic growth in both services and products.
1 ▲ ▼ • Reply • Share ›

**R.I. Lovers** • 4 months ago
Indonesia ranks 8 or 16,,, It's Good
1 ▲ ▼ • Reply • Share ›

**haha.** • 5 months ago
I am glad that Korea has developed so much in last 10 years.
I know Korea will develop more
1 ▲ ▼ • Reply • Share ›

**Peter** • 9 months ago
If India can afford a space programme and nuclear weapons, it must also ensure it has a decent welfare system to look after its poor.
1 ▲ ▼ • Reply • Share ›

> **Adioz** → Peter • 22 days ago
> Indian space program budget = $1 billion
> Indian welfare spending = $ 192 billion
> FYI: Indian space program aims for social welfare through the use of space technology. It has already achieved a lot (not only for India but also for other countries in Asia and Africa)
>
> Get a life. A person as oblivious as you should not speak about matters you are unaware of.
> 1 ▲ ▼ • Reply • Share ›

> **Shaving Pvt. Ryan** → Peter • 7 months ago
> I think it's actually cheaper to have a space programme than a welfare state for 1.3 billion people
> 1 ▲ ▼ • Reply • Share ›

>> **radicalpeacelovingcitizen** → Shaving Pvt. Ryan • a month ago
>> space program not a hidden term for a missile program
>> ▲ ▼ • Reply • Share ›

**usmarine** • 10 months ago
India has made good progress shortly after its independence
1 ▲ ▼ • Reply • Share ›

**CoreanoNoChino** • 10 months ago
Korea rank top 11 or 13 place. Not bad.
1 ▲ ▼ • Reply • Share ›

**Warren Bolton** • 3 months ago
PS you need to put you Tabs for social media somewhere else . They obscure visual access to your data where they are
▲ ▼ • Reply • Share ›

**Warren Bolton** • 3 months ago
Why is the World Value for 'Nominal' different to 'PPP. Surely GDP is GDP no matter how you dissect it? and why does the values in 'Nominal' Table column '2015' only add up to "69,031"
Thanks
▲ ▼ • Reply • Share ›

> **saifullah2014** Mod → Warren Bolton • 3 months ago
> World GDP is the total GDP of 189 economies. Nominal and ppp are two different methods for calculating GDP.
> http://statisticstimes.com/eco...
> ▲ ▼ • Reply • Share ›

ENGEN, Case No. 15-20184
Doc. 75, n.207
As viewed on 12/15/2016

Case 15-20184    Doc# 79-20    Filed 12/16/16    Page 4 of 5

About US | Terms Of Use | Privacy Policy | Contact Us

ENGEN, Case No. 15-20184
Doc. 75, n.207
As viewed on 12/15/2016