# QUARTERLY REPORT ON
# HOUSEHOLD DEBT AND CREDIT

**August 2016**






ENGEN, Case No. 15-20184
Doc. 75, n.209
As viewed on 12/15/2016

**FEDERAL RESERVE BANK OF NEW YORK**
RESEARCH AND STATISTICS GROUP • MICROECONOMIC STUDIES

**Household Debt and Credit Developments in 2016Q2[1]**

Aggregate household debt balances grew slowly in the second quarter of 2016. As of June 30, 2016, total household indebtedness was $12.29 trillion, a $35 billion (0.3%) increase from the first quarter of 2016. Overall household debt remains 3.1% below its 2008Q3 peak of $12.68 trillion, but is now 10.2% above the 2013Q2 trough.

Mortgage balances, the largest component of household debt, were essentially flat in the second quarter of 2016. Mortgage balances shown on consumer credit reports on June 30 stood at $8.36 trillion, a $7 billion drop from the first quarter of 2016. Balances on home equity lines of credit (HELOC) also dropped by $7 billion, to $478 billion. Non-housing debt balances rose in the second quarter; with increases of $32 billion and $17 billion in auto loans and credit cards, respectively, and a slight decline in student loan balances (-$2 billion).

New extensions of credit were stronger in the second quarter. Mortgage originations, which we measure as appearances of new mortgage balances on consumer credit reports and which include refinanced mortgages, were at $427 billion, an increase from the first quarter. There were $149 billion in auto loan originations, just under its previous record. The aggregate credit card limit increased for the 14th consecutive quarter, and was up by 0.1% from the previous quarter. Aggregate HELOC limits declined by 0.1%.

The distribution of the credit scores of new mortgage borrowers declined slightly, with 44% of all new mortgage dollars going to borrowers with credit scores below 760, compared to 42% in the first quarter of 2016. Auto loan originations remained strong across the credit score distribution, with no change in the distribution of credit scores for originators.

Overall delinquency rates improved again in 2016Q2. As of June 30, 4.8% of outstanding debt was in some stage of delinquency. Of the $589 billion of debt that is delinquent, $407 billion is seriously delinquent (at least 90 days late or "severely derogatory").

About 224,000 consumers had a bankruptcy notation added to their credit reports in 2016Q2, 15% fewer than in the same quarter last year.

**Housing Debt**
- Mortgage originations grew, to $427 billion. About 83,000 individuals had a new foreclosure notation added to their credit reports between April 1 and June 30, a new low in the 18-year history of the data.
- Mortgage delinquencies continued the improving trend seen in the past 5 years. 1.8% of mortgage balances were 90 days delinquent at the end of 2016Q2, compared to 2.1% in the previous quarter.
- Delinquency transition rates for current mortgage accounts were unchanged, with 0.9% of current balances transitioning to delinquency. Of mortgages in early delinquency, 16.1% transitioned to 90+ days delinquent, while 36.9% became current.

**Student Loans, Credit Cards, and Auto Loans**
- Outstanding student loan balances declined slightly, by $2 billion, and stand at $1.259 trillion as of June 30, 2016.
- 11.1% of aggregate student loan debt was 90+ days delinquent or in default in 2016Q2,[2] roughly unchanged from 2016Q1.
- Auto loan balances reached $1.1 trillion, a $32 billion increase. Auto loan delinquency rates were flat, with 3.5% of auto loan balances 90 or more days delinquent.
- Credit card balances increased by $17 billion, to $729 billion, while credit card delinquency rates improved, to 7.2% in the second quarter of 2016 down from 7.6% in the previous quarter.

**Credit Inquiries**
- The number of credit inquiries within six months – an indicator of consumer credit demand – increased by 2 million from the previous quarter, to 169 million.

ENGEN Case No. 15-20184
Doc. 75, n.209
As viewed on 12/15/2016

---

[1] This report is based on the New York Fed Consumer Credit Panel, which is constructed from a nationally representative random sample drawn from Equifax credit report data. For details on the data set and the measures reported here, see the data dictionary available at the end of this report. Please contact Joelle Scally with questions at joelle.scally@ny.frb.org.

[2] As explained in a 2012 report, delinquency rates for student loans are likely to understate effective delinquency rates because about half of these loans are currently in deferment, in grace periods or in forbearance and therefore temporarily not in the repayment cycle. This implies that among loans in the repayment cycle delinquency rates are roughly twice as high.

Page Left Blank Intentionally

ENGEN, Case No 15-20184
Doc. 75, n.209
As viewed on 12/15/2016

1

# NATIONAL CHARTS

ENGEN, Case No 15-20184
Doc. 75, n.209
As viewed on 12/15/2016



# Number of Accounts by Loan Type



# Number of New and Closed Accounts and Inquiries



Source: FRBNY Consumer Credit Panel/Equifax

Case 15-20184    Doc# 79-21    Filed 12/16/16    Page 7 of 8

# ortgage Originations by Credit Score*

