

Credit Score at Origination: Mortgages*

Source: FRBNY Consumer Credit Panel/Equifax
*Equifax Riskscore 3.0; mortgages include first-liens only.

7

ENGEN Case No. 15-20184
Doc. 79, n.209
As viewed on 12/15/2016

Case 15-20184    Doc# 79-22    Filed 12/16/16    Page 1 of 4

# Auto Loan Originations by Credit Score*



Case 15-20184    Doc# 79-22    Filed 12/16/16    Page 2 of 4

# Credit Score at Origination: Auto Loans*



ENGEN, Case No 15-20184
Doc. 75, n.209
As viewed on 12/15/2016

Case 15-20184   Doc# 79-22   Filed 12/16/16   Page 3 of 4

# Limit and Balance for Credit Cards and HE Revolving



10