

# Percent of Balance 90+ Days Delinquent by Loan Type



Source: New York Fed Consumer Credit Panel/Equifax

12



New Delinquent Balances by Loan Type

Note: 30 or more days delinquent

Case 15-20184   Doc# 79-23   Filed 12/16/16   Page 3 of 4



Seriously Delinquent Balances by Loan Type

MORTGAGE, HELOC, AUTO, CC, STUDENT LOAN, OTHER

Billions of Dollars

Source: Consumer Credit Panel/Equifax

Note: 90 or more days delinquent

14