

Case 15-20184    Doc# 79-24    Filed 12/16/16    Page 1 of 9





# Third Party Collections



18

...RTS FOR SELECT STATES

ENGEN, Case No 15-20184
Doc. 75, n.209
As viewed on 12/15/2016

19



Total Debt Balance per Capita* by State

Note: *Based on the population with a credit report

Case 15-20184    Doc# 79-24    Filed 12/16/16    Page 6 of 9

# Composition of Debt Balance per Capita* by State (2016 Q2)



Thousands of Dollars

■ HE Revolving ■ Auto Loan ■ Credit Card ■ Student Loan ■ Other

FL, IL, MI, NJ, NV, NY, OH, PA, TX, US

Note: * Based on the population with a credit report

Source: ...mer Credit Panel/Equifax

21

OENGEN, Case No 15-20184
Doc. 75, n.209
As viewed on 12/15/2016



Case 15-20184   Doc# 79-24   Filed 12/16/16   Page 8 of 9

