**WATCH LIVE: UN SECURITY COUNCIL MEETING**    GET ALERTS

 SECTIONS    NIGHTLY NEWS    MEET THE PRESS    DATELINE

advertisement

BUSINESS > PERSONAL FINANCE    CONSUMER    TRAVEL    ECONOMY    MARKETS

BUSINESS  FEB 15 2016, 10:21 AM ET

# Ex-Students With 'Income-Based' Loan Payments Face Crushing Tax Bill

by ANDREW THOMPSON



The Free Application for Federal Student Aid (FAFSA).  Jon Elswick / AP, file

SHARE      

Michael Hulshof left the University of La Verne in 2012 with his law degree and $145,000 in student debt. Today, that figure is about $220,000 and, by the time he's 55, he figures it will be around $400,000.

advertisement

**FROM THE WEB**    Sponsored Links

**Ghost Vessel Crosses Ocean With This Inside**
Weather.com

Case 15-20184    Doc# 79-29    Filed 12/16/16    Page 1 of 7

**It May Sound Silly, But a DIY Meal Kit Changed My Life**
Blue Apron

by Taboola

MORE FROM NBC NEWS

**Meet the 18-year-old in Macedonia cashing in on fake news stories**

**Experts: Don't Delete Your Yahoo Account, Despite 1B Being Compromised**

Promoted Links by Taboola

ENGEN, Case No. 15-20184
Doc. 75, n.218-2
As viewed on 12/16/2016

Case 15-20184    Doc# 79-29    Filed 12/16/16    Page 2 of 7

ENGEN, Case No. 15-20184
Doc. 75, n.218-2
As viewed on 12/16/2016

Case 15-20184   Doc# 79-29   Filed 12/16/16   Page 3 of 7

ENGEN, Case No. 15-20184
Doc. 75, n.218-2
As viewed on 12/16/2016

**Read More: Stuck With Student Loans? Five Ways to Lower Your Payments**

Joshua Cohen, a lawyer specializing in student debt, said that the high number of students in the program and the likelihood that few will be able to pay taxes suggests the IRS may just look the other way.

"How (is the IRS) going to get the manpower to collect on all this?" he said.

Indeed, the IRS has in the past chosen not to pursue taxes that it could have collected, says Alice Abreu, a professor at Temple University School of Law.

However, those instances — such as its decision to not tax frequent flier miles or hotel reward points earned on hotel reward points — are rare and usually involve ambiguous statutes that give the agency some leeway.

"In this particular case, I would be shocked if the IRS took such action," Abreu said, noting that an existing statute explicitly exempts forgiven debt from taxation for borrowers who work for a qualifying government agency or nonprofit.

That leaves debtors on an income-driven repayment plan with little choice but to make the reduced payments and hope that lawmakers come up with a solution before the tax bill comes due.

Cohen, the student-debt attorney, is himself is on an income-driven repayment plan and currently owes about $200,000 on a loan at a 6.3 percent interest rate.

"What I tell myself is the same thing I tell my clients:

ENGEN, Case No. 15-20184
Doc. 75, n.218-2
As viewed on 12/16/2016

Case 15-20184    Doc# 79-29    Filed 12/16/16    Page 5 of 7

expenses to the quick to try and pay down the loan principal.

"You go to school to live," he said. "You don't live to pay your debt."

ANDREW THOMPSON

TOPICS PERSONAL FINANCE, COLLEGE GAME PLAN

FIRST PUBLISHED FEB 15 2016, 10:21 AM ET

⌄ NEXT STORY Why a Higher Interest Rate Doesn't Necessarily Mean You'll Pay More

## More to Explore
Sponsored Links by Taboola

**Free Hotel Stay for 9 Nights Just For Getting a Credit Card? Yep.**
Credit Cards by Offers.com

**The Next Big Stock**
Daily Investor World

**The Story Behind Your Last Name Will Surprise You**
Ancestry

**SPONSORED CONTENT**      **MORE FROM NBC NEWS**

Harry's Razors And Target Strike A Deal Harry's

The amazing VA benefits not enough vets are claiming
LendingTree Mortgage Quotes

An In Depth View Of The People Who Are Working In Retirement Merrill Lynch

'Watermelon Snow' Could Spell Doom Weather.com

ENGEN, Case No. 15-20184
Doc. 75, n.218-2
As viewed on 12/16/2016

Case 15-20184    Doc# 79-29    Filed 12/16/16    Page 6 of 7

How to Get Users Hooked On Your App
Urban Airship

Jennifer Aniston strikes back at 'SNL' spoof of her Rachel from 'Friends'

Trump Says New Admin. Has Two Rules: 'Buy American and Hire A…

New Haven Islamic Center Receives Threatening Letter

Donald Trump set to announce new appointments as Joe Biden hints at …

Biden: 'I Find Myself Embarrassed' By 2016 Campaign

Promoted Links by Taboola

ABOUT US    CAREERS    CONTACT    PRIVACY POLICY NEW    TERMS OF SERVICE    NBCNEWS.COM SITE MAP

ADVERTISE    ADCHOICES    © 2016 NBCNEWS.COM

ENGEN Case No. 15-20184
Doc. 75, h.218-2
As viewed on 12/16/2016