Topics ▼　Reference ▼　Simulator ▼　Advisor Insights　　Search Investopedia　　Newsletters ▼

# Bonds Based On Student Loans Face Downgrades (JPM, NAVI)

By Charles Bovaird | October 20, 2016 — 11:09 AM EDT

Billions of dollars worth of bonds backed by student loans could soon face downgrades as bond ratings agencies react to borrowers revising their repayment plans. The bonds that are generating concerns involve student loans that were originated by private lenders under the Federal Family Education Loan Program (FFELP).

Almost $159 billion of these student loans back bonds, research firm MeasureOne says in The Wall Street Journal. (See also: Introduction To Asset-Backed And Mortgage-Backed Securities). While this program ended in 2010, borrowers are still making payments on these loans.

## Moody's Cuts Ratings

Rating firms are reviewing billions of dollars worth of these securities, and $58.1 billion are currently up for consideration. Moody's Investors Service started lowering the ratings of bonds in September. Since that time, Moody's has cut ratings on $363.3 million worth of JPMorgan Chase & Co. (JPM) bonds and $3.9 billion worth of bonds administered by Navient Corp. (NAVI). (See also: How are bonds rated?)

While these loan downgrades may be troubling, banks have little cause for concern, according to Mark Heppenstall, chief investment officer of Penn Mutual Asset Management. Since "The bulk of the loans are 97% or 98% guaranteed," borrower defaults would result in the government repaying the principal.

Should these bonds default, the federal government and ultimately U.S. taxpayers could be stuck with billions of dollars in bad loans."

## Borrowers Revise Payments

That's a real possibility. Some student borrowers are opting to make smaller regular payments while others are putting off their repayment plans for years. A MeasureOne analysis shows that as of August, approximately 14.3% of the dollar value of securitized FFELP loans were included in plans that decreased monthly payments. In comparison, this figure was only 2.9% at the end of 2011.

**Trending**

How Hard are the CFA Exams?

Don't Miss This Retirement Tax-Saving Window

Healthcare Costs in 2018: The Great Unknown

How To Invest In A More 'Libre' Post-Castro Cuba

Saving Money for a Large Purchase: Better Than Debt?

**COMPANIES IN THIS ARTICLE**

| Symbol | Last | Change (%) |
|---|---|---|
| JPM | 85.17 | −0.83 (−0.97%) |
| NAVI | 16.50 | −0.30 (−1.79%) |

Quotes by TradingView



**Trading Center**

**Partner Links**

ENGEN, Case No. 15-20184
Doc. 75, n.224
As viewed on 12/16/2016

Case 15-20184　　Doc# 79-34　　Filed 12/16/16　　Page 1 of 3

Bonds Based On Student Loans Face Downgrades (JPM, NAVI) | Invest... http://www.investopedia.com/news/bonds-based-student-loans-face-dow...

Topics    Reference    Simulator    Advisor Insights                        Newsletters



**FINANCIAL ADVISOR**
**Deal with Your College Debt Using These Steps**
The worst thing to do with college debt is to ignore it. The best way to start tackling it is with a clear roadmap to financial freedom.



**PERSONAL FINANCE**
**Benefits of Federal Direct Loans**
Federal Direct Loans are the most popular federal student loans. This list of benefits will explain why.



**PERSONAL FINANCE**
**Creative Ways To Overcome Student Debt**
There's many available student debt repayment options and strategies, such as student loan initiatives and loan consolidation plans.



**FINANCIAL ADVISOR**
**Federal Direct Loans**
These are the most popular type of federal student loan. Read this guide to the types you can get, how much you can borrow and repayment options.



**PERSONAL FINANCE**
**Don't Fail Student Loan Debt 101**
Don't be a statistic! According to a recent study, six in 10 Millennials don't know what they owe or what to do with student loans after they graduate.



**PERSONAL FINANCE**
**Top Student Loan Providers**
Many banks and institutions offer student loans, but some offer better deals than others. Read this list of top student loan providers before you borrow.



**PERSONAL FINANCE**
**Facts You Didn't Know About Private Student Loans**
Take a close look at the characteristics of private student loans before deciding it's the best path to take.



**PERSONAL FINANCE**
**Why You Should Be Wary About Most Student Debt Advice**
Falling victim to bad student debt advice can drain your wallet. Take a look at the most common ploys you want to steer clear of.



**PERSONAL FINANCE**
**Student Loan Debt: Is Consolidation The Answer?**
Consolidating your student loans offers convenience, but there are drawbacks.



**PERSONAL FINANCE**
**A Beginner's Guide to Getting Student Loans**
Follow these 5 steps and you'll be well on your way to knowing which loans to go after — and which college really offers you the best deal.

**STOCKS:**
JPM   NAVI

ENGEN, Case No. 15-20184
Doc. 75, n.224
As viewed on 12/16/2016

Case 15-20184    Doc# 79-34    Filed 12/16/16    Page 2 of 3

2 of 3                                                                    12/16/2016 1:38 PM

