DJIA ▼ 19837.88  -0.07%    U.S. 10 Yr ▲ 4/32 Yield 2.590%    Euro ▲ 1.0435  0.20%

  **RNC Security Foiled Russian Hackers**

  **Donald Trump Takes Conciliatory Tone at Postelection Rallies**

POLITICS

# U.S. to Forgive at Least $108 Billion in Student Debt in Coming Years

GAO report offers first full cost estimate of debt-relief programs, berates Education Department over accounting methods

By **JOSH MITCHELL**

November 30, 2016

WASHINGTON—The federal government is on track to forgive at least $108

ENGEN, Case No. 15-20184
Doc. 75, n.226
As viewed on 12/16/2016

Case 15-20184    Doc# 79-35    Filed 12/16/16    Page 1 of 5

report to Congress which for the first time projected the full costs of programs that set borrowers' monthly...

To Read the Full Story, Subscribe or Sign In



ENGEN, Case No. 15-20184
Doc. 75, n.226
As viewed on 12/16/2016

## What To Read Next...

POLITICS AND POLICY

Case 15-20184    Doc# 79-35    Filed 12/16/16    Page 2 of 5

## Congress Likely to Consider Reining In Student-Loan Programs, House Republican Says



POLITICS AND POLICY
## North Carolina Lawmakers Head for Showdown



ENGEN, Case No. 15-20184
Doc. 75, n.226
As viewed on 12/16/2016

**POLITICS AND POLICY**

# Donald Trump Taps One of His Lawyers as Ambassador to Israel



**POLITICS AND POLICY**

# Obama Likely to Field Questions on Russia, Syria and Donald Trump



**POLITICS AND POLICY**

# Lawrence Kudlow in Running to Take Top Economic Adviser Post

POPULAR ON WSJ

ENGEN, Case No. 15-20184
Doc. 75, n.226
As viewed on 12/16/2016

Case 15-20184    Doc# 79-35    Filed 12/16/16    Page 4 of 5

TOP

Edition: U.S.
Text Size: Medium

Subscribe Now  Sign In
WSJ Membership Benefits  Download WSJ Apps  Customer Center  Legal Policies

Subscribe | Sign In

     

Privacy Policy
Cookie Policy
Copyright Policy
Data Policy
Subscriber Agreement & Terms of Use
Your Ad Choices
Copyright ©2016 Dow Jones & Company, Inc. All Rights Reserved.

ENGEN, Case No. 15-20184
Doc. 75, n.226
As viewed on 12/16/2016