# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Mark H Engen
Maureen E. Engen
      Debtors            Case No: 15-20184-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO RECONSIDER ORDER CONDITIONALLY GRANTING DEBTORS' MOTION TO RETAIN POST-PETITION INHERITED 401K

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the TRUSTEE'S MOTION TO RECONSIDER ORDER CONDITIONALLY GRANTING DEBTORS' MOTION TO RETAIN POST-PETITION INHERITED 401K filed on November 01, 2016 is hereby withdrawn.

Dated: December 22, 2016

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtors and Debtors' Attorney either electronically or by U.S. Mail, first class postage prepaid, on December 22, 2016.

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com