**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 22nd day of December, 2016.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

BAR DATE: June 09, 2015

IN RE:

    Mark H Engen

    Maureen E. Engen

|  |  |
|---|---|
|  | Chapter 13 |
| Debtors | Case No: 15-20184 |

**ORDER CONFIRMING PLAN**

The Court has determined that the Debtor's Plan meets the confirmation requirements of Chapter 13 of Title 11 of the United States Code. (All references to "Debtor" in this Order refer to the Debtor and Codebtor, if any, collectively and individually unless otherwise specified.) The Court finds that the Plan as ORIGINALLY FILED, or as LAST AMENDED if applicable, is confirmed, and ORDERS:

    **1. PAYMENTS.** Debtor shall make MONTHLY payments of $4983.00, as required by the Plan as Confirmed to:

        W.H. Griffin, Trustee
        PO BOX 613106
        MEMPHIS, TN 38101

**2. DEBTOR ULTIMATELY RESPONSIBLE FOR PLAN PAYMENTS.** If Debtor's employer is required to make the Plan payment but does not, then the Debtor is ultimately responsible to timely make all Plan payments. If the Debtor does not cause such payments to be timely made, the Trustee may request, and the Court may issue, without further notice, an order directing the Debtor employer to make the appropriate deductions and payments to the Trustee.

**3. CHANGE OF ADDRESS OR EMPLOYMENT.** The Debtor shall immediately notify the Court and the Trustee, in writing, of any change of address or any change in employment. Notice of a change in employment shall include the name and appropriate mailing address for the payroll department of the new employer.

**4. INCURRING POST PETITION DEBT.** DEBTOR SHALL NOT INCUR ANY ADDITIONAL DEBTS DURING THE PENDENCY OF THE PLAN WITHOUT PRIOR APPROVAL BY THE COURT OR THE TRUSTEE, EXCEPT DEBTS THAT MAY BE NECESSARY FOR THE PROTECTION AND PRESERVATION OF LIFE, HEALTH, OR PROPERTY, SUCH AS FOOD, CLOTHING, LODGING, OR MEDICAL CARE FOR DEBTOR OR FAMILY.

**5. DEBTOR DUTY TO REPORT.** The Debtor shall timely report to the Trustee any events affecting disposable income which are not projected on Schedules I and J, including but not limited to tax refunds, inheritances, prizes, lawsuits, gifts, etc., that are received or receivable during the pendency of the case.

**6. DISPOSAL OF PROPERTY.** During the pendency of this case, Debtor is enjoined and prohibited from selling, encumbering, or in any manner disposing of assets without prior order of the Court, except as may be required in the course of Debtor's business, if Debtor is engaged in business.

**7. TAX RETURNS.** Debtor shall timely file all tax returns that become due during the pendency of this case, and provide a copy to the Trustee at the same time the return is filed, if requested by the Chapter 13 Trustee.

**8. LENGTH OF PLAN.** Nothing in the Plan shall be construed to permit Debtor to receive a discharge before three years if Debtor is a below median income debtor, or before five years if Debtor is an above median debtor, unless all claims are paid in full.

**9. MORTGAGE DEFAULTS.** The amount of the pre-petition mortgage note arrearage, if any, as specified in the real estate creditor's proof of claim, shall govern, unless the amount is specifically controverted in the Plan or by an objection to the claim as requested by D. Kan. LBR 3015(b).1. Creditors are bound by the interest rate stated in the Plan, unless modified by a separate order.

If Debtor pays the pre-petition arrearage as determined in the foregoing paragraph, together with interest, if any, as specified in the Plan, all pre-petition defaults will be cured and the note and other loan documents will be deemed current as of the date of filing, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition or to declare a default of the note, mortgage, or other loan documents based upon pre-petition events.

No real estate creditor shall ever assess, charge or collect, from either the debtor or the real estate collateral any assessments, fees, costs, expenses or any other monetary amounts, exclusive of principal, interest, taxes and insurance, that arose from the date of filing of the bankruptcy petition to the entry of the Order of Discharge except as may be allowed by court order or an allowed proof of claim.

**10. CONFIRMATION OBLIGATIONS.** Confirmation of this Plan is a finding that Debtor has complied with all of the applicable provisions of 11 U.S.C. §§ 1322 and 1325 and Debtor has fulfilled all pre-confirmation obligations under 11 U.S.C. § 521.

**11. NOTICE PROVIDED.** The court finds that written notice of the confirmation hearing has been given by mail to all creditors and interested parties as shown by Debtor's matrix filed herein, which notice is hereby approved.

**12. TRUSTEE FEE.** Notwithstanding any plan provision to the contrary, the Trustee shall be paid a variable percentage fee in accord with 28 U.S.C. § 586(e).

**13. VESTING.** After approval of the Trustee's Final Report and Account by the Court, all property of the bankruptcy estate that is not proposed or reasonably contemplated to be distributable under the Plan, shall re-vest in Debtor as Debtor's property following dismissal or discharge, unless the property earlier vested by terms of the confirmed plan.

**14. UNCLAIMED FUNDS.** All funds that remain unclaimed ninety days after distribution of the final dividend shall be processed and deposited as provided by Bankruptcy Rule 3011.

**15. ADDITIONAL FINDINGS.** In the event findings of fact and conclusions of law, as required by Fed. R. Bank. P. 7052 and Fed. R. Civ. P. 52, were stated orally and recorded in open court, these are hereby incorporated herein by reference.

**16. REPORTS.** At least once annually, the Trustee shall mail to the Debtor and file with the Court a report showing the funds received and the disbursements made by the Trustee.

###

Prepared and Approved By:

<u>s/W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 1083-2           User: susan                 Page 1 of 2          Date Rcvd: Dec 22, 2016
                               Form ID: pdf020             Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb        +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
aty           +Teresa M. Kidd,    8700 Monrovia,   Suite 310,    Lenexa, KS 66215-3500
cr            +The Bank of New York Mellon Trust Company, Nationa,     1661 Worthington Road,    Suite 100,
                West Palm Beach, FL 33409-6493
8131216       +AFFILIATED MANAGEMEN,    7219 METCALF SUITE 202,    OVERLAND PARK, KS 66204-1993
8131217       +BBY/CBNA,   50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007-1032
8152586        BMO HARRIS BANK NA,    770 N WATER ST, ATN: BRK-180-RC,    MILWAUKEE, WI 53202
8131220       +BMO HARRIS TRUST& SAVI,    111 W MONROE ST,   CHICAGO, IL 60603-4095
8131219       +BMO Harris Bank NA,    c/o South & Associates,    6363 College Blvd. Suite 100,
                Overland Park, KS 66211-1881
8131218       +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
8131221      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285)
8131222        CBE Group,   P.O. Box 930,    Waterloo, IA 50704-0930
8131223       +CCS/FIRST NATIONAL BAN,    500 E 60TH ST N,   SIOUX FALLS, SD 57104-0478
8131224       +CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
8131225       +CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
8209987        Capital One NA,    c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
8208332       +Cavalry SPV I LLC,    Bass and Associates PC,    3936 E Ft Lowell Suite 200,
                Tucson AZ 85712-1083
8214451       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
8131231       +FNB OMAHA,   1620 DODGE ST,    OMAHA, NE 68197-0003
8143383       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
8131230        First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
8228799       +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                Fountain Valley, CA 92728-0825
8131233       +KANSAS COUNSELORS OF K,    PO BOX 14765,   SHAWNEE MISSION, KS 66285-4765
8131235       +Kia Motors Finance,    P.O. Box 105299,   Atlanta, GA 30348-5299
8131237       +MNET FIN INC,    95 ARGONAUT STE 250,   ALISO VIEJO, CA 92656-4142
8187815        Navient Solutions, Inc.,    Department of Education Loan Services,     P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
8131239       +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
8131241       +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
8131243       +STATE FARM FINANCIAL S,    3 STATE FARM PLAZA N-4,    BLOOMINGTON, IL 61791-0002
8209991        State Farm Bank,    c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
8131249       +TD BANK USA/TARGETCRED,    PO BOX 673,   MINNEAPOLIS, MN 55440-0673
8263451        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
8131250      ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
                (address filed with court: VON MAUR,    6565 BRADY ST,    DAVENPORT, IA 52806-2054)
8195559        eCAST Settlement Corporation assignee of Citibank,     NA,   POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 21:50:58
                PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
8131226       +E-mail/Text: stacy@consumercollection.com Dec 22 2016 21:54:03       CONSUMER COLLECTION MN,
                2333 GRISSOM DR,   SAINT LOUIS, MO 63146-3322
8131227       +E-mail/Text: creditonebknotifications@resurgent.com Dec 22 2016 21:52:52       CREDIT ONE BANK NA,
                PO BOX 98875,   LAS VEGAS, NV 89193-8875
8204236       +E-mail/Text: bankruptcy@cavps.com Dec 22 2016 21:53:52       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
8131228       +E-mail/PDF: pa_dc_ed@navient.com Dec 22 2016 21:51:38       DEPT OF ED/NAVIENT,    PO BOX 9635,
                WILKES BARRE, PA 18773-9635
8131229       +E-mail/Text: mrdiscen@discover.com Dec 22 2016 21:52:49       DISCOVER FIN SVCS LLC,
                PO BOX 15316,   WILMINGTON, DE 19850-5316
8133442        E-mail/Text: mrdiscen@discover.com Dec 22 2016 21:52:49       Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany OH   430543025
8131232        E-mail/Text: cio.bncmail@irs.gov Dec 22 2016 21:53:00       Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
8131236       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2016 21:52:54       KOHLS/CAPONE,
                N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
8137643        E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Dec 22 2016 21:54:34       Kansas Department of Revenue,
                Civil Tax Enforcement,    PO Box 12005,   Topeka KS 66601-3005
8131234        E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Dec 22 2016 21:54:34       Kansas Dept. of Revenue,
                915 SW Harrison St.,    Topeka, KS 66699-1000
8221056        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2016 21:51:11
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
8131240       +E-mail/Text: bankruptcy@optimarecoveryservices.com Dec 22 2016 21:53:51
                OPTIMA RECOVERY SERVIC,    6215 KINGSTON PK STE A,    KNOXVILLE, TN 37919-4044
8231611        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 22:00:12
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
8482397        E-mail/Text: bnc-quantum@quantum3group.com Dec 22 2016 21:53:29
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 1083-2          User: susan                Page 2 of 2                   Date Rcvd: Dec 22, 2016
                              Form ID: pdf020            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8131242        +E-mail/PDF: cbp@onemainfinancial.com Dec 22 2016 21:50:40      SPRINGLEAF,    PO BOX 64,
                 EVANSVILLE, IN 47701-0064
8140427         E-mail/PDF: cbp@onemainfinancial.com Dec 22 2016 21:51:10
                 Springleaf Financial Services, Inc.,   PO Box 3251,   Evansville IN 47731-3251
8131244        +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:51:36      SYNCB/CARE CREDIT,
                 950 FORRER BLVD,   KETTERING, OH 45420-1469
8131245        +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:51:37      SYNCB/JCP,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
8131246        +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:51:08      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
8131247        +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:50:38      SYNCB/PHILLIPS 66,
                 4125 WINDWARD PLZ,   ALPHARETTA, GA 30005-8738
8131248        +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:51:08      SYNCB/QVC,    PO BOX 965018,
                 ORLANDO, FL 32896-5018
8230306         E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2016 21:50:38      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
8150280        +E-mail/Text: bncmail@w-legal.com Dec 22 2016 21:53:47      td bank usa, n.a.,
                 c o Weinstein and Riley PS,   2001 Western Avenue Suite 400,    Seattle WA 98121-3132
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
8325125*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
8566225*        Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
8131238       ##+Mobiloans,   151 Melacon Drive,   Marksville, LA 71351-3065
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
```
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net, ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net, ecf@reedlaw35.com
              Margret Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
              Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 9
```