IN THE UNITED STATES BANKRUPTCY COURT
FOR THE KANSAS

IN RE:

Mark H Engen
Maureen E. Engen

      Debtors,      Case No: 15-20184-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $450.00 through the Plan.

Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before March 16, 2017, the claims will be paid as allowed and classified on the following list without further notice.

           s/W.H. Griffin, Chapter 13 Trustee
           W.H. Griffin #8060
           5115 ROE BLVD
           SUITE 200
           ROELAND PARK, KS 66205-2393
           (913)677-1311
           (913)432-7857(Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

           s/W.H. Griffin, Chapter 13 Trustee
           W.H. Griffin #8060
           5115 ROE BLVD
           SUITE 200

Mark H Engen           ROELAND PARK, KS 66205-2393
Maureen E. Engen      (913)677-1311
7905 W. 96th Street      (913)432-7857(Fax)
Overland Park, KS 66212

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | DISCOVER BANK<br>DISCOVER PRODUCTS<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br>Classified as: UNSECURED | $3,367.63<br><br>Monthly Payment: $0.00<br>CREDIT CARD | 0.00 | 0.00 |
| 2 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005<br>Classified as: PRIORITY | $3,104.61<br><br>Monthly Payment: $0.00<br>!012 & 2014 INCOME TAXES (amende | 0.00 | 100.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $852.75<br><br>Monthly Payment: $0.00<br>OC/SPRINGLEAF FINANCIAL SVCS | 0.00 | 0.00 |
| 4 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3105<br>OMAHA, NE 68197<br>Classified as: UNSECURED | $2,788.76<br><br>Monthly Payment: $0.00<br>MONEY LOANED | 0.00 | 0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>Classified as: UNSECURED | $186.94<br><br>Monthly Payment: $0.00<br>TOC/TDBANK USA | 0.00 | 0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317<br><br>Classified as: PRIORITY | $22,277.06<br><br>Monthly Payment: $0.00<br>2011-14 INCOME TAX/AMENDED | 0.00 | 100.00 |
| 7 | BMO HARRIS BANK NA<br>ATTN RETAIL COLLECTIONS - BRK-180-RC<br>770 NORTH WATER ST<br>MILWAUKEE, WI 53202-3593 | $162,276.82<br><br>Monthly Payment: $0.00 | 4.75 | 100.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: OTHER SECURED | THROUGH FEB 2015 (amended 2x)- pla | | |
| 8 | NAVIENT SOLUTIONS INC<br>DEPARTMENT OF EDUCATION<br>PO BOX 740351<br>ATLANTA, GA 30374-0351 | $34,281.77<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: STUDENT LOAN:NO FUNDS AVAILABL | | | STUDENT LOAN |
| 9 | ECAST SETTLEMENT CORP<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 | $1,543.30<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | CITIBANK, NA |
| 10 | CAVALRY SPV I, LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 | $1,607.87<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | CAPITAL ONE BANK (USA) |
| 11 | CAVALRY SPV I, LLC<br>% BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD STE #200<br>TUCSON, AZ 85712 | $816.92<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | CAPITAL ONE BANK (USA) |
| 12 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | $76.31<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | KOHL'S |
| 13 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | $2,576.88<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | STATE FARM BANK |
| 14 | QUANTUM3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | $102.80<br><br>Monthly Payment: $0.00 | 0.00 | 0.00 |
| | Classified as: UNSECURED | | | TOC/CITIBANK/MONEY LOANED |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 15 | LVNV FUNDING<br>% RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br>Classified as: UNSECURED | $622.77<br><br>Monthly Payment: $0.00<br>CREDIT ONE BANK, NA | 0.00 | 0.00 |
| 16 | LVNV FUNDING<br>% RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br>Classified as: UNSECURED | $921.61<br><br>Monthly Payment: $0.00<br>CREDIT ONE BANK, NA | 0.00 | 0.00 |
| 17 | HYUNDAI CAPITAL AMERICA<br>DBA KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728<br>Classified as: SECURED-910 CAR | $34,646.87<br><br>Monthly Payment: $630.00<br>2015 KIA SORENTO | 4.75 | 100.00 |
| 18 | SYNCHRONY BANK<br>% RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605<br>Classified as: UNSECURED | $89.72<br><br>Monthly Payment: $0.00<br>GEMB/PHILLIPS 66 | 0.00 | 0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $338.75<br><br>Monthly Payment: $0.00<br>CITIBANK/BEST BUY | 0.00 | 0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $214.26<br><br>Monthly Payment: $0.00<br>SYNCHRONY BK/OLD NAVY | 0.00 | 0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541<br>Classified as: UNSECURED | $313.07<br><br>Monthly Payment: $0.00<br>SYNCHRONY BK/CARE CREDIT/AM | 0.00 | 0.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | $1,233.21<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
|  | Classified as: UNSECURED |  |  | SYNCHRONY BK/QCARD |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | $1,118.94<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
|  | Classified as: UNSECURED |  |  | SYNCHRONY BK/JCPENNEY |
| 24 | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105028<br>ATLANTA, GA 30348-5028 | $30,509.82<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
|  | Classified as: STUDENT LOAN:NO FUNDS AVAILABL |  |  | STUDENT LOAN |
| 1002 | KANSAS DEPARTMENT OF REVENUE<br>ATTN: CTE/BANKRUPTCY UNIT<br>PO BOX 12005<br>TOPEKA, KS 66612-2005 | $523.84<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
|  | Classified as: UNSECURED |  |  | PENALTIES |
| 1006 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $7,032.38<br>Monthly Payment: $0.00 | 0.00 | 0.00 |
|  | Classified as: UNSECURED |  |  | 2010 INCOME TAX/PENALTIES/AME |
| 1007 | BMO HARRIS BANK NA<br>ATTN RETAIL COLLECTIONS - BRK-180-RC<br>770 NORTH WATER ST<br>MILWAUKEE, WI 53202-3593 | $15,412.46<br>Monthly Payment: $0.00 | 0.00 | 100.00 |
|  | Classified as: ONGOING MORTGAGE-SECURED |  |  | BEGINNING WITH MAY 2015 - PLAN |
| 1107 | BMO HARRIS BANK NA<br>ATTN RETAIL COLLECTIONS - BRK-180-RC<br>770 NORTH WATER ST<br>MILWAUKEE, WI 53202-3593 | $1,415.25<br>Monthly Payment: $0.00 | 8.25 | 100.00 |

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| | Classified as: ADMIN EXP/POST-PET DQ     MARCH & APRIL 2015 + LATE CHAR | | | |
| | Total: | $330,253.37 | | |

As of the date of this report, we estimate this Plan should run 36 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.