IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN  Case No. 15-20184-rdb-13
MAUREEN ELIZABETH ENGEN

*Debtor(s)*

## APPLICATION FOR COMPENSATION PURSUANT TO §503(b)

**COMES NOW** David A. Reed, Esq., undersigned counsel, and moves the Court for an Order granting compensation pursuant to §503(b) of Title 11 from funds currently on hand with the Chapter 13 Trustee;

**WHEREFORE** the following suggestion is made to the Court:

1. Post-confirmation fees of $300.00 will be incurred for the Motion for Entry of Discharge.

**WHEREFORE** Counsel requests an award of $300.00 for post-confirmation fees to be paid from plan payments.

  /s/ David A. Reed
David A. Reed #14581 KS
David A. Reed and Associates, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I mailed copy of the foregoing, postage prepaid, to Mark and Maureen Engen, 7905 W 96th St, Overland Park KS 66212 on 17 April 2017.

  /s/ David A. Reed
David A. Reed #14581 KS