IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN                                           Case No. 15-20184-rdb-13
MAUREEN ELIZABETH ENGEN

*Debtor(s)*

### NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING AND FIXING DATE FOR FILING OF OBJECTIONS TO MOTION FOR COMPENSATION

**NOTICE IS HEREBY GIVEN** that a Motion was filed herein by the debtor(s) on 17 April 2017, copy of which is provided herein.

**NOTICE IS FURTHER GIVEN** that if no written objection is filed with the Clerk of the United States Bankruptcy Court at Kansas City, Kansas, on or before 8 May 2017, such motion/modification will be allowed. If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on 23 May 2017 at 1:30 p.m. or as soon thereafter as the same may be heard.

  /s/ David A. Reed
David A. Reed #14581 KS
David A. Reed and Associates, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor(s)

### CERTIFICATE OF SERVICE

I certify that I mailed copy of the foregoing, postage prepaid, to Mark and Maureen Engen, 7905 W 96th St, Overland Park KS 66212 on 17 April 2017.

  /s/ David A. Reed
David A. Reed #14581 KS