**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 12th day of May, 2017.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN  
MAUREEN ELIZABETH ENGEN

Case No. 15-20184-rdb-13

    *Debtor(s).*

### ORDER GRANTING MOTION FOR COMPENSATION PURSUANT TO § 503(b)

**THIS MATTER** comes on for consideration upon the Motion as originally filed on 17 April 2017. Notice with Opportunity for Objection was given on the motion, no timely objections were filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that compensation in the amount of $300.00 shall be paid *through* the plan in anticipation of the Motion for Entry of Discharge.

**IT IS SO ORDERED.**

1

###

Submitted by:

  /s/ David A. Reed_____
David A. Reed #14581 KS
David A. Reed and Associates, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor


Approved as to form:

  /s/ William H. Griffin_____
William H. Griffin #08060
Chapter 13 Trustee
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311

2