IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
    Mark H Engen
    Maureen E. Engen
           Debtors,            Case No: 15-20184-13

## TRUSTEE'S MOTION TO ALLOW AMENDED CLAIM 9
## OF ECAST SETTLEMENT CORP

**COMES NOW**, W.H. Griffin, Trustee, and shows the Court the above-named creditor has filed an amended claim against the estate of the Debtors which changes the previous orders allowing claims.

The Trustee has examined the claim and recommends to the Court it be deemed allowed as follows:

As a UNSECURED claim in the amount of $1,508.30 at 0.00% Interest. Percent Allowed: 0.00

**WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: June 21, 2017            /s/ W.H. Griffin
                                                          W.H. Griffin #8060
                                                          5115 ROE BLVD
                                                          SUITE 200
                                                          ROELAND PARK, KS 66205-2393
                                                          (913)677-1311
                                                          (913)432-7857(Fax)