# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**

Mark H Engen
Maureen E. Engen
               Debtors,             Case No: 15-20184-13

## NOTICE WITH OPPORTUNITY FOR HEARING
## ON TRUSTEE'S MOTION TO ALLOW CLAIM

Any objection/response to the above motion must be filed within twenty one (21) days of the date of this notice, June 21, 2017 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtors' counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on July 25, 2017 at 1:30 pm. If no response is filed on or before July 12, 2017, an exparte order will be entered. For more information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin

W.H. Griffin, Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that The Debtors, Debtors' Attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin

W.H. Griffin, Trustee

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS, 66212

TERESA M. KIDD
12760 W. 87th St. Pkwy Ste 108
Lenexa, KS, 66215

ECAST SETTLEMENT CORP
PO BOX 29262
NEW YORK, NY, 10087-9262