**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of July, 2017.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mark H Engen
Maureen E. Engen
    Debtors,    Case No: 15-20184-13

**ORDER GRANTING TRUSTEE'S MOTION TO ALLOW
AMENDED CLAIM 9 OF ECAST SETTLEMENT CORP**

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Motion to Allow Amended Claim No. 9 of ECAST SETTLEMENT CORP. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of ECAST SETTLEMENT CORP should be, and hereby is, treated as follows:

As a UNSECURED claim in the amount of $1,508.30 at 0.00% Interest. Percent Allowed: 0.00

PLEASE NOTE:

###

Prepared and Approved by:

/s/ W.H. Griffin
---
W.H. Griffin #8060  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393  
(913)677-1311  
(913)432-7857(Fax)  
inquiries@13trusteekc.com

```
                           United States Bankruptcy Court
                                  District of Kansas
In re:                                                        Case No. 15-20184-RDB
Mark H Engen                                                  Chapter 13
Maureen E. Engen
        Debtors                     CERTIFICATE OF NOTICE
District/off: 1083-2         User: audrey              Page 1 of 1            Date Rcvd: Jul 19, 2017
                             Form ID: pdf020           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db/jdb         +Mark H Engen,   Maureen E. Engen,   7905 W. 96th Street,   Overland Park, KS 66212-3308
8746852         eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net, ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net, ecf@reedlaw35.com
              Margret  Fank    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
              Scott D Williams    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 9
```