# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# Kansas City

| | |
|---|---|
| **In re:** <br> **MARK H ENGEN** <br> **MAUREEN E. ENGEN** <br><br> **Debtors,** <br> _____ <br> **BMO HARRIS BANK, N.A.** <br><br> **Creditor.** | ) <br> ) <br> ) <br> ) <br> ) **Case No. 15-20184** <br> **Chapter 13** <br> ) <br> ) |

## MOTION TO REDACT

**COMES NOW** BMO Harris Bank, N.A. ("Creditor"), by and through its undersigned counsel, and for its Motion to Redact states as follows:

1. On March 9, 2015, Creditor filed a Proof of Claim which inadvertently included unredacted personal information of the Debtors, including loan numbers.

2. This Court has the authority to limit access to documents which include private information pursuant to Local Bankruptcy Rule 9037.1 and Rule 9037(d) of the Federal Rules of Bankruptcy Procedure.

> (d) Protective Orders. For Cause, the Court may by order in a case
> under the Code…(2) limit or prohibit a nonparty's remote
> electronic access to a document with the Court.

3. Public access to the unredacted information is likely to prejudice the Debtors' privacy interests because the available information is personally identifiable to the Debtors.

4. A redacted copy of the Proof of Claim is attached.

WHEREFORE, for the foregoing reasons, Creditor respectfully requests that this Court enter an order to require the Clerk of the Court to disable public access to the Proof of Claim and for such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

MARTIN LEIGH PC

s/Carrie D. Mermis
Carrie D. Mermis #78085, cdm@martinleigh.com
1044 Main St., Suite 900
Kansas City, MO 64105
Telephone: (816)-221-1430
Fax: (816)-221-1044
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 8th day of August, 2017, a true and correct copy of the above and foregoing was electronically filed through the Court's CM/ECF system and noticed to the following:

David A. Reed
7823 Parallel Parkway
Kansas City, KS 66112

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

Office of the U.S. Trustee
301 North Main Suite 1150
Wichita, KS 67202


And mailed via regular U.S. mail, postage prepaid, this 8th day of August, 2017, to the following:

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

                                                                 s/Carrie D. Mermis
                                                                 Attorney for Creditor