IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Mark H Engen  
Maureen E. Engen

Case No: 15-20184-RDB-13

Debtor(s)

_____

**ORDER GRANTING MOTION TO REDACT (DOC. No. 91)**

Pursuant to Interim LBR 9037.1 and the authority delegated to the Clerk of the Bankruptcy Court by the Judges of the United States Bankruptcy Court for the District of Kansas, it is hereby

ORDERED that the Motion to Redact filed in this case and bearing the above-mentioned document number is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall file the redacted documents attached to the Motion to Redact.

IT IS FURTHER ORDERED that the temporary seal placed upon the unredacted (or incompletely redacted) original documents identified in the Motion to Redact as containing protected information is made permanent and shall remain in effect until further order of the court.

IT IS FURTHER ORDERED that the Motion to Redact which was temporarily sealed, is hereby unsealed.

s/ David D. Zimmerman  
Clerk, United States Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re:  
Mark H Engen  
Maureen E. Engen  
     Debtors

Case No. 15-20184-RDB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-2     User: judy     Page 1 of 1     Date Rcvd: Aug 15, 2017  
                          Form ID: pdf020     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
```
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
8152586         BMO HARRIS BANK NA,    770 N WATER ST, ATN: BRK-180-RC,    MILWAUKEE, WI 53202
8131220        +BMO HARRIS TRUST& SAVI,    111 W MONROE ST,    CHICAGO, IL 60603-4095
8131219        +BMO Harris Bank NA,    c/o South & Associates,    6363 College Blvd. Suite 100,
                 Overland Park, KS 66211-1881
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
```
              Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              David A. Reed     on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,    ecf@reedlaw35.com
              David A. Reed     on behalf of Debtor Mark H Engen bklaw@swbell.net,    ecf@reedlaw35.com
              Margret Fank     on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,    mboyd@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com,    ecfnotices@lrf-kc.com
              Scott D Williams     on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,    vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 10
```