W.H. GRIFFIN, TRUSTEE
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

Case #: 15-20184-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the Period from October 01, 2016 through September 30, 2017
Chapter 13 Case #: 15-20184-13
Date of Filing: February 04, 2015

Mark H Engen  
Maureen E. Engen  
7905 W. 96th Street  
Overland Park, KS 66212  

IN RE:  
Mark H Engen  
Maureen E. Engen  
Debtors

## RECEIPTS

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/4/16 | $4983.00 | 11/2/16 | $4983.00 | 12/2/16 | $4983.00 | 1/4/17 | $4983.00 |
| 2/3/17 | $4983.00 | 3/7/17 | $4983.00 | 4/4/17 | $4983.00 | 5/5/17 | $4983.00 |
| 6/6/17 | $4983.00 | 7/6/17 | $4983.00 | 8/4/17 | $4983.00 | 9/6/17 | $4983.00 |

## CLAIMS AND DISTRIBUTIONS THIS PERIOD

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | TERESA M. KIDD | PRIOR ATTORNEY | $2,985.00 | 100.00 | $2,985.00 | 0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | UNSECURED | $3,367.63 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 2 | KANSAS DEPARTMENT C | PRIORITY | $3,104.61 | 100.00 | $0.00 | 0.00 | $0.00 | $3,104.61 |
| 3 | PORTFOLIO RECOVERY A | UNSECURED | $852.75 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 4 | FIRST NATIONAL BANK ( | UNSECURED | $2,788.76 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC / | UNSECURED | $186.94 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SER | PRIORITY | $22,277.06 | 100.00 | $0.00 | 0.00 | $0.00 | $22,277.06 |
| 7 | BMO HARRIS BANK, N.A. | OTHER SECURED | $162,276.82 | 100.00 | $82,816.75 | 4.75 | $7,535.94 | $79,460.07 |
| 8 | NAVIENT SOLUTIONS IN( | STUDENT LOAN:NO I | $34,281.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 9 | ECAST SETTLEMENT COI | UNSECURED | $1,508.30 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 10 | CAVALRY SPV I, LLC | UNSECURED | $1,607.87 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 11 | CAVALRY SPV I, LLC | UNSECURED | $816.92 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 12 | BECKET & LEE LLP | UNSECURED | $76.31 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 13 | BECKET & LEE LLP | UNSECURED | $2,576.88 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP | UNSECURED | $102.80 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING | UNSECURED | $622.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING | UNSECURED | $921.61 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 17 | HYUNDAI CAPITAL AME | SECURED-910 CAR | $34,646.87 | 100.00 | $16,792.46 | 4.75 | $3,394.61 | $17,854.41 |
| 18 | SYNCHRONY BANK | UNSECURED | $89.72 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY A | UNSECURED | $338.75 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY A | UNSECURED | $214.26 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY A | UNSECURED | $313.07 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY A | UNSECURED | $1,233.21 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY A | UNSECURED | $1,118.94 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 24 | US DEPARTMENT OF EDU | STUDENT LOAN:NO I | $30,509.82 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 88 | DAVID A REED | ATTORNEY | $300.00 | 100.00 | $0.00 | 0.00 | $0.00 | $300.00 |

W.H. GRIFFIN, TRUSTEE  Case #: 15-20184-13
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

| 1002 | KANSAS DEPARTMENT | UNSECURED | $523.84 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
|------|-------------------|-----------|---------|------|-------|------|-------|-------|
| 1006 | INTERNAL REVENUE SER | UNSECURED | $7,032.38 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1007 | BMO HARRIS BANK, N.A. | ONGOING MORTGAG | $15,412.46 | 100.00 | $15,412.46 | 0.00 | $0.00 | $0.00 |
| 1107 | BMO HARRIS BANK, N.A. | ADMIN EXP/POST-PE | $1,415.25 | 100.00 | $1,415.25 | 8.25 | $226.05 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 30, 2017

Receipts: $144,132.00  Paid To Claims: $130,578.52  Trustee's Fees Paid: $8,469.29  Funds On Hand: $4,634.19

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS