**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

MARK H. ENGEN                                               Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

    *Debtors*

**APPLICATION FOR SUPPLEMENTAL COMPENSATION PURSUANT TO §503(b)**

**COMES NOW** David A. Reed, Esq., successor counsel, and moves the Court for an Order granting compensation pursuant to §503(b) of Title 11 to be paid through the confirmed plan.

**WHEREFORE** the following suggestion is made to the Court:

1. Counsel entered his appearance on January 23, 2016 (Doc #51), and filed a Fourth Amended Chapter 13 Plan on February 5, 2016 (Doc. 52) and a new Form 122C-1 (Doc. #54), obtaining ultimate confirmation of the plan as amended (Doc. 75) on December 12, 2016.

**WHEREFORE** Counsel requests an award of $1,000.00 as and for attorney fees concerning services necessary to obtain confirmation of a plan.

   /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtors

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, and addressed to the following on this 3rd day of April 2018: Debtors, William H. Griffin, Trustee, and all other parties in interest per PACER.

  /s/ David A. Reed
David A. Reed #14581 KS