## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN                                                    Case No. 15-20184-rdb-13
MAUREEN H. ENGEN

   *Debtor(s).*

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING AND FIXING DATE FOR FILING OF OBJECTIONS TO APPLICATION FOR SUPPLEMENTAL COMPENSATION

**NOTICE IS HEREBY GIVEN** that a Motion was filed herein by the debtor(s) on April 3, 2018, a copy of which is provided herein.

**NOTICE IS FURTHER GIVEN** that if no written objection is filed with the Clerk of the United States Bankruptcy Court at Kansas City, Kansas, on or before April 24, 2018, such motion/modification will be allowed. If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on the 15th day of May 2018 at 1:30 p.m. or as soon thereafter as the same may be heard.

 /s/ David A. Reed
David A. Reed #14581 KS
DAVID A REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor(s)

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above Notice with a copy of the motion(s) or amended plan attached thereto was mailed by regular U.S mail, postage prepaid, and addressed to the following on this 3rd day of April 2018: William H. Griffin, Trustee, and all other parties in interest per the mailing matrix.

 /s/ David A. Reed
David A. Reed #14581 KS