```
Label Matrix for local noticing          PRA Receivables Management, LLC          Quantum3 Group LLC as agent for
1083-2                                   PO Box 41067                             MOMA Funding LLC
Case 15-20184                            Norfolk, VA 23541-1067                   PO Box 788
District of Kansas                                                                Kirkland, WA 98083-0788
Kansas City
Tue Apr  3 15:32:41 CDT 2018

The Bank of New York Mellon Trust Company, N    Kansas City Divisional Office    AFFILIATED MANAGEMEN
1661 Worthington Road                           161 Robert J. Dole US Courthouse  7219 METCALF SUITE 202
Suite 100                                       500 State Avenue                  OVERLAND PARK, KS 66204-1993
West Palm Beach, FL 33409-6493                  Kansas City, KS 66101-2448


BBY/CBNA                                 BMO HARRIS BANK NA                       BMO HARRIS TRUST& SAVI
50 NORTHWEST POINT ROAD                  770 N WATER ST, ATN: BRK-180-RC          111 W MONROE ST
ELK GROVE VILLAGE, IL 60007-1032         MILWAUKEE, WI 53202                      CHICAGO, IL 60603-4095


BMO Harris Bank NA                       Best Buy Credit Services                 (p)CAPITAL ONE
c/o South & Associates                   P.O. Box 790441                          PO BOX 30285
6363 College Blvd. Suite 100             St. Louis, MO 63179-0441                 SALT LAKE CITY UT 84130-0285
Overland Park, KS 66211-1881


CBE Group                                CCS/FIRST NATIONAL BAN                   CHASE
P.O. Box 930                             500 E 60TH ST N                          PO BOX 15298
Waterloo, IA  50704-0930                 SIOUX FALLS, SD 57104-0478               WILMINGTON, DE 19850-5298


CITI                                     CONSUMER COLLECTION MN                   CREDIT ONE BANK NA
PO BOX 6241                              2333 GRISSOM DR                          PO BOX 98875
SIOUX FALLS, SD 57117-6241               SAINT LOUIS, MO 63146-3322               LAS VEGAS, NV 89193-8875


Capital One NA                           Cavalry SPV I LLC                        Cavalry SPV I, LLC
c/o Becket and Lee LLP                   Bass and Associates PC                   500 Summit Lake Drive, Ste 400
POB 3001                                 3936 E Ft Lowell Suite 200               Valhalla, NY 10595-1340
Malvern PA 19355-0701                    Tucson AZ 85712-1083


Citibank, N.A.                           DEPT OF ED/NAVIENT                       DISCOVER FIN SVCS LLC
701 East 60th Street North               PO BOX 9635                              PO BOX 15316
Sioux Falls, SD 57104-0493               WILKES BARRE, PA 18773-9635              WILMINGTON, DE 19850-5316


Discover Bank                            FNB OMAHA                                First National Bank of Omaha
Discover Products Inc                    1620 DODGE ST                            1620 Dodge Street
PO Box 3025                              OMAHA, NE 68197-0003                     Stop Code 3105
New Albany OH  430543025                                                          Omaha Ne 68197-0003


First National Credit Card               Hyundai Capital America DBA              Internal Revenue Service
P.O. Box 5097                            Kia Motors Finance                       P.O. Box 7346
Sioux Falls, SD  57117-5097              PO Box 20825                             Philadelphia, PA  19101-7346
                                         Fountain Valley, CA 92728-0825
```

| | | |
|---|---|---|
| KANSAS COUNSELORS OF K<br>PO BOX 14765<br>SHAWNEE MISSION, KS 66285-4765 | KOHLS/CAPONE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS, WI 53051-7096 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 |
| Kansas Dept. of Revenue<br>915 SW Harrison St.<br>Topeka, KS 66699-1000 | Kia Motors Finance<br>P.O. Box 105299<br>Atlanta, GA 30348-5299 | LVNV Funding, LLC its successors and assigns assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MNET FIN INC<br>95 ARGONAUT STE 250<br>ALISO VIEJO, CA 92656-4142 | Mobiloans<br>151 Melacon Drive<br>Marksville, LA 71351-3065 | Navient Solutions, Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 | OPTIMA RECOVERY SERVIC<br>6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919-4044 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SEARS/CBNA<br>PO BOX 6282<br>SIOUX FALLS, SD 57117-6282 | SPRINGLEAF<br>PO BOX 64<br>EVANSVILLE, IN 47701-0064 | STATE FARM FINANCIAL S<br>3 STATE FARM PLAZA N-4<br>BLOOMINGTON, IL 61791-0002 |
| SYNCB/CARE CREDIT<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | SYNCB/OLD NAVY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| SYNCB/PHILLIPS 66<br>4125 WINDWARD PLZ<br>ALPHARETTA, GA 30005-8738 | SYNCB/QVC<br>PO BOX 965018<br>ORLANDO, FL 32896-5018 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | eCAST Settlement Corporation assignee of Cit NA<br>POB 29262<br>New York NY 10087-9262 |

| | | |
|---|---|---|
| td bank usa, n.a.<br>c o Weinstein and Riley PS<br>2001 Western Avenue Suite 400<br>Seattle WA 98121-3132 | David A. Reed<br>7823 Parallel Parkway<br>Kansas City, KS 66112-2036 | Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 |
| Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212-3308 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Springleaf Financial Services, Inc.<br>PO Box 3251<br>Evansville IN 47731-3251 | VON MAUR<br>6565 BRADY ST<br>DAVENPORT, IA 52806-2054 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMO Harris Bank, N.A. | (u)BMO Harris Bank, N.A., successor by merger | (d)Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

End of Label Matrix
Mailable recipients    64
Bypassed recipients     3
Total                  67