**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 9th day of May, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN  
MAUREEN E. ENGEN

Case No. 15-20184-rdb-13

    *Debtor(s).*

## ORDER GRANTING MOTION FOR SUPPLEMENTAL COMPENSATION PURSUANT TO § 503(b)

**THIS MATTER** comes on for consideration upon the Motion as originally filed on April 3, 2018. Notice with Opportunity for Objection was given on the motion, no timely objections were filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that supplemental compensation in the amount of $1,000.00 shall be paid *through* the plan.

**IT IS SO ORDERED.**

1

###

Submitted by:

  /s/ David A. Reed
David A. Reed #14581 KS
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor


Approved as to form:

   /s/ William H. Griffin
William H. Griffin #08060
Chapter 13 Trustee
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311

2