# Notice Recipients

District/Off: 1083–2     User: susan     Date Created: 5/9/2018
Case: 15–20184     Form ID: pdf020     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
tr     William H Griffin     ecfgriff@13trusteeks.com
aty     David A. Reed     bklaw@swbell.net

TOTAL: 3