IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:

MARK H. ENGEN  Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

    *Debtors.*

## MOTION TO INCUR DEBT TO PURCHASE A NEW HVAC UNIT

**COME NOW** Debtors, by and through counsel, and move the Court for leave to incur additional, post-petition consumer debt for the purchase of a new HVAC unit.

**IN SUPPORT THEREOF** Debtors suggest to the Court as follows:

1. Debtors' current HVAC has stopped working, meaning no air conditioning or heating.

2. Debtors have an offer to finance a replacement for an amount financed of *approximately* $4,684.00 with payments *in the range of* $92.73 per month *at about* 6.990% APR for *less than* 60 months.

3. Debtors will provide a copy of the final sales contract within 7 days of purchase.

**WHEREFORE** Debtors pray that the Court shall grant permission to incur new debt forthwith.

  /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties requesting electronic notice on this 11th day of September, 2018.

  /s/ David A. Reed
David A. Reed #14581 KS