**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 13th day of September, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN  Case No. 15-20184-rdb-13
MAUREEN E. ENGEN

   *Debtors.*

### ORDER GRANTING MOTION TO INCUR DEBT
### TO PURCHASE A NEW HVAC UNIT

**THIS MATTER** comes on for consideration upon the Motion to Incur Debt to Purchase a new HVAC unit.

**IT IS THEREFORE BY THE COURT ORDERED** that Debtors are granted leave to incur debt for the purchase of a new HVAC for a price *not to substantially exceed* $4,684.00, with payments *in the range of* $92.73 per month at an APR *not to substantially exceed* 6.990% over not *less than* 60 months.

1

**IT IS FURTHER ORDERED** that Debtors shall provide a copy of the final sales contract within 7 days of purchase.

**IT IS SO ORDERED.**

###

Submitted by:

  /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor

Approved as to form:

   /s/ William H. Griffin
William H. Griffin #08060
Chapter 13 Trustee
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311

2