**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 13th day of September, 2018.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

    MARK H. ENGEN                                         Case No. 15-20184-rdb-13
    MAUREEN E. ENGEN

        *Debtors.*

### ORDER GRANTING MOTION TO INCUR DEBT
### TO PURCHASE A NEW HVAC UNIT

**THIS MATTER** comes on for consideration upon the Motion to Incur Debt to Purchase a new HVAC unit.

**IT IS THEREFORE BY THE COURT ORDERED** that Debtors are granted leave to incur debt for the purchase of a new HVAC for a price *not to substantially exceed* $4,684.00, with payments *in the range of* $92.73 per month at an APR *not to substantially exceed* 6.990% over not *less than* 60 months.

1

**IT IS FURTHER ORDERED** that Debtors shall provide a copy of the final sales contract within 7 days of purchase.

**IT IS SO ORDERED.**

###

Submitted by:

　/s/ David A. Reed_____
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtor

Approved as to form:

　/s/ William H. Griffin_____
William H. Griffin #08060
Chapter 13 Trustee
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311

2

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                          Case No. 15-20184-RDB
Mark H Engen                                                    Chapter 13
Maureen E. Engen
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan              Page 1 of 1             Date Rcvd: Sep 14, 2018
                              Form ID: pdf020          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
db/jdb         +Mark H Engen,   Maureen E. Engen,   7905 W. 96th Street,   Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,    ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,    ecf@reedlaw35.com
              Margret  Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,    mboyd@ecf.courtdrive.com
              Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com,    ecfnotices@lrf-kc.com
              Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,    vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    inquiries@13trusteekc.com
                                                                                               TOTAL: 11