IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN
MAUREEN ELIZABETH ENGEN            Case No. 15-20184-rdb-13

    *Debtor(s)*

## APPLICATION FOR COMPENSATION PURSUANT TO §503(b)

**COMES NOW,** David A. Reed, counsel for Debtors, and moves the Court for an Order granting compensation pursuant to §503(b) of Title 11 from funds currently on hand with the Chapter 13 Trustee;

**WHEREFORE,** counsel states that:

1. Post-confirmation fees of $300.00 were incurred for a motion to incur debt to finance the purchase of a replacement motor vehicle.

**WHEREFORE** Counsel requests an award of $300.00 for post-confirmation fees to be paid from plan payments.

  /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor

## CERTIFICATE OF SERVICE

    I certify that I mailed copy of the foregoing, postage prepaid, to Mark and Maureen Engen, 7905 W 96th St, Overland Park, KS 66212 on 8 January 2019.

/s/ David A. Reed
David A. Reed #14581 KS