## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN
MAUREEN ELIZABETH ENGEN                    Case No. 15-20184-rdb-13

     *Debtor(s)*

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING AND FIXING DATE FOR FILING OF OBJECTIONS TO MOTION FOR COMPENSATION

    **NOTICE IS HEREBY GIVEN** that Debtor(s)' counsel filed a Motion on 8 January 2019, copy of which is attached.

    **NOTICE IS FURTHER GIVEN** that if no written objection is filed with the Clerk of the United States Bankruptcy Court at Kansas City, Kansas, on or before 29 January 2019, such motion/modification will be allowed. If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on 12 February 2019 at 1:30 pm. or as soon thereafter as the same may be heard.

   /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor(s)

## CERTIFICATE OF SERVICE

    I certify that I mailed copy of the foregoing, postage prepaid, to Mark and Maureen Engen, 7905 W 96th St, Overland Park, KS 66212 on 8 January 2019.

   /s/ David A. Reed
David A. Reed #14581 KS