IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Kansas City Division

| | |
|---|---|
| In re: ) | |
| **MARK H ENGEN** ) | |
| **MAUREEN E ENGEN** ) | **Case No. 15-20184** |
| ) | |
| **Debtors,** ) | **Chapter 13** |
| ) | |
| ) | |
| **BMO HARRIS BANK, N.A.** ) | |
| ) | |
| **Creditor.** ) | |

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
## ON MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at 500 State Ave, Kansas City, KS 66101, on or before *January 29, 2019,* the above motion will be granted by entry of an order to be prepared and submitted by counsel for movant. **If an objection is timely filed, a nonevidentiary hearing will be held** before the U.S. Bankruptcy Court, 500 State Ave., Room 151, Kansas City, KS 66101, on *February 12, 2019, at 1:30 pm* or as soon thereafter as the same may be heard.

**Please be advised that a hearing will not be held unless an objection and/or response is timely filed with the Clerk. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance.**

Respectfully submitted,

MARTIN LEIGH PC

*/s/ Pam R. Putnam*
Pamela R. Putnam #22894 prp@martinleigh.com
Steven M. Leigh #70393 sml@martinleigh.com
Martin Leigh PC
2405 Grand Blvd., Suite 410
Kansas City, MO 64108
Phone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on this 8th day of January, 2019, a true and correct copy of the above and forgoing was electronically filed and/or deposited in the United States Mail, postage prepaid, addressed to the following:

David A. Reed
7823 Parallel Pkwy
Kansas City, KS 66112

Mark & Maureen Engen
7905 W 96th St
Overland Park, KS 66212

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

Office of the U.S. Trustee
301 N. Main Street, Suite 1150
Wichita, KS 67202-4800

                                  */s/ Pamela R. Putnam*
                                  Attorney for Creditor

2

Case 15-20184    Doc# 107    Filed 01/08/19    Page 2 of 2