UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:                                            CASE NO: 15-20184

MAUREEN ENGEN
SSN#: xxx-xx-4794
Borrower#: 1017126353                             **CHAPTER BK13**

Debtor(s)                                         **CLAIM#: 24**

## NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, DISTRICT OF KANSAS, make note of the changes in ED's addresses:

**PAYMENTS:**

| | | | |
|---|---|---|---|
| Old: | U.S. Department of Education<br>National Payment Center<br>P O Box 105028<br>Atlanta, GA  30348-5028 | New: | **U.S. DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>P O Box 790336<br>St. Louis, MO  63179-0336** |

**NOTICES:**

| | | | |
|---|---|---|---|
| Old: | U.S. Department of Education<br>P O Box 16448<br>Saint Paul, MN  55116-0448 | New: | **U.S. DEPARTMENT OF EDUCATION<br>P O Box 16448<br>Saint Paul, MN  55116-0448** |

Respectfully submitted this day, January 16, 2019

/s/ Lia Vue-yang
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN  55116-0448
PH: (800) 363-4562  Fax: (877) 865 9741