**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of February, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Kansas City

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARK H ENGEN | ) | Case No. 15-20184 |
| MAUREEN E. ENGEN | ) | Chapter 13 |
| Debtors, | ) | |
| | ) | |
| | ) | |
| BMO HARRIS BANK, N.A. | ) | |
| | ) | |
| Creditor. | ) | |

### ORDER GRANTING MOTION TO ALLOW ADMINISTRATIVE CLAIM

   COMES NOW BMO Harris Bank, N.A., on its Motion to Allow Administrative Claim on the following described property:

   LOT 13, BLOCK 10, SYLVAN GROVE, A SUBDIVISION IN THE CITY OF OVERLAND PARK, JOHNSON COUNTY, KANSAS.

   The above-described property is also known as 7905 W 96th St, Overland Park, Kansas 66212 ("Property").

Notice with opportunity to object to Creditor's motion was properly given, no timely objections were filed, and no hearing was held on the matter.

IT IS THEREFORE ORDERED that Creditor shall be allowed to file its post-petition administrative claim on the above-described property.

**SO ORDERED.**

### ###

| | |
|---|---|
| Respectfully submitted, | Approved by, |
| MARTIN LEIGH PC | CHAPTER 13 TRUSTEE |
| /s/Pamela R. Putnam | /s/William H Griffin |
| Steven M. Leigh, #70393, sml@martinleigh.com | William H Griffin |
| Pamela R. Putnam, #22894, cdm@martinleigh.com | 5115 Roe Blvd Ste 200 |
| 2405 Grand Blvd., Suite 410 | Roeland Park, KS 66205-2393 |
| Kansas City, MO 64108 | CHAPTER 13 TRUSTEE |
| Telephone: (816) 221-1430 | |
| Fax: (816) 221-1044 | |
| ATTORNEYS FOR CREDITOR | |

*copies to:*

Pamela R. Putnam, Martin Leigh PC, 2405 Grand Blvd., Suite 410, Kansas City, MO 64108

David A. Reed, 7823 Parallel Parkway, Kansas City, KS 66112

William H Griffin, 5115 Roe Blvd Ste 200, Roeland Park, KS 66205-2393

Office of the U.S. Trustee, 301 N. Main Street, Suite 1150, Wichita, KS 67202-4800

Mark H Engen & Maureen E. Engen, 7905 W. 96th Street, Overland Park, KS 66212

15-20184