**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of February, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK HAROLD ENGEN
MAUREEN ELIZABETH ENGEN           Case No. 15-20184-rdb-13

    *Debtor(s)*

### ORDER GRANTING MOTION FOR COMPENSATION PURSUANT TO § 503(b)

**THIS MATTER** comes on for consideration upon the Motion as originally filed on 8 January 2019. Notice with Opportunity for Objection was given on the motion, no timely objections were filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that compensation in the amount of $300.00 shall be paid *through* the plan for services rendered in filing a Motion to Incur Debt to purchase a motor vehicle.

1

**IT IS SO ORDERED.**

###

Submitted by:

/s/ David A. Reed_____
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtor

Approved as to form:

/s/ William H. Griffin_____
William H. Griffin #08060
Chapter 13 Trustee
5115 Roe Blvd, Suite 200
Roeland Park, KS 66205
(913) 677-1311

2