**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 5th day of February, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
Kansas City

| | |
|---|---|
| In re: | ) |
| | ) |
| **MARK H ENGEN** | ) Case No. 15-20184 |
| **MAUREEN E. ENGEN** | ) Chapter 13 |
| Debtors, | ) |
| | ) |
| **BMO HARRIS BANK, N.A.** | ) |
| | ) |
| Creditor. | ) |

### ORDER GRANTING MOTION TO ALLOW ADMINISTRATIVE CLAIM

**COMES NOW** BMO Harris Bank, N.A., on its Motion to Allow Administrative Claim on the following described property:

LOT 13, BLOCK 10, SYLVAN GROVE, A SUBDIVISION IN THE CITY OF OVERLAND PARK, JOHNSON COUNTY, KANSAS.

The above-described property is also known as 7905 W 96th St, Overland Park, Kansas 66212 ("Property").

Notice with opportunity to object to Creditor's motion was properly given, no timely objections were filed, and no hearing was held on the matter.

IT IS THEREFORE ORDERED that Creditor shall be allowed to file its post-petition administrative claim on the above-described property.

**SO ORDERED.**

###

| Respectfully submitted, | Approved by, |
|---|---|
| MARTIN LEIGH PC | CHAPTER 13 TRUSTEE |
| /s/Pamela R. Putnam | /s/William H Griffin |
| Steven M. Leigh, #70393, sml@martinleigh.com | William H Griffin |
| Pamela R. Putnam, #22894, cdm@martinleigh.com | 5115 Roe Blvd Ste 200 |
| 2405 Grand Blvd., Suite 410 | Roeland Park, KS 66205-2393 |
| Kansas City, MO 64108 | CHAPTER 13 TRUSTEE |
| Telephone: (816) 221-1430 | |
| Fax: (816) 221-1044 | |
| ATTORNEYS FOR CREDITOR | |

*copies to:*

Pamela R. Putnam, Martin Leigh PC, 2405 Grand Blvd., Suite 410, Kansas City, MO 64108

David A. Reed, 7823 Parallel Parkway, Kansas City, KS 66112

William H Griffin, 5115 Roe Blvd Ste 200, Roeland Park, KS 66205-2393

Office of the U.S. Trustee, 301 N. Main Street, Suite 1150, Wichita, KS 67202-4800

Mark H Engen & Maureen E. Engen, 7905 W. 96th Street, Overland Park, KS 66212

15-20184

2

```
                           United States Bankruptcy Court
                                  District of Kansas
In re:                                                             Case No. 15-20184-RDB
Mark H Engen                                                       Chapter 13
Maureen E. Engen
         Debtors                      CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan                 Page 1 of 1          Date Rcvd: Feb 06, 2019
                              Form ID: pdf020             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
8131219        +BMO Harris Bank NA,    c/o South & Associates,    6363 College Blvd. Suite 100,
                 Overland Park, KS 66211-1881

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
              Carla  Townsend    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,  ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,  ecf@reedlaw35.com
              Margret  Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com, mboyd@ecf.courtdrive.com
              Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Pamela R Putnam    on behalf of Creditor    BMO Harris Bank, N.A. prp@martinleigh.com,
               bankruptcy@mllfpc.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com,  ecfnotices@lrf-kc.com
              Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,  vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    inquiries@13trusteekc.com
                                                                                             TOTAL: 13