The relief described hereinbelow is SO ORDERED.

SIGNED this 20th day of September, 2019.



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    Mark H Engen
    Maureen E. Engen

           Debtors,           Case No: 15-20184-13

**ORDER GRANTING TRUSTEE'S MOTION TO ALLOW
AMENDED CLAIM 9 OF ECAST SETTLEMENT CORP**

    **THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Motion to Allow Amended Claim No. 9 of ECAST SETTLEMENT CORP. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of ECAST SETTLEMENT CORP should be, and hereby is, treated as follows:

    As a UNSECURED claim in the amount of $1,506.61 at 0.00% Interest. Percent Allowed: 0.00

    PLEASE NOTE:

                                      ###

Prepared and Approved by:

/s/ W.H. Griffin
_____
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com