**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 20th day of September, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

Mark H Engen
Maureen E. Engen
          Debtors,       Case No: 15-20184-13

## ORDER GRANTING TRUSTEE'S MOTION TO ALLOW
## AMENDED CLAIM 9 OF ECAST SETTLEMENT CORP

**THIS MATTER** comes on for consideration upon the Chapter 13 Trustee's Motion to Allow Amended Claim No. 9 of ECAST SETTLEMENT CORP. After reviewing the file and hearing recommendations of the Trustee the Court finds the claim of ECAST SETTLEMENT CORP should be, and hereby is, treated as follows:

As a UNSECURED claim in the amount of $1,506.61 at 0.00% Interest. Percent Allowed: 0.00

PLEASE NOTE:

                                                            ###

Prepared and Approved by:

/s/ W.H. Griffin
---
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

```
                            United States Bankruptcy Court
                                   District of Kansas
In re:                                                            Case No. 15-20184-RDB
Mark H Engen                                                      Chapter 13
Maureen E. Engen
         Debtors
```

## CERTIFICATE OF NOTICE

District/off: 1083-2          User: susan              Page 1 of 1            Date Rcvd: Sep 20, 2019
                              Form ID: pdf020          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
8746852         eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
8195559         eCAST Settlement Corporation assignee of Citibank,    NA,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Carla Townsend    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
               bankruptcy@mllfpc.com
              David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,    ecf@reedlaw35.com
              David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,    ecf@reedlaw35.com
              Margret Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@micorp.com
              Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
               Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,    mboyd@ecf.courtdrive.com
              Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Pamela R Putnam    on behalf of Creditor    BMO Harris Bank, N.A. prp@martinleigh.com,
               bankruptcy@mllfpc.com;prp@ecf.courtdrive.com
              Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB sawissel@lrf-kc.com,    ecfnotices@lrf-kc.com
              Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
               FSB bankruptcy@bmo.com
              Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
              Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
               Bank, FSB srsinger@lewisricekc.com,    vlbates@lewisricekc.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    inquiries@13trusteekc.com
                                                                                              TOTAL: 14