W.H. GRIFFIN, TRUSTEE
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

Case #: 15-20184-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 15-20184-13
Date of Filing: February 04, 2015

Mark H Engen  
Maureen E. Engen  
7905 W. 96th Street  
Overland Park, KS 66212

IN RE:  
Mark H Engen  
Maureen E. Engen  
Debtors

## RECEIPTS
For the Period from 10/9/2019 through 1/28/2020

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/6/19 | $4983.00 | 12/5/19 | $4983.00 | 1/7/20 | $4983.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Mark H Engen | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | TERESA M. KIDD | PRIOR ATTORNEY | $2,985.00 | 100.00 | $2,985.00 | 0.00 | $0.00 | $0.00 |
| 0 | DAVID A REED | ATTORNEY FEE | $1,750.00 | 100.00 | $1,450.00 | 0.00 | $0.00 | $300.00 |
| 1 | DISCOVER BANK | UNSECURED | $3,367.63 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 2 | KANSAS DEPARTMENT OF | PRIORITY | $3,104.61 | 100.00 | $1,810.25 | 0.00 | $0.00 | $1,294.36 |
| 3 | PORTFOLIO RECOVERY A | UNSECURED | $852.75 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 4 | FIRST NATIONAL BANK O | UNSECURED | $2,788.76 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP | UNSECURED | $186.94 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERV | PRIORITY | $22,277.06 | 100.00 | $12,989.37 | 0.00 | $0.00 | $9,287.69 |
| 7 | BMO HARRIS BANK, N.A. | PAID IN FULL MORTG | $162,276.82 | 100.00 | $162,276.82 | 4.75 | $11,134.89 | $0.00 |
| 8 | NAVIENT SOLUTIONS | STUDENT LOAN:NO F | $34,281.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 9 | ECAST SETTLEMENT COR | UNSECURED | $1,506.61 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 10 | CAVALRY SPV I, LLC | UNSECURED | $1,607.87 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 11 | CAVALRY SPV I, LLC | UNSECURED | $816.92 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 12 | BECKET & LEE LLP | UNSECURED | $76.31 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 13 | BECKET & LEE LLP | UNSECURED | $2,576.88 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP | UNSECURED | $102.80 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING | UNSECURED | $622.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING | UNSECURED | $921.61 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 17 | HYUNDAI CAPITAL AMER | SECURED-910 CAR | $34,646.87 | 100.00 | $34,646.87 | 4.75 | $4,461.84 | $0.00 |
| 18 | SYNCHRONY BANK | UNSECURED | $89.72 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY A | UNSECURED | $338.75 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY A | UNSECURED | $214.26 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY A | UNSECURED | $313.07 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY A | UNSECURED | $1,233.21 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY A | UNSECURED | $1,118.94 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 24 | US DEPARTMENT OF EDU | STUDENT LOAN:NO F | $30,509.82 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 25 | BMO HARRIS BANK, NA | PAID IN FULL MORTG | $7,890.98 | 100.00 | $7,890.98 | 0.00 | $0.00 | $0.00 |
| 88 | DAVID A REED | ATTORNEY | $300.00 | 100.00 | $0.00 | 0.00 | $0.00 | $300.00 |
| 1002 | KANSAS DEPARTMENT OF | UNSECURED | $523.84 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 15-20184-13

| 1006 | INTERNAL REVENUE SERV | UNSECURED | $7,032.38 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1007 | BMO HARRIS BANK, N.A. | ONGOING MORTGAGE | $15,412.46 | 100.00 | $15,412.46 | 0.00 | $0.00 | $0.00 |
| 1107 | BMO HARRIS BANK, N.A. | GAP PAYMENTS | $1,415.25 | 100.00 | $1,415.25 | 8.25 | $226.05 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/28/2020

Receipts: $278,673.00  Paid To Claims: $256,699.78  Trustee's Fees Paid: $17,289.20  Funds On Hand: $4,684.02

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS