Form ntcredchg (Revised 09/24/2008)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 15–20184　　　　　　　　　　　　　　　Chapter: 13

In re: (Name of Debtor)

| | |
|---|---|
| Mark H Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212 | Maureen E. Engen<br>7905 W. 96th Street<br>Overland Park, KS 66212 |

**Entered By The Court**
**3/24/20**

**NOTICE TO CHAPTER 13 DEBTOR(S)**

**Filed By The Court**
**3/24/20**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

Notice is hereby given that the Chapter 13 Trustee in this case has filed a Notice of Chapter 13 Plan Completion. Debtor(s) and/or counsel have thirty (30) days from the date of this Notice to file a Certificate of Compliance and Motion for Entry of Discharge to obtain a discharge under 11. U.S.C. 1328.

Failure to file the Certificate of Compliance and Motion for Entry of Discharge may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Compliance and Motion for Entry of Discharge, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 119

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court