**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  15–20184                          Chapter:  13

In re: (Name of Debtor)

Mark H Engen                                    Maureen E. Engen
7905 W. 96th Street                             7905 W. 96th Street
Overland Park, KS 66212                         Overland Park, KS 66212

| Entered By The Court 3/24/20 | NOTICE TO CHAPTER 13 DEBTOR(S) | Filed By The Court 3/24/20 David D. Zimmerman Clerk of Court US Bankruptcy Court |

Notice is hereby given that the Chapter 13 Trustee in this case has filed a Notice of Chapter 13 Plan Completion. Debtor(s) and/or counsel have thirty (30) days from the date of this Notice to file a Certificate of Compliance and Motion for Entry of Discharge to obtain a discharge under 11. U.S.C. 1328.

Failure to file the Certificate of Compliance and Motion for Entry of Discharge may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Certificate of Compliance and Motion for Entry of Discharge, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 119                                    s/ David D. Zimmerman
                                                Clerk, United States Bankruptcy Court

United States Bankruptcy Court
District of Kansas

In re:                                                                Case No. 15-20184-RDB
Mark H Engen                                                          Chapter 13
Maureen E. Engen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1083-2          User: susan          Page 1 of 1          Date Rcvd: Mar 24, 2020
                             Form ID: ksplncm      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db/jdb        +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
          Carla  Townsend    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
           bankruptcy@mllfpc.com
          David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,   ecf@reedlaw35.com
          David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,   ecf@reedlaw35.com
          Margret  Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor to merger to M&I Bank,
           FSB bankruptcy@micorp.com
          Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
           Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,   mboyd@ecf.courtdrive.com
          Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Pamela R Putnam    on behalf of Creditor    BMO Harris Bank, N.A. prp@martinleigh.com,
           bankruptcy@mllfpc.com;prp@ecf.courtdrive.com
          Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
           FSB sawissel@lrf-kc.com,   ecfnotices@lrf-kc.com
          Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
           FSB bankruptcy@bmo.com
          Scott D Williams    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
           Bank, FSB srsinger@lewisricekc.com,   vlbates@lewisricekc.com;abuente@lewisricekc.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    inquiries@13trusteekc.com
                                                                              TOTAL: 14