IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MARK H. ENGEN
MAUREEN E. ENGEN   Case No. 15-20184-rdb-13

    *Debtors*

## CHAPTER 13 DEBTOR'S CERTIFICATION OF COMPLIANCE AND MOTION FOR ENTRY OF DISCHARGE

**COMES NOW** Debtor, by and through counsel, David A. Reed, and moves the Court for an Order Granting Discharge. In support thereof, Debtor state:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 1328.

2. Debtor filed a bankruptcy case under Chapter 13 of the Bankruptcy Code.

3. Debtor Chapter 13 Plan was confirmed on 12-22-2016.

4. All payments have been completed under the terms of Debtor confirmed plan.

5. As a result, Debtor file(s) the attached Certificate under penalty of perjury, and submit this Motion requesting that the Court grant a discharge in accordance with 11 U.S.C. § 1328.

  /s/ David A. Reed_____
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtors

## CERTIFICATE OF SERVICE

    I certify that I sent copy of the foregoing electronically or by regular U.S. mail, postage prepaid, to all parties in interest per PACER on 8 April 2020.

  /s/ David A. Reed_____
David A. Reed #14581 KS