**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:

MARK  H.  ENGEN
MAUREEN  E.  ENGEN                                   Case No. 15-20184-rdb-13

                    *Debtors*


**NOTICE  WITH  OPPORTUNITY  FOR  NON-EVIDENTIARY  HEARING
AND  FIXING  DATE  FOR  FILING  OF  OBJECTIONS
TO  MOTION  FOR ENTRY OF DISCHARGE**

   **NOTICE IS HEREBY GIVEN** that Debtors filed a Motion on 8 April 2020, copy
of which is provided herein.

   **NOTICE IS FURTHER GIVEN** that if no written objection is filed with the Clerk
of the United States Bankruptcy Court at Kansas City, Kansas, on or before 8 May 2020,
such motion will be allowed.  If an objection is timely filed, a non-evidentiary hearing
will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas
City, Kansas 66101, on  19 May 2020 at 1:30 p.m. or as soon thereafter as the same may
be heard.


   /s/ David A. Reed
David A. Reed #14581 KS
DAVID A. REED & ASSOCIATES, P.A.
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorneys for Debtors


**CERTIFICATE OF SERVICE**

   I certify that on 8 April 2020, I sent copies of the foregoing Notice and attached
pleading electronically or by regular U.S. mail, postage prepaid, to the parties listed on
the enclosed matrix.

   /s/ David A. Reed
David A. Reed #14581 KS