| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark H Engen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2387** <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Maureen E. Engen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4794** <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Kansas** | | Date Notice Issued:   **5/11/20** |
| Case number/Judge:   **15–20184 / Robert D. Berger** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark H Engen                                       Maureen E. Engen

5/11/20                                            **By the court:**   Robert D. Berger
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                     United States Bankruptcy Court
                                            District of Kansas
In re:                                                                                  Case No. 15-20184-RDB
Mark H Engen                                                                            Chapter 13
Maureen E. Engen
         Debtors                          CERTIFICATE OF NOTICE
District/off: 1083-2          User: susan                  Page 1 of 3                  Date Rcvd: May 11, 2020
                              Form ID: 3180W               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb         +Mark H Engen,    Maureen E. Engen,    7905 W. 96th Street,    Overland Park, KS 66212-3308
cr             +The Bank of New York Mellon Trust Company, Nationa,     1661 Worthington Road,   Suite 100,
                 West Palm Beach, FL 33409-6493
8131216        +AFFILIATED MANAGEMEN,    7219 METCALF SUITE 202,    OVERLAND PARK, KS 66204-1974
8131217        +BBY/CBNA,    50 NORTHWEST POINT ROAD,   ELK GROVE VILLAGE, IL 60007-1032
8152586         BMO HARRIS BANK NA,    770 N WATER ST, ATN: BRK-180-RC,    MILWAUKEE, WI 53202
8131220        +BMO HARRIS TRUST& SAVI,    111 W MONROE ST,    CHICAGO, IL 60603-4095
8131219        +BMO Harris Bank NA,    c/o South & Associates,    6363 College Blvd. Suite 100,
                 Overland Park, KS 66211-1881
9293948         BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
8131218        +Best Buy Credit Services,    P.O. Box 790441,    St. Louis, MO 63179-0441
8131222         CBE Group,   P.O. Box 930,    Waterloo, IA 50704-0930
8131223        +CCS/FIRST NATIONAL BAN,    500 E 60TH ST N,    SIOUX FALLS, SD 57104-0478
8208332        +Cavalry SPV I LLC,    Bass and Associates PC,    3936 E Ft Lowell Suite 200,
                 Tucson AZ 85712-1083
8131231        +FNB OMAHA,   1620 DODGE ST,    OMAHA, NE 68197-0003
8131230         First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
8228799        +Hyundai Capital America DBA,    Kia Motors Finance,    PO Box 20825,
                 Fountain Valley, CA 92728-0825
8131233        +KANSAS COUNSELORS OF K,    PO BOX 14765,    SHAWNEE MISSION, KS 66285-4765
8131235        +Kia Motors Finance,    P.O. Box 105299,   Atlanta, GA 30348-5299
8131237        +MNET FIN INC,   95 ARGONAUT STE 250,    ALISO VIEJO, CA 92656-4142
8131239        +OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
8143383        ++PERI GARITE,    ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,     1620 Dodge Street,   Stop Code 3105,
                 Omaha Ne 68197)
8131250        ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
                 (address filed with court: VON MAUR,    6565 BRADY ST,    DAVENPORT, IA 52806-2054)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM May 12 2020 01:48:00      PRA Receivables Management, LLC,     PO Box 41067,
                 Norfolk, VA 23541-1067
8131221         EDI: CAPITALONE.COM May 12 2020 01:48:00      CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285
8131225        +EDI: CITICORP.COM May 12 2020 01:48:00      CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
8131226         E-mail/Text: stacy@consumercollection.com May 11 2020 21:58:47         CONSUMER COLLECTION MN,
                 2333 GRISSOM DR,    SAINT LOUIS, MO 63146-3322
8131227        +E-mail/PDF: creditonebknotifications@resurgent.com May 11 2020 22:05:56         CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
8209987         EDI: BL-BECKET.COM May 12 2020 01:48:00      Capital One NA,     c/o Becket and Lee LLP,
                 POB 3001,   Malvern PA 19355-0701
8204236        +E-mail/Text: bankruptcy@cavps.com May 11 2020 21:58:45        Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
8214451        +EDI: CITICORP.COM May 12 2020 01:48:00      Citibank, N.A.,     701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
8131228        +EDI: NAVIENTFKASMDOE.COM May 12 2020 01:48:00       DEPT OF ED/NAVIENT,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
8131229        +EDI: DISCOVER.COM May 12 2020 01:48:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
8133442         EDI: DISCOVER.COM May 12 2020 01:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany OH   430543025
8131232         EDI: IRS.COM May 12 2020 01:48:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA   19101-7346
8131224         EDI: JPMORGANCHASE May 12 2020 01:48:00      CHASE,    PO BOX 15298,    WILMINGTON, DE 19850
8131236        +E-mail/Text: bncnotices@becket-lee.com May 11 2020 21:58:23        KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
8137643         E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV May 11 2020 21:59:02         Kansas Department of Revenue,
                 Civil Tax Enforcement,    PO Box 12005,    Topeka KS 66601-3005
8131234         E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV May 11 2020 21:59:03         Kansas Dept. of Revenue,
                 915 SW Harrison St.,    Topeka, KS 66699-1000
8221056         E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2020 22:05:57
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
8131238         E-mail/Text: bankruptcy@mobiloans.com May 11 2020 21:58:15        Mobiloans,    151 Melacon Drive,
                 Marksville, LA   71315
8187815         EDI: NAVIENTFKASMSERV.COM May 12 2020 01:48:00       Navient Solutions, Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
8131240        +E-mail/Text: bankruptcy@optimarecoveryservices.com May 11 2020 21:58:43
                 OPTIMA RECOVERY SERVIC,    6215 KINGSTON PK STE A,    KNOXVILLE, TN 37919-4044
8231611         EDI: PRA.COM May 12 2020 01:48:00      Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk VA 23541
8482397         EDI: Q3G.COM May 12 2020 01:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
8131241        +EDI: SEARS.COM May 12 2020 01:48:00      SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8131242        +EDI: AGFINANCE.COM May 12 2020 01:48:00      SPRINGLEAF,    PO BOX 64,
                 EVANSVILLE, IN 47701-0064
8140427         EDI: AGFINANCE.COM May 12 2020 01:48:00      Springleaf Financial Services, Inc.,    PO Box 3251,
                 Evansville IN 47731-3251
8131243        +EDI: STFM.COM May 12 2020 01:48:00      STATE FARM FINANCIAL S,    3 STATE FARM PLAZA N-4,
                 BLOOMINGTON, IL 61791-0002
8131244        +EDI: RMSC.COM May 12 2020 01:48:00      SYNCB/CARE CREDIT,    950 FORRER BLVD,
                 KETTERING, OH 45420-1469
8131245        +EDI: RMSC.COM May 12 2020 01:48:00      SYNCB/JCP,    PO BOX 965007,    ORLANDO, FL 32896-5007
8131246        +EDI: RMSC.COM May 12 2020 01:48:00      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
8131247        +EDI: RMSC.COM May 12 2020 01:48:00      SYNCB/PHILLIPS 66,    4125 WINDWARD PLZ,
                 ALPHARETTA, GA 30005-8738
8131248        +EDI: RMSC.COM May 12 2020 01:48:00      SYNCB/QVC,    PO BOX 965018,    ORLANDO, FL 32896-5018
8209991         EDI: BECKLEE.COM May 12 2020 01:48:00      State Farm Bank,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern  PA 19355-0701
8230306         EDI: RMSC.COM May 12 2020 01:48:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
8915612        +EDI: RMSC.COM May 12 2020 01:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
8131249        +EDI: WTRRNBANK.COM May 12 2020 01:48:00      TD BANK USA/TARGETCRED,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
8263451         EDI: ECMC.COM May 12 2020 01:48:00      US Department of Education,    PO Box 16448,
                 St. Paul, MN 55116-0448
8746852         EDI: ECAST.COM May 12 2020 01:48:00      eCAST Settlement Corporation,    PO Box 29262,
                 New York NY 10087-9262
8195559         EDI: ECAST.COM May 12 2020 01:48:00      eCAST Settlement Corporation assignee of Citibank,    NA,
                 POB 29262,    New York NY 10087-9262
8150280        +E-mail/Text: bncmail@w-legal.com May 11 2020 21:58:42      td bank usa, n.a.,
                 c o Weinstein and Riley PS,    2001 Western Avenue Suite 400,    Seattle WA 98121-3132
                                                                                             TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
8325125*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
8566225*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
          Carla  Townsend    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Carrie D. Mermis    on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
           bankruptcy@mllfpc.com
          David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,   ecf@reedlaw35.com
          David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,   ecf@reedlaw35.com
          Margret  Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
           FSB bankruptcy@micorp.com
          Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
           Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,   mboyd@ecf.courtdrive.com
          Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Pamela R Putnam   on behalf of Creditor   BMO Harris Bank, N.A. prp@martinleigh.com, bankruptcy@mllfpc.com;prp@ecf.courtdrive.com
           Scott A Wissel   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB sawissel@lrf-kc.com, ecfnotices@lrf-kc.com
           Scott D Williams   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB bankruptcy@bmo.com
           Scott D Williams   on behalf of Creditor   BMO Harris Bank, N.A. bankruptcy@bmo.com
           Sheldon R. Singer   on behalf of Creditor   BMO Harris Bank, N.A., successor by merger to M&I Bank, FSB srsinger@lewisricekc.com, vlbates@lewisricekc.com;abuente@lewisricekc.com
           U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
           William H Griffin   inquiries@13trusteekc.com

                                                                                             TOTAL: 14