# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:  Case No: 15-20184-13
    Mark H Engen
    Maureen E. Engen

## NOTICE OF OPPORTUNITY FOR HEARING ON TRUSTEE'S FINAL REPORT AND ACCOUNT

**NOTICE IS HEREBY GIVEN** that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas on or before July 23, 2020 the Final Report and Account will be granted by entry of a Final Decree which will discharge the Trustee, close the estate, release the Trustee's bond, and grant such other relief as may be just and proper. If an objection is timely filed to the Final Report and Account a nonevidentiary hearing will be held before the U.S. Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on Tuesday, August 18, 2020 at 1:30 pm, or as soon after as the same may be heard.

A hearing will not be held unless an objection and/or response is timely filed with the Clerk of the Court. If an objection is filed, counsel shall appear at such hearing unless an order executed by all parties is submitted in advance

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Notice and Final Report and Account attached thereto was sent electronically or mailed, postage prepaid, on June 23, 2020 to the following: Debtors, Debtors' Attorney, and U.S. Trustee. A Summary of the Trustee's Final Report and Account was mailed to all creditors who filed claims.

Mark H Engen
Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

DISCOVER BANK
DB SERVICING CORP
PO BOX 3025
NEW ALBANY, OH 43054-3025

KANSAS DEPARTMENT OF REVENUE
ATTN: CTE/BANKRUPTCY UNIT
PO BOX 12005
TOPEKA, KS 66612-2005

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
STOP CODE 3105
OMAHA, NE 68197

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

ECAST SETTLEMENT CORP
PO BOX 29262
NEW YORK, NY 10087-9262

CAVALRY SPV I, LLC
PO BOX 27288
TEMPE, AZ 85282

BMO HARRIS BANK, N.A.
ATTN: BRK 180-RC
770 N WATER STREET
MILWAUKEE,, WI 53202-3593

CAVALRY SPV I, LLC
% BASS & ASSOCIATES, PC
3936 E FT LOWELL RD STE #200
TUCSON, AZ 85712

BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)
inquiries@13trusteekc.com

LVNV FUNDING
% RESURGENT CAPITAL SVCS
PO BOX 10587
GREENVILLE, SC 29603-0587

HYUNDAI CAPITAL AMERICA
DBA KIA MOTORS FINANCE
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 12914
NORFOLK, VA 23541

QUANTUM3 GROUP
PO BOX 788
KIRKLAND, WA 98083-0788

DAVID A REED
7823 PARALLEL PKWY
KANSAS CITY, KS 66112

SYNCHRONY BANK
% PRA RECEIVABLES MGMT
PO BOX 41031
NORFOLK, VA 23541

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 790336
SAINT LOUIS, MN 63179-0336

BMO HARRIS BANK, NA
PO BOX 2035
MILWAUKEE, WI 53201-2035

NAVIENT SOLUTIONS
DEPARTMENT OF EDUCATION
PO BOX 4450
PORTLAND, OR 97208