**Form fnldec**  (Revised 08/01/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 15−20184　　　　　　　　　　　　　Chapter: 13

In re:

Mark H Engen　　　　　　　　　　　　　　　　　　Maureen E. Engen
7905 W. 96th Street　　　　　　　　　　　　　　　7905 W. 96th Street
Overland Park, KS 66212　　　　　　　　　　　　Overland Park, KS 66212

SSN: xxx−xx−2387　　　　　　　　　　　　　　　SSN: xxx−xx−4794

**FINAL DECREE**

| **Filed And Entered By The Court** |
|---|
| **8/3/20** |
| **David D. Zimmerman** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. William H Griffin is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 125

s/ Robert D. Berger
United States Bankruptcy Judge