### United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  15–20184

Chapter: 13

In re:

Mark H Engen
7905 W. 96th Street
Overland Park, KS 66212

Maureen E. Engen
7905 W. 96th Street
Overland Park, KS 66212

SSN: xxx–xx–2387

SSN: xxx–xx–4794

| Filed And Entered By The Court |
| --- |
| **8/3/20** |
| David D. Zimmerman |
| Clerk of Court |
| US Bankruptcy Court |

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. The Final Report and Account of the Standing Chapter 13 Trustee is approved.

2. William H Griffin is discharged as trustee of the estate and the trustee and the surety on the trustee's bond are released from any liability upon that bond in this case.

3. This chapter 13 case is closed.

Document 125

s/ Robert D. Berger
United States Bankruptcy Judge

In re:                                                              Case No. 15-20184-RDB
Mark H Engen                                                        Chapter 13
Maureen E. Engen
    Debtors

## CERTIFICATE OF NOTICE

District/off: 1083-2          User: admin          Page 1 of 1          Date Rcvd: Aug 03, 2020
                              Form ID: fnldecre     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db/jdb          +Mark H Engen,   Maureen E. Engen,   7905 W. 96th Street,   Overland Park, KS 66212-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
          Carla  Townsend   on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Carrie D. Mermis   on behalf of Creditor    BMO Harris Bank, N.A. cdm@mllfpc.com,
           bankruptcy@mllfpc.com
          David A. Reed    on behalf of Joint Debtor Maureen E. Engen bklaw@swbell.net,  ecf@reedlaw35.com
          David A. Reed    on behalf of Debtor Mark H Engen bklaw@swbell.net,  ecf@reedlaw35.com
          Margret  Fank    on behalf of Creditor    BMO Harris Bank, N.A., successor to merger to M&I Bank,
           FSB bankruptcy@micorp.com
          Michael E Boyd    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
           Association FKA The Bank of New York Trust Company, NA as successor to JP Morgan Chase Bank, as
           Trustee for Residential Funding Mortgage Securities bk@boydlawlc.com,  mboyd@ecf.courtdrive.com
          Michelle L McConnell    on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Pamela R Putnam    on behalf of Creditor    BMO Harris Bank, N.A. prp@martinleigh.com,
           bankruptcy@mllfpc.com;prp@ecf.courtdrive.com
          Scott A Wissel    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
           FSB sawissel@lrf-kc.com,  ecfnotices@lrf-kc.com
          Scott D Williams   on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I Bank,
           FSB bankruptcy@bmo.com
          Scott D Williams   on behalf of Creditor    BMO Harris Bank, N.A. bankruptcy@bmo.com
          Sheldon R. Singer    on behalf of Creditor    BMO Harris Bank, N.A., successor by merger to M&I
           Bank, FSB srsinger@lewisricekc.com,  vlbates@lewisricekc.com
          U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
          William H Griffin   inquiries@13trusteekc.com
                                                                              TOTAL: 14