**Fill in this information to identify the case:**

Debtor 1  MARK ENGEN

Debtor 2  MAUREEN ENGEN
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of **Kansas**
(State)

Case number  15-20184

---

Official Form 410S1

# Notice of Mortgage Payment Change                                 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** BMO Harris Bank N.A. | **Court claim no.** (if known): 7 |
| **Last 4 digits** of any number you use to identify the debtor's account: 3592 | **Date of payment change:** Must be at least 21 days after date of this notice  01/01/2016 |
| | **New total payment:** $ 1547.75  Principal, interest, and escrow, if any |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 172.31         New escrow payment:  $ 180.45

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %         New interest rate:  _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Case 15-20184    Doc#    Filed 12/02/15    Page 1 of 5

Debtor 1 __Mark__ _____ __Engen__       Case number (if known) 15-20184
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

✓ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _/s/ [signature]_                                Date __12__ / __02__ / __2015__
  Signature

Print:   __Kimberly__   __Robin__   __Stoecker__        Title  __Bankruptcy Specialist__
         First Name    Middle Name  Last Name

Company  __BMO Harris Bank N.A.__

Address  __P.O. Box 2035__
         Number        Street

         __Milwaukee__                __WI__    __53201__
         City                          State    ZIP Code

Contact phone  __(866-280- 8434) opt#2__         Email __bankruptcy@bmo.com__

BMO HARRIS BANK N.A.
P.O. BOX 367
ARLINGTON HEIGHTS, IL 60006



+ 0589958 000001045 9HBS6 910286
MARK H ENGEN
MAUREEN E ENGEN
7905 W 96TH ST
OVERLAND PARK KS 66212-3308

ANNUAL ESCROW ACCOUNT
DISCLOSURE STATEMENT

Loan Number: ██████92
Statement Date: 11/17/15
**Customer Service Number:**
(800) 207-3058
Hours: Monday Through Friday
8:00 A.M. TO 6:00 P.M. CST

Please review this statement carefully - your mortgage payment may be affected.

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY REVIEW

LOAN NUMBER: ██████92         Beginning with March 2015          DATE: 11/17/15

YOUR PAYMENT BREAKDOWN:
PRIN & INTEREST      1367.31
ESCROW PAYMENT        168.32
SHORTAGE PYMT           3.99
TOTAL PAYMENT        1539.62

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESC. | ACTUAL | DESC. | ESCROW BALANCE PROJECTED | ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | STARTING BALANCE | 815.53 | -6177.20 | |
| Mar 15 | 168.32 * | 0.00 | 0.00 | | 0.00 | | 983.85 | -6177.20 | |
| Apr 15 | 168.32 * | 0.00 | 0.00 | | 1034.70 * | TAXES | 1152.17 | -7211.90 | ALP |
| May 15 | 168.32 * | 0.00 | 983.85 | TAXES | 0.00 * | | 336.64 TLP | -7211.90 | |
| Jun 15 | 168.32 * | 0.00 | 0.00 | | 0.00 | | 504.96 | -7211.90 | |
| Jul 15 | 168.32 * | 0.00 | 0.00 | | 0.00 | | 673.28 | -7211.90 | |
| Aug 15 | 168.32 * | 3472.40 | 0.00 | | 0.00 | | 841.60 | -3739.50 | |
| Sep 15 | 168.32 * | 694.48 | 0.00 | | 0.00 | | 1009.92 | -3045.02 | |
| Oct 15 | 168.32 * | 694.48 | 0.00 | | 0.00 | | 1178.24 | -2350.54 | |
| Nov 15 | 168.32 * | 694.48 | 0.00 | | 0.00 | | 1346.56 | -1656.06 | |
| Dec 15 | 168.32 E* | 0.00 | 1036.06 | TAXES | 0.00 | | 478.82 | -1656.06 | |
| Jan 16 | 168.32 E | 0.00 | 0.00 | | 0.00 | | 647.14 | -1656.06 | |
| Feb 16 | 168.32 E | 0.00 | 0.00 | | 0.00 | | 815.46 | -1656.06 | |
| TOTALS | 2019.84 | 5555.84 | 2019.91 | | 1034.70 | | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT MADE DURING THIS PERIOD WOULD EQUAL $ 2019.91. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED $ 336.64 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE (ALP) WAS $ -7211.90.

AN (E) DENOTES AN ESTIMATE. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICE AT (800)207-3058.

YOUR NEW PAYMENT BREAKDOWN IS EFFECTIVE:    01/01/2016

PRIN & INTEREST          1367.31
ESCROW PAYMENT            172.45
SHORTAGE PYMT               8.00
TOTAL                    1547.76
LATE CHARGE AMOUNT          0.00

(Continued on Back of Form)

*O007G2*                                                                                          x

---

### SHORTAGE ADJUSTMENT NOTIFICATION

BMO HARRIS BANK N.A.
P.O. BOX 367
ARLINGTON HEIGHTS, IL 60006

ANALYSIS DATE:    LOAN NUMBER:    Shortage Amt:
11/12/2015        ██████92        96.05

Amount Paid $ _____

Although not required, you may choose to remit any, or all, of the shortage amount as indicated on this statement. Your payment will automatically be adjusted based on your remittance.

Make checks payable to: BMO Harris Bank N.A.

**DO NOT REMIT ANY SHORTAGE AMOUNT WITH YOUR REGULAR PAYMENT. YOUR SHORTAGE AMOUNT SHOULD BE REMITTED WITH THIS COUPON ONLY.**

BMO HARRIS BANK N.A. - Retail Loan Accounting Dept
P.O. BOX 365
ARLINGTON HEIGHTS, IL 60006

PLEASE DO NOT SEND CASH PAYMENTS.
CASH PAYMENTS WILL BE RETURNED TO YOU.

Mark H Engen
Maureen E Engen
7905 W 96th St
Overland Park KS 66212-3308

Continue of
ESCROW ACCOUNT DISCLOSURE STATEMENT

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS**

LOAN NUMBER: ███████  Beginning with January 2016  DATE: 11/17/15

Please review this statement carefully - your mortgage payment may be affected.

TOTAL PROJECTED ESCROW DISBURSEMENTS: 2069.40   ESCROW PAYMENT CALCULATION: 2069.40   DIVIDED BY:12 = 172.45

**PROJECTED PAYMENTS**

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | | REQUIRED | |
|---|---|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 421.30 |  | 517.35 |  |
| Jan 16 | 172.45 | 0.00 |  | 593.75 |  | 689.80 |  |
| Feb 16 | 172.45 | 0.00 |  | 766.20 |  | 862.25 |  |
| Mar 16 | 172.45 | 0.00 |  | 938.65 |  | 1034.70 |  |
| Apr 16 | 172.45 | 0.00 |  | 1111.10 |  | 1207.15 |  |
| May 16 | 172.45 | 1034.70 | TAXES | 248.85 | ALP | 344.90 | TLP |
| Jun 16 | 172.45 | 0.00 |  | 421.30 |  | 517.35 |  |
| Jul 16 | 172.45 | 0.00 |  | 593.75 |  | 689.80 |  |
| Aug 16 | 172.45 | 0.00 |  | 766.20 |  | 862.25 |  |
| Sep 16 | 172.45 | 0.00 |  | 938.65 |  | 1034.70 |  |
| Oct 16 | 172.45 | 0.00 |  | 1111.10 |  | 1207.15 |  |
| Nov 16 | 172.45 | 0.00 |  | 1283.55 |  | 1379.60 |  |
| Dec 16 | 172.45 | 1034.70 | TAXES | 421.30 |  | 517.35 |  |
| **TOTALS** | **2069.40** | **2069.40** |  |  |  |  |  |

CUSHION SELECTED BY SERVICER: $ 344.90

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $ 421.30. YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $ 517.35. THIS MEANS YOU HAVE A SHORTAGE OF $ -96.05. SHORTAGE AMOUNTS WILL BE ADJUSTED BY 1/12 (1/26 if Biweekly) OF THE SHORTAGE AMOUNT AND ADDED TO YOUR PAYMENT UNLESS THE SHORTAGE IS PAID WITHIN 30 DAYS.

UNITED STATES BANKRUPTCY COURT
District of Kansas

IN RE:

CASE NO. 15-20184

MARK H ENGEN
MAUREEN E. ENGEN   Debtors

CHAPTER 13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 12/02/2015 served a copy of the foregoing Notice of Mortgage Payment Change upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

MARK H ENGEN
MAUREEN E. ENGEN
7905 W. 96TH STREET
OVERLAND PARK, KS 66212-4819

WILLIAM H GRIFFIN
5115 ROE BLVD STE 200
ROELAND PARK, KS 66205

TERESA M KIDD
8700 MONROVIA SUITE 310
LENEXA, KS 66215

BMO Harris Bank N.A.
By: /s/ _____
Kim Stoecker Bankruptcy Specialist

BMO Harris Bank N.A.
P.O. Box 6150
Carol Stream, IL 60197
866-280-8434 option #2