**Fill in this information to identify the case:**

Debtor 1  MARK H. ENGEN

Debtor 2  MAUREEN E. ENGEN
(Spouse, if filing)

United States Bankruptcy Court for the: District of Kansas

Case number  15-20184

## Official Form 410S1

# Notice of Mortgage Payment Change    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BMO Harris Bank, N.A.

**Court claim no.** (if known): 7-3

**Last 4 digits** of any number you use to identify the debtor's account:   3   5   9   2

**Date of payment change:**
Must be at least 21 days after date of this notice   03/01/2020

**New total payment:**
Principal, interest, and escrow, if any   $    3,570.11

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $    914.94      New escrow payment:  $    526.30

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---------|----------------------|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment:  $ _____

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Lourdes Chevrez_
Signature

Date __02/04/2020__

Print: __Lourdes Chevrez__
First Name    Middle Name    Last Name

Title __Bankruptcy Specialist__

Company __BMO Harris Bank, N.A.__

Address __P.O. Box 2035__
Number    Street

__Milwaukee,__        __WI__   __53201__
City          State    ZIP Code

Contact phone __1-866-280-8434 Opt 2__

Email __bankruptcy@bmo.com__



**BMO** ● **Harris Bank**

+ 0380636 000000006 9HB56  910286

MARK H ENGEN
MAUREEN E ENGEN
7905 W 96TH ST
OVERLAND PARK KS 66212-3308

**ANNUAL ESCROW ACCOUNT**
**DISCLOSURE STATEMENT**

Loan Number: 3592
Statement Date: 01/21/20

**Customer Service Number:**
(800) 207-3058
Hours: Monday Through Friday
8:00 A.M. TO 6:00 P.M. CST

**Please review this statement carefully - your mortgage payment may be affected.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY REVIEW**

LOAN NUMBER: 3592          Beginning with March 2019          DATE: 01/21/20

YOUR PAYMENT BREAKDOWN:

| | |
|---|---|
| PRIN & INTEREST | 3043.81 |
| ESCROW PAYMENT | 207.16 |
| SHORTAGE PYMT | 707.78 |
| TOTAL PAYMENT | 3958.75 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|---|
| MONTH | PROJECTED | ACTUAL | PROJECTED | DESC. | ACTUAL | DESC. | PROJECTED | ACTUAL |
| | | | | | | STARTING BALANCE | 1203.69 | -6374.79 |
| Mar 19 | 207.16 * | 0.00 | 0.00 | | 0.00 | | 1203.69 | -6374.79 |
| Apr 19 | 207.16 * | 0.00 | 1203.69 | TAXES | 1282.31 * | TAXES | 414.32 | -7657.10 ALP |
| May 19 | 207.16 * | 914.94 | 0.00 | | 0.00 | | 621.48 | -6742.16 |
| Jun 19 | 207.16 * | 914.94 | 0.00 | | 0.00 | | 828.64 | -5827.22 |
| Jul 19 | 207.16 * | 914.94 | 0.00 | | 0.00 | | 1035.80 | -4912.28 |
| Aug 19 | 207.16 * | 914.94 | 0.00 | | 0.00 | | 1242.96 | -3997.34 |
| Sep 19 | 207.16 * | 0.00 | 0.00 | | 0.00 | | 1450.12 | -3997.34 |
| Oct 19 | 0.00 * | 0.00 | 0.00 | | 0.00 | | 0.00 | -3997.34 |
| Nov 19 | 0.00 * | 0.00 | 1282.31 | TAXES | 0.00 * | | 0.00 | -3997.34 |
| Dec 19 | 0.00 * | 0.00 | 0.00 | | 0.00 | | 0.00 | -3997.34 |
| Jan 20 | 0.00 E | 0.00 | 0.00 | | 0.00 | | 0.00 | -3997.34 |
| Feb 20 | 0.00 E | 0.00 | 0.00 | | 0.00 | | 0.00 | -3997.34 |
| TOTALS | 1450.12 | 3659.76 | 2486.00 | | 1282.31 | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT MADE DURING THIS PERIOD WOULD EQUAL $ 2486.00. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED $ 414.33 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE (ALP) WAS $ -7657.10.

AN (E) DENOTES AN ESTIMATE. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS TO ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL CUSTOMER SERVICE AT (800)207-3058.

| YOUR NEW PAYMENT BREAKDOWN IS EFFECTIVE: | 03/01/2020 |
|---|---|
| PRIN & INTEREST | 3043.81 |
| ESCROW PAYMENT | 216.00 |
| SHORTAGE PYMT | 310.30 |
| TOTAL | 3570.11 |
| LATE CHARGE AMOUNT | 0.00 |

(Continued on Back of Form)

*Q001K0*                                                                                          x

**SHORTAGE ADJUSTMENT NOTIFICATION**

BMO HARRIS BANK N.A.
P.O. BOX 367
ARLINGTON HEIGHTS, IL 60006

| ANALYSIS DATE: | LOAN NUMBER: | Shortage Amt: |
|---|---|---|
| 16/20/2001 | 3592 | 3723.68 |

Amount Paid $ _____

Make checks payable to: BMO Harris Bank N.A.

Although not required, you may choose to remit any, or all, of the shortage amount as indicated on this statement. Your payment will automatically be adjusted based on your remittance.

**DO NOT REMIT ANY SHORTAGE AMOUNT WITH YOUR REGULAR PAYMENT. YOUR SHORTAGE AMOUNT SHOULD BE REMITTED WITH THIS COUPON ONLY.**

**PLEASE DO NOT SEND CASH PAYMENTS. CASH PAYMENTS WILL BE RETURNED TO YOU.**

BMO HARRIS BANK N.A. - Retail Loan Accounting Dept
P.O. BOX 6148
CAROL STREAM, IL 60197

Mark H Engen
Maureen E Engen
7905 W 96th St
Overland Park KS 66212-3308

Continue of
**ESCROW ACCOUNT DISCLOSURE STATEMENT**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS**

LOAN NUMBER: █████ 8592    Beginning with  March 2020        DATE:        01/21/20

**Please review this statement carefully - your mortgage payment may be affected.**

TOTAL PROJECTED ESCROW DISBURSEMENTS: 2592.02    ESCROW PAYMENT CALCULATION: 2592.02    DIVIDED BY:12    = 216.00

**PROJECTED PAYMENTS**

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | | REQUIRED | |
|-------|-----------|-------------|-------------|-------------|---|----------|---|
| | | | STARTING BALANCE | -2441.37 | | 1282.31 | |
| | | | | -2225.37 | | 1498.31 | |
| Mar 20 | 216.00 | 0.00 | | | | | |
| Apr 20 | 216.00 | 1282.31 | TAXES | -3291.68 | ALP | 432.00 | TLP |
| May 20 | 216.00 | 0.00 | | -3075.68 | | 648.00 | |
| Jun 20 | 216.00 | 0.00 | | -2859.68 | | 864.00 | |
| Jul 20 | 216.00 | 0.00 | | -2643.68 | | 1080.00 | |
| Aug 20 | 216.00 | 0.00 | | -2427.68 | | 1296.00 | |
| Sep 20 | 216.00 | 0.00 | | -2211.68 | | 1512.00 | |
| Oct 20 | 216.00 | 0.00 | | -1995.68 | | 1728.00 | |
| Nov 20 | 216.00 | 1309.71 | TAXES | -3089.39 | | 634.29 | |
| Dec 20 | 216.00 | 0.00 | | -2873.39 | | 850.29 | |
| Jan 21 | 216.00 | 0.00 | | -2657.39 | | 1066.29 | |
| Feb 21 | 216.00 | 0.00 | | -2441.39 | | 1282.29 | |
| **TOTALS** | **2592.00** | **2592.02** | | | | | |

CUSHION SELECTED BY SERVICER: $ 432.00

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $ -2441.37. YOUR STARTING BALANCE
ACCORDING TO THIS ANALYSIS SHOULD BE $  1282.31. THIS MEANS YOU HAVE A SHORTAGE OF $ -3723.68. SHORTAGE AMOUNTS
WILL BE ADJUSTED BY 1/12 (1/26 if Biweekly) OF THE SHORTAGE AMOUNT AND ADDED TO YOUR PAYMENT UNLESS THE SHORTAGE IS
PAID WITHIN 30 DAYS.

**Bankruptcy Disclosure**

If you are currently in a bankruptcy proceeding or if you have received a discharge of this obligation in a prior bankruptcy proceeding, this letter should not be construed as an attempt to collect a debt and this letter is for notice and informational purposes only. If your debts were discharged in a prior Bankruptcy proceeding, your obligation on the underlying Note may have been extinguished. BMO Harris Bank, however, maintains valid lien rights in the collateral post-discharge, which may be enforced as to the property.



*A00780*

Dear Valued Customer:

As previously communicated last November, the timing of your annual escrow analysis is changing to better align with the real estate tax due dates in the state where your property is located.

Beginning with this annual escrow analysis, your annual escrow analysis will occur at this time each year going forward.

The following chart details when the annual escrow analysis will occur for properties located in each state.

| Month | States |
| --- | --- |
| January | Georgia, Idaho, Kansas, New Mexico, Oklahoma, Pennsylvania, Washington |
| February | Connecticut, Florida, Louisiana, Mississippi, New Jersey, North Carolina |
| March | Alabama, Illinois, Michigan, Nevada, North Dakota, Texas, Virginia |
| April | Delaware, Kentucky, Maine, Maryland, New York |
| May | Arkansas, Missouri, Rhode Island, South Carolina, Tennessee |
| June | Alaska, Arizona |
| July | Colorado, New Hampshire, Oregon |
| August | California, Wisconsin |
| September | Hawaii, Nebraska, West Virginia |
| October | District of Columbia, Iowa, Ohio |
| November | Massachusetts, Minnesota, South Dakota |
| December | Indiana, Montana, Utah, Wyoming |

*If your property is located in Vermont, please contact us for the timing of your escrow analysis.

Please see the enclosed Annual Escrow Analysis Frequently Asked Questions (FAQ) document for more information. If you have any other questions, please visit a BMO Harris branch or call us at 800-207-3058.

Thank you for banking with BMO Harris Bank.

Sincerely,

*A007O0*

John Crandall
Senior Manager III, Loan Servicing

BMO Harris Bank N.A. Member FDIC

AF2005

These FAQs provide tips on how to read your escrow analysis and provides explanations of some common concepts and terms used in connection with your escrow.

**What is an annual escrow account analysis?**

On an annual basis BMO Harris Bank analyzes your escrow account to determine the funds to pay expenses out of your escrow when they come due. The escrow analysis considers the escrow balance, the amounts paid from your escrow for property taxes, insurance and/or other applicable bills such as private mortgage insurance (PMI) and the minimum balance that you are required to maintain in your escrow (referred to as the escrow "cushion"). The escrow analysis also estimates the amount that will be paid from your escrow, and, if needed, adjusts the escrow portion of your monthly mortgage payments for the coming year.

**What is an Escrow Cushion?**

An escrow cushion is the same thing as a minimum balance. This "cushions" the impact of higher-than-estimated escrow disbursements and reduces the likelihood of a shortage at the end of the escrow year. Typically, the cushion is set to two months of escrow payments, but may be less depending on state law.

**Note**: The escrow cushion does not include a Private Mortgage Insurance (PMI) premium.

## HOW TO READ YOUR ANNUAL ESCROW ANALYSIS:

**Sample Annual Escrow Account Disclosure:**

**Page 1: Mortgage Payment and Escrow Account History**

Your escrow statement displays account activity for the previous year. This includes projected and actual payments into, disbursements from, and running balance in escrow, as shown below:



**New Loan Payment:** This is the amount you must pay each month beginning with the effective date shown in the breakdown. It includes principal and interest and the amount of the escrow portion of your monthly payment for the coming year. If there was an escrow shortage in the previous year, your new loan payment will include an additional amount that you must pay to make up the shortage. (See discussion below on payment of escrow shortages.)

*A00740*

| Example 1: Mortgage Payment and Escrow Account with Shortage | Example 2: Mortgage Payment and Escrow Account without a Shortage |
|---|---|
| YOUR NEW PAYMENT BREAKDOWN IS EFFECTIVE:  09/01/2018<br><br>PRIN & INTEREST       535.31<br>ESCROW PAYMENT     111.42<br>SHORTAGE PYMT      185.70<br>TOTAL                832.43<br>LATE CHARGE AMOUNT    0.00 | YOUR NEW PAYMENT BREAKDOWN IS EFFECTIVE:  09/01/2018<br><br>PRIN & INTEREST       301.07<br>ESCROW PAYMENT     149.03<br>TOTAL                450.10<br>LATE CHARGE AMOUNT    0.00 |

Case 15-20184    Doc#    Filed 02/04/20    Page 7 of 10

AF2003

**Page 2 : Payment  Calculations and Escrow Account Projections**

The payment calculations show you three things:

- The estimates for property taxes, insurance, and other escrow items for the coming year .
- The amount we will collect from you each month to cover those items.
- Either a shortage  or a surplus in your escrow account from the previous year.

### Example 1.  Escrow Account with Shortage

Your escrow analysis may show a "shortage" due to  the previous year 's actual activity . This can occur if the actual payments from your escrow were higher than estimated.    The escrow analysis offers you two ways to pay the shortage    :

**Option 1:** You can pay your  shortage  in full in a lump sum .  A payment coupon is provided within the statement.



**Option 2:** You can pay the shortage in 12 monthly installments that are added to your monthly loan payment.  You don't have to do anything to choose Option 2.  It will occur automatically if you don't elect to pay in a lump sum within 30 days under Option 1.



### Example 2. Escrow Account with Surplus

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS**

LOAN NUMBER:                      Beginning with September 2018                      DATE:          09/25/18

**Please review this statement carefully - your mortgage payment may be affected**       New Escrow Payment

TOTAL PROJECTED ESCROW DISBURSEMENTS: 662.30      ESCROW PAYMENT CALCULATION 662.30      DIVIDED BY:12  = 55.19

**PROJECTED PAYMENTS**

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
|-------|-----------|-------------|-------------|-------------|----------|
| Sep  18 | 55.19 | 0.00 | STARTING BALANCE | 193.19 | 165.59 |
| Oct  18 | 55.19 | 0.00 | | 248.38 | 220.78 |
| Nov  18 | 55.19 | 0.00 | | 303.57 | 275.97 |
| Dec  18 | 55.19 | 0.00 | | 358.76 | 331.16 |
| Jan  19 | 55.19 | 165.58 | TAXES | 413.95 | 386.35 |
| Jan  19 | | 165.58 | TAXES | 137.98  ALP | 110.38  TLP |
| Feb  19 | 55.19 | 0.00 | | 193.17 | 165.57 |
| Mar  19 | 55.19 | 0.00 | | 248.36 | 220.76 |
| Apr  19 | 55.19 | 0.00 | | 303.55 | 275.95 |
| May  19 | 55.19 | 0.00 | | 358.74 | 331.14 |
| Jun  19 | 55.19 | 0.00 | | 413.93 | 386.33 |
| Jul  19 | 55.19 | 165.57 | TAXES | 137.98 | 110.38 |
| JUL  19 | | 165.57 | TAXES | | |
| Aug  18 | 55.19 | 0.00 | | 193.17 | 165.57 |
| TOTALS | 662.28 | 662.30 | | | |

CUSHION SELECTED BY SERVICER: $222.84

Surplus Amount

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $   193.19. YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $   165.59. THIS MEANS YOU HAVE A SURPLUS OF $   27.60. SURPLUS AMOUNTS WILL BE REFUNDED TO YOU UNLESS  IT IS LESS THAN $50 IN WHICH CASE THE AMOUNT WILL BE USED TO LOWER YOUR PAYMENT.

Case 15-20184    Doc#     Filed 02/04/20    Page 8 of 10

**NOTE:**
   \* ANTICIPATED -This is the escrow balance that we estimate at the beginning of your new escrow year and each month thereafter.
   \*\*REQUIRED - This is the minimum escrow balance that is needed to cover the estimated escrow disbursements when they are due, while never falling below the required cushion amount.

### What is a "surplus"?

A surplus occurs when the funds in the escrow account are projected to be more than the escrow cushion at the lowest point in the escrow analysis. If your annual escrow analysis shows an escrow surplus:

If the surplus is **over** $50, we will mail you a check for the full amount of the surplus shortly after the escrow analysis is completed.

If the surplus is **under** $50, it is added to your escrow account, and as a result your monthly escrow payments for the year will be reduced.

### **Calculation Example (when surplus is under $50):**



YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $ 193.19 YOUT STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $ 165.59.THIS MEANS YOU HAVE A <u>SURPLUS OF $ 27.60</u>. SURPLUS AMOUNTS WILL BE REFUNDED TO YOU, UNLESS IT IS LESS THAN $50 IN WHICH CASE THE AMOUNT WILL BE USED TO LOWER YOUR PAYMENT.

Surplus Amount

| YOUR NEWPAYMENT BREAKDOWN IS EFFECTIVE: | 09/01/2018 |
|---|---|
| PRIN & INTEREST | 462.77 |
| ESCROW PAYMENT | 55.19 |
| SURPLUS REDUCTN | -2.30 |
| TOTAL | 515.68 |
| LATE CHARGE AMOUNT | 0.00 |

New Escrow Payment

### Why is my payment increasing if I have a surplus in my escrow account?

There are federal requirements applied when performing the annual escrow analysis. The monthly scheduled escrow payment and cushion amounts are determined by the actual disbursements from the year prior. The analysis calculates the projected balance for the next year using this information; if at the low point in the analysis the funds are greater than the cushion (or minimum balance) the difference would be considered a surplus. If the projected disbursement is higher than what was projected to be disbursed in the previous year, your payment will increase even if you have a surplus in your account.

\*A007K2\*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE:     NOTICE OF MORTGAGE PAYMENT CHANGE

CASE NO.  15-20184

Debtor:  MARK H. ENGEN
            MAUREEN E. ENGEN

CHAPTER:  13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this February 4, 2020, served a copy of the foregoing  Notice

of Mortgage Payment Change upon all parties listed by placing the same into the United

States mail with adequate pre-paid postage thereon;

**MARK H ENGEN
MAUREEN E. ENGEN
7905 W. 96TH STREET
OVERLAND PARK, KS 66212**

**DAVID A REED
7823 PARALLEL PARKWAY
KANSAS CITY, KS 66112**

**WILLIAM H GRIFFIN
5115 ROE BLVD STE 200
ROELAND PARK, KS 66205**

BMO Harris Bank, N.A.

By: _Lourdes Chevrez_
Lourdes Chevrez
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2